UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH NASSET | * | CIVIL ACTION NO. 18-9253 |
| Plaintiff, | * | |
| | * | JUDGE JAY C. ZAINEY |
| | * | |
| VERSUS | * | MAG. VAN MEERVELD |
| | * | |
| UNITED STATES OF AMERICA | * | SEC. A(1) |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court, considering Plaintiff's Motion to Extend Expert Deadlines;

IT IS ORDERED that Kenneth Nasset's Motion to Extend Expert Deadlines is GRANTED. The Plaintiff's expert deadline is now February 14, 2020 and Defendant's expert deadline is now March 14, 2020. Further, the deadline for deposing the Plaintiff's experts is now February 28, 2020, and the deadline for deposing the Defendant's experts is now March 28, 2020.

New Orleans, Louisiana this __21st__ day of January, 2020.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE