# CURRICULUM VITAE

## HUGH McGRATH, JR., M.D.

**Address:** (Home) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Telephone (Home)** ▓▓▓▓▓▓▓▓▓▓

**Date of Birth:** ▓▓▓▓▓▓▓▓▓▓

**Place of Birth:** Port Chester, New York

**Marital Status:** Married, Carolyn White, April 15, 1967, 2 children

## APPOINTMENTS

| | |
|---|---|
| 1980-1986 | Consultant, Rheumatology, Washington-St. Tammany Charity Hospital, Bogalusa, Louisiana |
| 1980-2005 | Active Staff, Internal Medicine, Hotel Dieu/University Hospital, New Orleans, Louisiana |
| 1980-2005 | Coordinator, Rheumatology Service, Charity Hospital, New Orleans, Louisiana |
| 1990-2005 | Louisiana Lupus Foundation Medical Advisory Board |
| 1991-1999 | Elected Clinical Representative, Faculty Assembly of the Louisiana State University Medical Center |
| 1992 | Consultant (Monthly), Earl K. Long Hospital, Baton Rouge, Louisiana |
| 1993- | Peer reviewer of grant proposals for: |

|  |  |
|---|---|
|  | The National Institutes of Health, Bethesda, MD; United States-Israel Binational Science Foundation, Jerusalem, Israel; Southern Medical Journal, Photodermatology, Photoimmunology & Photomedicine; Annals of Rheumatic Disease |
|  | International Science Foundation, Washington DC; |
|  | Department of Veterans Affairs, Livermore, CA |
| 1999- | Photochemistry and Photobiology |
| 1995- | Lupus Foundation of America: Patient Education Material Review Panel |
| 1995- | American Board of Internal Medicine: reviewer for Rheumatology |
| 1998 | Chairperson, American College of Rheumatology Meetings, New Orleans, LA, 2000 |
| 2000-2005 | Board Member, Woman's New Life Center, Napoleon Avenue, |
| 2004-2005 | Referee: *Annals of the Rheumatic Diseases: Arthritis & Rheumatism; Photochemistry & Photobiology; Rheumatology; Journal of the American Academy of Dermatology* |
| 2006-2010 | Head, Rheumatology, Section of Allergy, Immunology, Rheumatology Tulane School of Medicine |
| 2012-2016 | Professor and Chief Rheumatology, VA Clinic, New Orleans |

## EDUCATION AND DEGREES

| Sept.1954-June1958 | **BS:** Georgetown University, Washington, DC |
|---|---|
| Sept. 24, 1962-May 9, 1966 | **MD:** Georgetown University School of Medicine, Wash., DC |

**PROFESSIONAL EXPERIENCE AND TRAINING**

| | |
|---|---|
| July1966-June1967 | **Internship-Internal Medicine:** Washington Hospital Center, Washington, DC |
| July1967- June1968 | **First Year Medical Resident:** Washington Hospital Center, Washington, DC |
| July1968-June1969 | **Second Year Medical Resident:** St. Vincent Hospital, Worcester, MA |
| July1969- June1970 | **Medical Resident and Chief Resident:** Lahey Clinic Foundation, Boston, MA |
| July1970-June1972 | **Military Service-General Internist:** Major, US Army Medical Corp, Fort Polk Army Hospital, Fort Polk, LA. Certificate of Achievement |
| July1972-June1976 | **General Internist:** The Memorial Hospital, Worcester, MA |
| July1973-June1976 | **Clinical Associate in Medicine**: University of Massachusetts Medical Center, Worcester, MA |
| July1976-June1977 | **General Internist:** Presbyterian, Memorial, and Mercy Hospitals, Charlotte NC |
| July1977-June1980 | **Clinical and Research Fellow in Rheumatology:** University of Virginia Medical Center, Charlottesville, VA |
| July1980-June1988 | **Assistant Professor of Medicine:** Louisiana State University School of Medicine, New Orleans, LA |
| July1988-June1995 | **Associate Professor of Medicine:** Louisiana State University School of Medicine, New Orleans, LA |
| July1995-Nov 2005 | **Professor of Medicine:** Louisiana State University School of Medicine, New Orleans, LA |
| Oct 15-2006- present | **Professor of Clinical Medicine:** Section of Allergy, Immunology, and Rheumatology, Department of Medicine, Tulane University School of Medicine, New Orleans, Louisiana. |

| | |
|---|---|
| Jan 2007 2012 | **Tulane Clinical and Teaching Staff**, Veteran's Administration Hospital, New Orleans LA |
| October 2012- | VA Clinic New Orleans |

## MEDICAL LICENSURES

| | |
|---|---|
| June 1969 | **Massachusetts:** Commonwealth of Massachusetts, Certificate Number: 31525, to practice Medicine and Surgery, License Status: Inactive |
| March 1976 | **North Carolina:** State of North Carolina, Certificate Number: 20670, to practice as Physician, License Status: Inactive |
| Aug 1980 | **Virginia:** Commonwealth of Virginia, Certificate No. 32365, to practice Medicine and Surgery, License Status: Inactive |
| Aug 1980 | **Louisiana:** State of Louisiana, Certificate Number: 05254R, to practice Medicine and Surgery, License Status: Active |
| June 2006 | **Missouri:** State of Missouri, License status inactive. |

## CERTIFICATIONS

| | |
|---|---|
| Apr 1968 (permanent) | **National Boards:** Certificate # 086518 |
| June 1972 (permanent) | **American Boards of Internal Medicine: Diplomate,** Certificate # 39600 |
| Nov 1990-Dec 2000 | **American Boards of Internal Medicine, Subspecialty Rheumatology: Diplomate,** Certificate # 039600. |
| July 2007 | **Recertified: American Boards of Internal Medicine, Subspecialty Rheumatology,** Certificate # 039600. |

## UNIVERSITY SERVICE

| | |
|---|---|
| 1983-1984 | Quality Care Committee, Charity Hospital, New Orleans, Louisiana |

| | |
|---|---|
| 1984 | Committee for Development of Outpatient Internal Medicine Training Program, Louisiana State University, New Orleans, Louisiana |
| 1981-1983 | Coordinator, Ayerst Drug Study |
| 1983-1993 | Committee for Chart Review, Charity Hospital, New Orleans, Louisiana |
| 1985-1986 | Credentials and Privileges Committee, LSU Medical Center |
| 1986-1988 | LSU Medical Center Billing and Collection Committee |
| 1988 | LSU Medical Finance Committee |
| 1991-1993 | Medical Faculty Assembly of the Louisiana State University LSU Medical Center, New Orleans, Louisiana |
| 1991 | PPA Credentials Committee, LSU Medical Center |
| 1990-1992 | Member, Medical Records Committee, Charity Hospital, New Orleans, Louisiana |
| 1990-1993 | Member, Sabbatical Leave Committee, LSU Medical School, New Orleans, Louisiana |
| 1980-1986 | Consultant, Rheumatology, Washington-St. Tammany Charity Hospital, Bogalusa, Louisiana |
| 1980-1984 | Active Staff, Internal Medicine, Hotel Dieu Hospital, New Orleans, Louisiana |
| 1980-2005 | Coordinator, Rheumatology Service, Charity Hospital, New Orleans, Louisiana |
| 1990-2000 | Louisiana Lupus Foundation Medical Advisory Board |
| 1992-2000 | Consultant (Monthly), Earl K. Long Hospital, Baton Rouge, Louisiana |
| 1994-1995 | LSUMC Sabbatical Committee |
| 1995 | Medical Resident interviewer |
| 1996-2000 | Committee for Utilization Review |

| | |
|---|---|
| 1997 | Committee on Faculty Awards and Fellowship |
| 1997 | Telemonitoring Medicine |
| 1991-1992, 1997-1998 | Elected Clinical Representative, Faculty Assembly-Louisiana State University Medical Center |
| 1998 | LSUMC Coding Committee |
| 1998 | LSUMC Search Committee for Director of Library, LSUMC New Orleans |
| 1990-2000 | Consultant, Earl K Long Hospital, Rheumatology, Clinic Baton Rouge, Louisiana |
| 1995-1997 | Consultant, Telemedicine, LSUMC, New Orleans |
| 1998-2005 | Sabbatical Committee |
| 1999-2003 | CME Advisory Committee |
| 1998-2004 | Internal Medicine Improvement Committee |
| 2005 | Consultant, Family Practice *Tiger Link* |
| 2005 | Promotions Committee |
| 2005 | Internal Medicine Review Committee: |
| 2005 | LSUHSC Botanical Medicine Interest Group |
| 2008-2009 | Tulane Pharmacy and Therapeutics Committee |

## LECTURE SERIES

| | |
|---|---|
| 1980 | Lecturer, American Academy of Family Physicians |
| 1980-1988 | Faculty, Tutorial Program in Rheumatology-Continuing Medical Education Program since 1970 |
| 1981 | Lecturer, New Orleans Internal Medicine Board Review Course |
| 1981-2005 | Contributor, Entre Nous, Louisiana Lupus Foundation, Baton Rouge, Louisiana |

| | |
|---|---|
| 1981-1986 | Lecturer (monthly), Charity Hospital in Bogalusa |
| 1982- | Lecturer, United Scleroderma Foundation |
| 1982 | Lecturer, Audio Digest Foundation, New Orleans, Louisiana |
| 1982-2004 | Lecturer, Microbiology-Immunology-Parasitology, LSU Medical School |
| 1984 | Lecturer 78th Annual Scientific Assembly, Southern Medical Association, New Orleans, Louisiana; Concepts on Immunologic Mediation by Sunlight |
| 1984-2005 | Speaker, Lupus Foundation, Baton Rouge |
| 1980-2003 | Lecturer for various civic groups in New Orleans area |
| 1984 | Lecturer, Continuing Medical Education Committee, East Jefferson General Hospital |
| 1986-1987 | Speakers Bureau, Rheumatology, Boots Pharmaceuticals |
| 1983 | Speaker, WDSU Radio, Systemic Lupus Erythematosus |
| 1988 | Lecturer, ANA workshop, Kallestad Diagnostics |
| 1990 | Environmental Protection Agency Symposium on Ultraviolet Light Induced Immunosuppression, Panel Member, Washington, DC |
| 1991 | To deliver the research seminar: "Ultraviolet Light: Its Salutary Action In SLE".  Department of Dermatology, Washington Hospital Center, 1991 |
| 1991 | To deliver the research seminar and tutorial: "Therapeutic Effects of UVA in Systemic Lupus Erythematosus", Harvard Dermatology Service, Massachusetts General Hospital |
| 1991 | Invited Speaker, 2nd International Conference on the Biological Effects of UVA Irradiation, San Antonio, Texas |
| 1991 | Speaker, "Biologic Effects of Light Symposium", Sponsored by The Light Symposium Foundation, Atlanta, Georgia |
| 1992 | Contributor American College of Rheumatology Slide Collection |
| 1992 | Lecturer, Earl K. Long Hospital, Baton Rouge, LA |

| | |
|---|---|
| 1992-1995 | Lecturer, "Rheumatology Update", New Orleans: "Systemic lupus erythematosus and other connective tissue diseases"; "Crystalline-Induced Arthropathies"; "UV Light in Systemic Lupus Erythematosus: "Bane or Blessing?"; "Systemic Lupus Erythematosus and Antinuclear Antibodies". |
| 1994 | Chairman, Symposium, "Ultraviolet Light Therapy in Connective Tissue Disorders", The American Society of Photobiology, Scottsdale, AZ. June 24-28 |
| 1994 | Speaker, Symposium, "Photosensitivity in Connective Tissue Disease", The American College of Rheumatology, Minneapolis, MN |
| 1995 | Speaker, "Therapeutic benefit of UV-A1 in SLE/SCLE", The American Academy of Dermatology "Rheumatology Update" Symposium, New Orleans |
| 1996 | Invited Lecturer, "UV-A1 Phototherapy for Lupus Erythematosus" in symposium entitled "Photomedicine and Apoptosis" at the American Society for Photobiology Meeting in Atlanta, Georgia, April, 1996. |
| 1997 | Invited Lecturer, "Autoantibodies, Systemic Lupus Erythematosus; Antiphospholipid Antibody Syndrome; Sjogren's Syndrome" New Orleans Internal Medicine Board Review Course, New Orleans. |
| 1990-98 | Lecturer-Microbiology/Immunology/Pathology Course, LSUMC |
| 1998 | Invited Speaker, 47th Annual Symposium on the Biology of Skin" Photobiology: " The Molecular and Biologic Effects of Light and their impact on skin and skin diseases".  Poster and discussion on "SLE-UVA1".  For publication in the Journal of Investigative Dermatology Supplement Proceedings. |
| 1998 | Speaker, Department of Rheumatology, LSUMC |
| 1999 | Lecturer - Medical Biochemestry Course, LSUMC |
| 1999-2003 | Lecturer - Louisiana Lupus Foundation |
| 2002 | Lecturer - Tulane Immunology Series:  "TNF Inhibitors" |
| 2003 | Lecturer – "Reproduction and Therapeutic Cloning". |

|      |                                                                                               |
|------|-----------------------------------------------------------------------------------------------|
|      | New Orleans Right-to-Life                                                                     |
| 2004 | Lecturer-Touro Infirmary Grand Rounds- "Chronic Lupus"                                        |
| 2006 | Lecturer-Louisiana State Health Sciences Center-Shreveport: "Singlet Oxygen in Lupus"         |
| 2006 | Lecturer-Tulane University Medical Center Department of Immunology and Allergy: "UV-A1 Irradiation for Systemic Lupus Erythematosus". |
| 2006 | Speaker: Louisiana Lupus Foundation Educational Seminar. "Research Update".                   |
| 2008 | Speaker: Resident Board Review for Rheumatology. Tulane University Medical School, June 8, 2008 |
| 2008 | Speaker: Lafayette Medical Society. "Rheumatology Topics"                                     |
| 2009 | Lecturer in Rheumatology, Tulane 3rd and 4th year students, monthly.                |

## PUBLICATIONS

McGrath H: Cardiac Effects of Digitalis. *N Engl J Med* 293:457, 1975.

Riley R, McGrath H, Taylor R: Detection of Low Avidity Anti-DNA Antibodies in Systemic Lupus Erythematosus. *Arthritis Rheum* 22:219-225, 1979.

McGrath H: Conditions Often Confused with Rheumatoid Arthritis. Audio Digest Foundation. *Family Practice* 30:(13), August 16, 1982.

McGrath H, Biundo JJ: a Longitudinal Study of High and Low Avidity Antibodies to Double Stranded DNA in Systemic Lupus Erythematosus. *Arthritis Rheum* 28(4):425-430, April 1985.

McGrath H, Wilson WA, Scopelitis E: Acute Effects of Ultraviolet Light on Human Lymphocyte Subsets. *Photochem Photobiol* 43(6):627-631, 1986.

Perez M, McGrath H: The Pseudothrombophlebitis Syndrome in a Patient with Polymyalgia Rheumatica. *Br J Rheum* 25:130, 1986.

McGrath H: Quinidine-Induced Reactive Lymphadenopathy. *Am J Med* 87:369, 1987.

McGrath H, Bak E, Michalski JP: Ultraviolet Light Prolongs Survival and Improves Immune Function in New Zealand Black/New Zealand White $F_1$ Hybrid Mice. *Arthritis Rheum* 30(5):557-561, 1987.

Scopelitis E, McGrath H: NSAID-Masked Gout. *South Med J* 80:1464-1465, 1987.

McGrath H, Smith JL, Bak E: Ultraviolet-A Light in the Treatment of Rheumatoid Arthritis. *Clin Exp Rheum* 5:323-328, 1987.

McGrath H, McCormick C, Carey ME: Pyogenic Cervical Osteomyelitis Presenting as a Massive Pre-vertebral Abscess in a Patient with Rheumatoid Arthritis. *Am J Med* 80:363-365, 1988.

Wilson WA, Marwah R, Foreman JB, McGrath H, Perez MC: Scintigraphic Quantitation of Splenic Function in SLE: Correlation with IgM Levels in Serum. *Clin Exp Rheum*, 7:251-255, 1989.

McGrath H: New Drugs for Testing Rheumatoid Arthritis. Audio Digest Foundation. *Family Practice* 38(4), 1990.

McGrath H, Scopelitis E, Nesbitt LT: Subacute Cutaneous Lupus Erythematosus During Psoralen Ultraviolet A Therapy. *Arthritis Rheum* 33(2):302-303, 1990.

McGrath H, Bak E, Michalski JP: Fluorescent Light Decreases Autoimmunity and Improves Immunity in B/W mice. *J Clin Lab Immunol*, 32,113-116, 1990.

McGrath H: Comment on the letter by Hazes et al, "Reduction of the Risk of Rheumatoid Arthritis Among Patients Taking Oral Contraceptives."  *Arthritis Rheum* 34(3), 1991.

Rihner M, McGrath H: Fluorescent Light Photosensitivity In Patients With Systemic Lupus Erythematosus. *Arthritis Rheum.* 35(3):949-952, 1992.

McGrath H: UV-A1 Light Decreases Disease Activity and Eliminates Antibodies in Patients with Systemic Lupus Erythematosus. In, *Biologic Responses to Ultraviolet A Radiation*, Edited by Frederick Urbach, Kansas, Valdenmar Press, 1992.

Rihner MA, McGrath H. Jr: Fluorescent Light: Does it Exacerbate Disease in Patients with Systemic Lupus Erythematosus. In, *Biologic Effects of Light*, Edited by Michael F. Hollick, Walter De Gruyter and Co., Berlin, 1992.

McGrath H: Fluorescent Light Photosensitivity with Systemic Lupus Erythematosus.  *Arthritis Rheum* 36(3), 430-431, 1993.

Rihner M, McGrath H: Fluorescent Light Photosensitivity in Patients with Systemic Lupus Erythematosus: *Yearbook of Rheumatology*, Mosby Year Book publications, Boston MA, 1994.

McGrath H: Ultraviolet-A1 Irradiation Decreases Clinical Disease Activity and Autoantibodies Antibodies in Patients With Systemic Lupus Erythematosus. *Clin Exp Rheum.* 12:129-135, 1994

McGrath H, Bell JM, Haynes MR, Martinez-Osuna P: Ultraviolet-A (320-400 nm) Irradiation In Systemic Lupus Erythematosus. *Curr Ther Res* 55:373-381, 1994

McGrath H, Bell J, Haycock J: Flourescent Light Activates the Immunomodulator, Urocanic Acid In Vitro: Implications for Patients with Systemic Lupus Erythematosus. *Ann Rheum Dis*. 53:396-399, 1994.

Joseph J, McGrath H. Jr: Gout or 'Pseudogout': How to Differentiate Crystal-Induced Arthropathies. *Geriatrics* 50:33-39, 1995.

McGrath H. Jr., Martinez-Osuna P, Lee FA: Ultraviolet-A1 (340-400 nm) Irradiation Therapy in Systemic Lupus Erythematosus. *Lupus* 5:269-274, 1996.

Thakur V, DeSalvo J, McGrath H. Jr., Weed S, Garcia C: Case Report: Polymyositis-Induced Myoglobinuric Acute Renal Failure. *Am J Med Sci* 312:85-87, 1996.

McGrath H: Alendronate in Postmenopausal Osteoporosis, *N Engl J Med* 334(11), 733-735, 1996.

McGrath H: Uncompensated Cervical Traction as a possible cause of Symptoms in Women with Breast Implants: Comment on the article by Buskila et al. *Arthritis Rheum* 40(11), 1997.

Molina JF, McGrath H. Jr.: Long Term Ultraviolet-A-1 Irradiation Therapy in Systemic Lupus Erythematosus. *J Rheumatol* 24:1072-1074, 1997.

McGrath H. Jr: Prospects for UV-A1 Therapy as a Treatment Modality in Cutaneous and Systemic LF. (Invited Review) *Lupus* 6:209-217, 1997.

McGrath H. Jr: UV-A1 Phototherapy for Lupus Erythematosus (Invited Review) *Dermatologic Therapy* 4:109-117, 1997.

McGrath H. Jr: Ultraviolet A1 (340-400 nm) Irradiation and Systemic Lupus Erythematosus. *J Invest Dermatol* 4: 79-84, 1999.

Rizvi SW, McGrath H Jr: The therapeutic effect of cigarette smoking on oral/genital aphthosis and other manifestations of Behçet's disease. *Clin Exp Rheumatol* 19:5; S77-8, 2001.

McGrath II Jr: Intolerance to caffeine may increase susceptibility to rheumatoid arthritis: comment on the article by Mikuls et al. *Arthritis Rheum* 46: 3104-5, 2002.

Singh R, Menon Y, McGrath H, Espinoza LR: Acute abdomen due to spontaneous organ rupture in systemic lupus erythematosus. *Am J Med* 114(2):160-1, 2003.

Sarwar H, McGrath H Jr: The differential diagnosis of cerebral systemic lupus erythematosus has changed. *Lupus 12:* 422, 2003

Menon J, McCarthy K, McGrath H Jr: Reversal of brain dysfunction with UV-A1 radiation in a patient with systemic lupus erythematosus. *Lupus,* 2003 12(6): 479-82.

McGrath H Jr:  Birth Weight, Disease and the HPA Axis.  *Brit Med. J.com.* September 2003.

McGrath H Jr:  Second-hand Smokescreen.  *Brit Med J.com.* 9/15/03.

McGrath H Jr:  Origins of Erosive Arthritis.  *J Rheumatol*, 2004 31 (7): 1463-5

McGrath H Jr:  Elective termination of pregnancy and microchimerism.  *Arthritis Rheum*, 2004 50 (9): 3058-9:

McGrath H Jr, Rigby P:  Hepcidin:  Inflammation's Iron Curtain.  **Editorial.**  *Rheumatology*  10:1093-1096, 2004.

Sarwar H, Espinoza LR, McGrath H Jr., Cucurill E.   Scleroderma Renal Crisis Following Widspread Application of Topical Triamcinolone.  *J. Clin Rheum*, 2004 10 (5): 1-2

Colmegna I, McGrath H Jr, Espinoza L: Raised levels of IL-6 in SLE correlate with anemia.  Ann Rheum Dis.com. June 7,  2005

McGrath H Jr:  Skewed X-chromosome inactivation in scleroderma; comment on the article by Ozbalkan et al.  Arthritis Rheum Nov 52 (11): 3679; author reply 3679-3680.

McGrath H Jr: Elimination of anticardiolipin antibodies and cessation of cognitive decline in a UV-A1 irradiated systemic lupus erythematosus patient. *Lupus* 2005 14 (10):859-61.

McGrath H Jr: Tumor necrosis factor alpha blockers and metastases: comment on the article by Setoguchi et al. *Arthritis Rheum* 2007; 56:695-6

Jabara B, Dahlgren M, McGrath H: Interstitial lung disease and pulmonary hypertension responsive to low-dose UV-A1 irradiation in lupus. Concise Report. *Journal of Clinical Rheumatology,* 2010; 16: 188-9.

**BOOKS**

2004  DeBartolo A.  *Lupus Underground:* (116 pages):  *A patient's case for a long-ignored drug-free non patentable counter-intuitive therapy that actually works.* (Hyde Park Media, Evanston Illinois, 2004): Mr. DeBartolo, a journalist for the Chicago Tribune, describes the mechanisms and success of UV-A1 therapy for systemic lupus erythematosus developed and investigated by H. McGrath Jr., MD at the General Clinical Research Center, Charity Hospital, New Orleans.


**TELEVISION/RADIO**

Local Evening News: "UV-A Light in Lupus", NBC affiliate, New Orleans (1991)

Local Evening News: "Light and Lupus", NBC affiliate, New Orleans (1991)

Local Evening News Stations, syndicated: "Therapeutic Use of UV-A light in Systemic Lupus Erythematosus" (1992)

Radio Perth, Australia; "Systemic Lupus Erythematosus".

Discovery Channel:  "UV-A Light in Lupus," a twelve minute segment describing our work with UV-A1 light in Lupus, televised internationally on the program "Beyond 2000", 1992-1995

WDSU:  "Ultraviolet Light in Lupus", television evening news segment, 1995.

WVUE:  "Light for Lupus", television evening news segment Nov., 1996.

WLAE:  Health Call: Systemic Lupus Erythematosus, 1996.

Ivanhoe (national television news syndicate):  "Light Therapy in Systemic Lupus Erythematosus", March, 1997.

Internet, 1998, Light Therapy in Systemic Lupus Erythematosus

WLAE   Health Call: Tumor Necrosis Factor Inhibitor, 2003

Ivanhoe Broadcast News (National Television News Syndicate): "UV-A1 light therapy in systemic, discoid, and CNS lupus", 2003

KCBQ:  Good Evening San Diego.  UV-A1 Light Therapy

Ivanhoe (National Television News Syndicate):  "Light for Lupus", September 2003

    WLAE: Health Call: Rheumatoid Arthritis, 2005

    WLAE: Tulane Health Call : *Rheumatoid Arthritis*: with  Jerry Roemig, 2009.

**PRESS**

    Reviews of the UV-A1 radiation studies have been published 1992-2003 in *The New York Times Magazine, Rheumatology Update, Physician's Weekly, Current Rheumatology, Dermatology Today, Dermatology Times, Internal Medicine News, Prevention Magazine, The Canadian Arthritis Society's Magazine, Arthritis Today, Ladies Home Journal, The National Lupus News, The Internal Medicine News and Family Practice News, Prevention Magazine, Body & Soul Holistic Health*

    *Lupus Foundation of America's Lupus News:  1993 - 2002*

    *Louisiana Lupus Foundation's Lupus Lines, 1994 - 2003*

    *National CFC pamphlet #0533: New Developments in Lupus Research.*

    *Lupus Foundation of America newsletter*

    *Lupus Foundation of America*: *UV-A1 Light Therapy in Lupus Newsletter Library*

**INTERNET**

www.lupuslight.com; a compendium of information about the UV-A1 light therapy developed at the NIH-funded Charity Hospital Clinical Research Center by Hugh McGrath, Jr., M.D

www.info@jointandbone.org  *Hepcidin mediates "anemia of chronic disease" and is reason iron supplements won't help.*  Hugh McGrath Jr., MD. 2004

**PAPERS PRESENTED AT PROFESSIONAL MEETINGS**

    1.    McGrath H, Andrews BS, Davis J: Evidence of Anti-DNA Antibodies Within Circulating Immune Complexes of Systemic Lupus Erythematosus Patients. Podium presentation, Arthritis and Rheumatism Association Meeting in Atlanta, Georgia, May 1980. *Arthritis Rheum* 23:718, 1980.

    2.    McGrath H, Zelman D, Biundo JJ: Low Avidity Antibody and Disease Activity in Systemic Lupus Erythematosus. Southeastern Regional American Rheumatism

Association Meeting, Williamsburg, Virginia, December 8, 1982. *Clinical Research* 31:652A, 1982.

3. McGrath H, Biundo JJ: A Longitudinal Study of High and Low Avidity Antibodies to Double Stranded DNA in Systemic Lupus Erythematosus. Podium presentation, Arthritis and Rheumatism Association Scientific Meeting, San Antonio, Texas, June 1983. *Clinical Research* 31:652A, 1983.

4. McGrath H, Wilson WA, Scopelitis E: Ultraviolet Irradiation Increases the Ratio of Helper to Suppressor Lymphocytes in Man. Podium presentation, American Rheumatism Association Southeastern Regional Meeting, Buena Vista, Florida, November 1983. *Clinical Research* 32:721A, 1984.

5. McGrath H, Wilson WA, Scopelitis E: Effects of Ultraviolet Radiation on Human T Lymphocyte Subsets. Podium presentation, Southern Society for Clinical Investigation, New Orleans, Louisiana, January 1984. *Clinical Research* 31:888A, 1983.

6. McGrath H, Wilson WA, Scopelitis E: Ultraviolet Irradiation Increases Helper-Induced/Suppressor-Cytoxic T-cell Ratios in Humans. American Rheumatism Association Annual Scientific Meeting in Minneapolis, Minnesota, June 1984. *Arthritis and Rheum* 27:557, 1984.

7. Wilson WA, McGrath H, Perez MC: Splenic Dysfunction in Systemic Lupus Erythematosus: Correlation with Serum IgM Level. Podium presentation, Southern Society for Clinical Investigation, New Orleans, Louisiana, January 1985. *Clinical Research* 33:593A, 1985.

8. McGrath H, Smith JL: The Effects of Ultraviolet A Light on Helper/ Suppressor Ratios and Clinical Disease Activity in Patients with Rheumatoid Arthritis. *Clinical Research*, 33,(2):593A, 1985.

9. Wilson WA, Marwah R, Foreman J, McGrath H, Perez M: Splenic Dysfunction in SLE: Correlation with Serum IgM Level. The American Rheumatism Association Annual Scientific Meeting, Anaheim, California, June 4-8, 1985. *Arthritis and Rheumatism* 28:588, 1985.

10. McGrath H, Bak E, Michalski JP: Ultraviolet A (UVA) Light Prolongs Survival and Improves Immune Function in New Zealand Black/New Zealand White $F_1$ Hybrid (B/W) Mice. Podium presentation, Plenary Session, Southeastern Regional American Rheumatism Association Meeting, Savannah, Georgia, December 1985.  *Arthritis Rheum* 28:472, 1985.

11. McGrath H, Bak E, Michalski JP: Ultraviolet A Light Prolongs Survival and Improves Immune Function in New Zealand Black/New Zealand White Hybrid

Mice. Podium presentation, Southern Society for Clinical Investigation. New Orleans, Louisiana, February 1986. *Clinical Research* 34:45A.

12. McGrath H, Bak E, Michalski JP: Ultraviolet A Light Prolongs Survival and Improves Immune Function in New Zealand Black/New Zealand White Hybrid Mice. Podium presentation, Society for Investigational Dermatology. Washington, D. C., May 1986.

13. McGrath H, Bak E, Michalski JP: Ultraviolet A (UVA) Light Prolongs Survival and Improves Immune Function in New Zealand Black/New Zealand White $F_1$ Hybrid Mice. Podium presentation, Association of American Physicians/American Society for Clinical Investigation/American Society for Clinical Research, Washington, D. C., May 1986.  *Clinical Research* 34.

14. McGrath H, Bak E, Michalski JP: Fluorescent Affects Immune Function in New Zealand White/New Zealand Black $F_1$ Hybrid Mice. American Rheumatism Association Annual Scientific Meeting, Washington, D.C., June, 1987. *Arthritis Rheum* 30:S123, 1987.

15. McGrath H, Bell JM, Haycock JW: Fluorescent White Light Isomerizes Trans-Urocanic Acid In Vitro. Clinical Research 38:13A. Podium presentation, Southern Society for Clinical Investigation, New Orleans. *Clin Research* 38:13A, 1990.

16. McGrath H, Bell JM, Haycock JW: Fluorescent White Light Isomerizes Trans-Urocanic Acid In Vitro. American Society for Photobiology and Photochemistry, Vancouver, Canada, June 15, 1990. *Photochem Photobiol* 51:37S.

17. McGrath H, Bell JM, Haynes M and Wilson WA: UV-A Light Decreases Disease Activity in Humans with Lupus. American College of Rheumatology, Seattle, WA, Oct 27-Nov 1, 1990. *Arthritis Rheum* 33:S165.

18. McGrath H, Bell JM, Haycock JW: Fluorescent White Light Converts Trans- To Cis-Urocanic Acid In Vitro. American College of Rheumatology, Seattle, WA, Oct 27-Nov 1, 1990.  *Arthritis Rheum* 33:S192.

19. McGrath H, Bell JM, Haycock JW: Fluorescent White Light Isomerizes Trans-Urocanic Acid In Vitro. FASEB Vol. 4, No. 7, The American Association of Immunologists Joint Meeting, New Orleans, LA June 3-7, 1990. *Photochem Photobiol*, 51:37S.

20. McGrath H: UV-A1 Light Decreases Disease Activity And Eliminates Antibodies In Patients With SLE. American College of Rheumatology. Boston, MA, November 5, 1991. *Arthritis Rheum* 34:D845.

21. Silveira LH, McGrath H: Smoking Controls The Symptomatology of Behcets Disease. Southern Section, American Federation For Clinical Research, January 21, 1992. *Clinical Research* 41, 1992.

22. Rihner MA, McGrath H: Fluorescent Light And Disease In Patients With Systemic Lupus Erythematosus Southern Section, American Federation for *Clinical Research*, January 29, 1992.

23. McGrath H, Martinez-Osuna P: Ultraviolet-A1 Radiation Therapy in SLE: A Comparison Between Ultraviolet-A1 Radiation and Visible Light on the Treatment of Systemic Lupus Erythematosus. American College of Rheumatology, October 1992. *Arthritis Rheum*: S55, 1992.

24. McGrath H, Martinez-Osuna P: Ultraviolet-A1 Radiation Therapy in SLE. International Conference of Rheumatology, Barcelona, Spain July 1993. *Proceed ILAR*: 18.

25. Martinez-Osuna P, Scopelitis E, McGrath H Jr, Silveira LH, Cuellar ML, Espinoza LR: Post Streptococcal Reactive Arthritis (PSREA): Clinical Course and Trends. American College of Rheumatology Meetings, October 1992. *Arthritis Rheum* 35:S87, 1992.

26. McGrath H, Martinez-Osuna P, Akdamar Lee F: A Placebo Controlled Double Blind Study of the Action of UV-A1 Radiation in Women with Systemic Lupus Erythematosus. 21st Annual Meeting of the American Society for Photobiology, June 26, 1993. *Photochem Photobiol* 57:29S.

27. Martinez-Osuna P, McGrath H, Jr., Lee F.A: A Placebo Controlled Study of UV-A1 (340-400 nm) Radiation Therapy in SLE. Concurrant session, American College of Rheumatology, *Arthritis Rheum* 36:S92, 1993

28. Garcia C, Molina JF, Gutiérrez S, Scopelitis E, Gedalia A, McGrath H, Gharavi A, Wilson WA, Espinoza LR: Intravenous Pulse Cyclophophamide (IVCY) Therapy of Severe Lupus Nephritis. American College of Rheumatology, San Francisco, CA, October, 1995. *Arthritis Rheum* 38:S, 1995.

29. Molina JF, Molina J, Gutiérrez S, Uribe O, Garcia C, Ristea R, Gharavi A, Scopelitis E, McGrath H, Wilson W, Espinoza LR: Deforming Anthropathy of the Hands (Jaccoud's) in Systemic Lupus Erythematosus (SLE): An Independent Subset of SLE? American College of Rheumatology, San Francisco, CA, October, 1995. *Arthritis Rheum* 38:S, 1995

30. Molina JF, McGrath H: Long-term UV-A1 Irradiation in SLE. American College of Rheumatology, San Francisco, CA, October, 1995. *Arthritis Rheum* 38:S, 1995.

31. Plymale DR, Martin DS, Fermin CD, McGrath H:  Quantification of Apoptosis in PBMC of SLE Patients Undergoing UV-A1 Therapy.  Southern Society of Clinical Research, February, 1997.

32. Aguirre V, McGrath H: UV-A1 Irradiation alters nitric oxide levels in patients with systemic lupus erythematosus. Clinical Research 52: 302, 2000.

33. McGrath, Jr: UVA1 bodily irradiation eliminated anti-cardiolipin antibodies and stopped cognitive decline in a patient with SLE.  The 7th International Lupus World Congress May  2004

34. Dahlgren M, McGrath H.  Interstitial Lung disease and pulmonary hypertension treated with UV-A1 irradiation. Tulane Research Day, May 2008

**GRANTS AND CONTRACTS**

Arthritis Foundation, Louisiana Chapter, Research Grant: The Effect of Ultraviolet A and Ultraviolet A and B Light on Lymphocyte Subsets In Normal Subjects and Patients With Systemic Lupus Erythematosus (principal investigator); January-December 1981.

Louisiana Lupus Foundation: The Effects of UV Light on Suppressor Cell Function in Patients with SLE and Normal Human Subjects (principal investigator); 1983.

Arthritis Foundation, Louisiana Chapter, General Support Grant: The Effect of Ultraviolet Light on Suppressor Cell Function in Systemic Lupus Erythematosus (principal investigator); 1984.

National Institutes of Health, Biomedical and Research Support Grant: The Effect of Avidity on DNA Antibody Pathogenicity In Systemic Lupus Erythematosus (principal investigator); Louisiana State University Medical Center, May 1981-May 1982.

National Institutes of Health Biomedical and Research Support Grant, Louisiana State University Medical Center: The Use of The Clq Binding Assay (ClqBA) To Detect DNA/Anti DNA and Other Circulating Immune Complexes (ClC) in Patients with Systemic Lupus Erythematosus (SLE). May 1983-May 1984.

Louisiana Lupus Foundation, (Baton Rouge, Louisiana): Research Support Grant: Detection of DNA/Anti-DNA Complexes in Systemic Lupus Erythematosus (principal investigator); August 1982-1983.

Louisiana Lupus Foundation, (Baton Rouge, Louisiana): Research Support Grant: The Effect of Total Body Ultraviolet A (320-400mm) Irradiation on Disease Activity and Immune Function in Patients with Rheumatoid Arthritis (principal investigator); August 1983-1984.

Louisiana Lupus Foundation, Baton Rouge, Louisiana Research Support Grant: Changes in Murine B and T Lymphocyte Function Following In Vitro Ultraviolet-A Light Exposure (principal investigator); August, 1983.

Arthritis Foundation, Louisiana Chapter, Research Support Grant: Chronic Ultraviolet A Exposure in Patients with Rheumatoid Arthritis (principal investigator); January-December 1985.

American Cancer Society, Research Support Grant: The Immunosuppressive Effects of Chronic Ultraviolet A (320-400); October, 1985.

Louisiana Lupus Foundation, Research Support Grant: The Effect of UVA Light on the New Zealand Black/New Zealand White F, Hybrid Mouse Model of Systemic Lupus Erythematosus (principal investigator); January, 1985.

Arthritis Foundation, Louisiana Chapter: The Effect of Visible Fluorescent Light on Survival and Immunologic Function in the New Zealand Black/New Zealand White Mouse Model of Systemic Lupus Erythematosus (principal investigator); 1987.

Lupus Foundation of America, Research Support Grant: The Effect of Ultraviolet-A Light on Survival, Immunity and Autoimmunity in Murine Systemic Lupus Erythematosus; August, 1987.

Louisiana Lupus Foundation, Research Support Grant: The Effects of Ultraviolet-A Light on Disease Activity and Immune Function in Patients with Systemic Lupus Erythematosus, (principal investigator); February, 1988.

State of Louisiana Board of Regents, Louisiana Education Quality Support Fund: The Immunomodulatory Properties of Ultraviolet-A Light in Systemic Lupus Erythematosus (principal investigator); June 1988 - July 1991, $128,000.00.

Renewed June 1989

Renewed June 1990

Extended June 1991-July 1992

National Institution of Health General Clinical Research Centers of the division of Research Resources: Providing support for the nurses, technician, laboratory studies and space for the 26 patient double blind, placebo controlled cross-over study entitled "Ultraviolet-A1 Light Therapy in Systemic Lupus Erythematosus" (principal investigator); September 1991-September 1993, The Tulane/LSU General Clinical Research Center, New Orleans.

Ibid:  For the 26 patient study entitled "Ultraviolet A1 Radiation Therapy in Patients with Rheumatoid Arthritis," (principal investigator); approved for funding by the same agency and to be done at the Tulane/LSU General Clinical Research Center from 1993 - 1995.

Ibid: For the double blind, placebo-controlled prospective study of 26 patients with fibromyalgia, entitled "UV-A1 Therapy vs. Placebo Irradiation in Patients with Fibromyalgia", Jan 1994 to Dec 1995.

Ibid: For the Study of "UV-A1 induced apoptosis" in 6 patients and 4 controls from Jan - June 1996.

Louisiana Lupus Foundation, Research Support Grant: The Effects of Ultraviolet-A Light on Disease Activity and Immune Function in Patients with Systemic Lupus Erythematosus (principal investigator); December, 1991-2003

National Institutes of Health Tulane/LSU General Clinical Research Center of the Divisions of Research Resources, National Institutes of Health Grant # RR05096-06: "Ultraviolet-A1 Light Therapy in the Treatment of Patients with Systemic Lupus Erythematosus" (principal investigator); 1997-2005.

Lousiana Lupus Foundation Grant, Ultraviolet –A1 irradiation in patients with systemic lupus erythematosus, 2009.

IRB submission, June 2010: The Effect of Low-dose Ultraviolet A1 (340-400 nm) Irradiation on levels of Heme Oxygenase mRNA and Heme Oxygenase protein in Normal Human Subjects.  Hugh McGrath Jr., MD, Principal Investigator