Merlin Robert Wilson, M. D.
Curriculum Vitae

## Personal Data

| | |
|---|---|
| Office Addresses | 2633 Napoleon Avenue<br>Suite #530<br>New Orleans, LA 70115<br>(504) 899-1120<br>(800) 749-7163 |
| Birth date | October 29, 1942<br>New Orleans, LA |

Married, three children

## Educational Experience

| | |
|---|---|
| 1955-1960 | Jesuit High School<br>New Orleans, LA |
| 1960-1961 | Loyola University<br>New Orleans, LA |
| 1961-1964 | Louisiana State University - New Orleans<br>New Orleans, LA<br>B. S. - Biology |
| 1964-1968 | Louisiana State University School of Medicine<br>New Orleans, LA<br>Doctor of Medicine |

## Medical Training

| | |
|---|---|
| 1968-1969 | Straight Medical Internship<br>Charity Hospital<br>New Orleans, LA |
| 1969-1972 | Internal Medicine Residency<br>Charity Hospital - L. S. U. Division<br>New Orleans, LA |
| 1971-1972 | Chief Medical Resident<br>Charity Hospital - L. S. U. Division<br>New Orleans, LA |
| 1974-1976 | National Institutes of Health, Research Fellow<br>Eng M. Tan's Laboratory |

Merlin Robert Wilson, M. D. - Curriculum Vitae

        Allergy-Immunology-Rheumatology Division
        Scripps Clinic & Research Foundation
        La Jolla, CA

Merlin Robert Wilson, M. D. - Curriculum Vitae

## Military Service

| | |
|---|---|
| 1972-1974 | Major, Medical Corps<br>United States Army<br>Chief of Medicine, Walson Army Hospital<br>Fort Dix, NJ |

## Certification & Licensure

| | |
|---|---|
| Louisiana State Board of Medical Examiners | 1968 to present |
| New Jersey State Board of Medical Examiners | 1972 to 1974 |
| California Board of Medical Examiners | 1974 to 1980 |
| American Board of Internal Medicine | |
|     Internal Medicine | 1971 to present |
|     Rheumatology Subspecialty | 1978 to present |
| American Board of Allergy & Immunology | 1977 to present |

## Professional Experience

| | |
|---|---|
| 1971-1972 | Clinical Instructor of Medicine<br>L. S. U. School of Medicine<br>New Orleans, LA |
| 1976-1979 | Assistant Professor of Medicine<br>Tulane University School of Medicine<br>New Orleans, LA |
| 1979-1987 | Clinical Associate Professor<br>Tulane University School of Medicine<br>New Orleans, LA |
| 1976-1979 | Director<br>Clinical Immunology Reference Laboratory<br>Tulane University School of Medicine<br>New Orleans, LA |
| 1979-1983 | Private Practice<br>Section of Rheumatology<br>Mahorner Clinic<br>New Orleans, LA |
| 1983-present | Private Practice<br>Limited to Rheumatology & Allergy<br>Wilson and Sanders, Inc.<br>New Orleans, LA |

Merlin Robert Wilson, M. D. - Curriculum Vitae

| | |
|---|---|
| 1983-present | Director<br>Wilson Sanders Laboratory/Immutek<br>New Orleans, LA |

## Professional Experience continued

| | |
|---|---|
| 1986-2009 | Director<br>Metrolab Reference Laboratory<br>New Orleans, LA |
| 1986-1988 | Chief of Medicine<br>Southern Baptist Hospital<br>New Orleans, LA |
| 1993-2004 | Secretary/Treasurer<br>Medical Staff of Memorial Hospital - Baptist Campus<br>New Orleans, LA |

## Appointments

| | |
|---|---|
| Active Staff | Ochsner-Baptist Hospital; New Orleans, LA<br>Touro Hospital; New Orleans, LA |
| Clinical Professor of Medicine | Tulane University School of Medicine<br>LSU Health Sciences Center (Faculty Member - Rheumatology) |

Merlin Robert Wilson, M. D. - Curriculum Vitae

## Professional Organizations

Alpha Omega Alpha, Honor Medical Society
Fellow of the American College of Physicians
American Federation for Clinical Research
Undergraduate Medical and Surgical Honor Society
Phi Kappa Phi Honor Society
Fellow of the American College of Rheumatology (American Rheumatism Association)
Arthritis Foundation, Southeast Branch President 1985 & 1986
American Academy of Allergy, Asthma and Immunology
Louisiana Rheumatism Society
Southeastern Clinical Club - President 2001
Committee on Antinuclear Antibody Serology of the Arthritis Foundation-CDC
WHO/ILAR/IUIS International Committee for Standardization of Autoantibodies in Rheumatic Diseases

Merlin Robert Wilson, M. D. - Curriculum Vitae

## Publications

1. Wilson MR, J Dardano & H Rothschild. 1973. An automated rapid and quantitative micro assay for histocompatibility testing. Transplantation, 16:408.

2. Topilow A & MR Wilson. 1974. Hematology. Medical Examiner Review Book Publishing Company. Volume 32.

3. Arroyave CM, MR Wilson & EM Tan. 1976. Serum factors activating the alternative complement pathway in autoimmune disease: Description of two different factors from patients with systemic lupus erythematosus. Journal of Immunology, 116:821.

4. Wilson MR, CM Arroyave, RM Nakamura, JH Vaughan & EM Tan. 1976. Activation of the alternative complement pathway in systemic lupus erythematosus. Clinical & Experimental Immunology. 26:11.

5. Arroyave CM, MR Wilson & EM Tan. 1977. Alternative pathway activation of the complement system by nuclear antigen-antinuclear antibody complexes in autoimmune disease. In Clinical Aspects of the Complement System. Edited by W Opferkuch, K Rother & DR Schultz, Georg Thieme Publishers Stuttgart, p. 168.

6. Wilson MR, CM Arroyave, LA Miles & EM Tan. 1977. Immune reactants in cryoproteins Relationship to activation of the complement. Annals of Rheumatic Disease, 36:540.

7. Rothschild H, MR Wilson, L Levy, J Salvaggio, M Lopez & D Bice. 1977. An immunological investigation of a family with chronic mucocutaneous candidiasis. International Archives of Allergy & Immunology, 52:291.

8. Lockwood M, H Rothschild, & M Wilson. 1977. Early viral function of the in(ts)-1501 temperature-sensitive SV40 mutant. Nature, 266:720.

9. Wilson MR, HR Gaumer & JE Salvaggio. 1977. Activation of the alternative complement pathway and generation of chemotactic factors by asbestos. Journal of Allergy & Clinical Immunology, 60:218.

10. Karr RM, RJ Davies, BT Butcher, SB Lehrer, MR Wilson, V Dharmarajan & JE Salvaggio. 1978. Occupational Asthma. Journal of Allergy & Clinical Immunology, 61:54.

11. Lehrer SB, MR Wilson, JE Salvaggio. 1978. Immunogenic properties of tobacco smoke. Journal of Allergy & Clinical Immunology, 62:368.

12. Butcher BT, RM Karr, CE O'Neil, MR Wilson, V Dharmarajan, JE Salvaggio & H Weill. 1979. Inhalation challenge and pharmacologic studies of toluene diisocynate (TDI) sensitive workers. Journal of Allergy & Clinical Immunology, 64:146.

Merlin Robert Wilson, M. D. - Curriculum Vitae

13. Karr RM, MR Wilson & JE Salvaggio. 1980. Allergic pneumonitis. In Current Topics in Immunology. Edited by Edward C Franklin, Elsever Company.

14. Wilson MR, RM Karr & JE Salvaggio. 1980. The contribution of immunologic techniques to the understanding of occupational lung disease. In Occupational Lung Diseases: Research Approaches and Methods. Edited by H Weill & M Turner-Warwick. Marcel Dekker, Inc. New York.

15. Wilson MR, R Ory, A Sekul, SB Lehrer & JE Salvaggio. 1980. Activation of the alternative complement pathway by extract of cotton dust. Clinical Allergy, 10:303.

16. Stankus RP, MR Wilson & JE Salvaggio. 1980. Lactate sensitive dermal inflammation and complement-mediated cell lysis induced by aluminum salts. Clinical & Experimental Immunology, 4:218.

17. Karr RM, MR Wilson, SB Lehrer, BT Butcher & JE Salvaggio. 1980. Immunologic and clinical aspects of Basidiomycete allergy. Clinical Allergy.

18. Lehrer SB, MR Wilson & JE Salvaggio. 1980. Immunogenicity of tobacco smoke components in rabbits and mice. International Archives of Allergy & Applied Immunology, 62:16.

19. Karr RM, SB Lehrer, BT Butcher, MR Wilson, & JE Salvaggio. 1980. Analysis of antigenic relationship among species of aspergillus. Journal of Allergy & Clinical Immunology,

20. Lehrer SB, RM Karr, MR Wilson & JE Salvaggio. 1980. IgE antibody response of smokers, non-smokers and "smoke-sensitive" persons to tobacco leaf and smoke antigens. American Review of Respiratory Diseases. 121:168.

21. Doll NJ, MR Wilson & JE Salvaggio. 1980. Prevalence of Sm antibody in family members of Sm positive patients with SLE. Journal of Rheumatology. 7:334.

22. Doll NJ, MR Wilson & JE Salvaggio. 1980. Inhibition of polymorphonuclear leukocyte chemiluminescence for detection of immune complexes in human sera. Journal of Clinical Investigation. 66(3):457.

23. Wilson MR & JE Salvaggio. 1980. Activation of complement: A mechanism in search of diseases. Journal of Allergy & Clinical Immunology, 65:319.

24. Wilson MR, MR Schuyler, FM Cashner & JE Salvaggio. 1981. The effect of complement depletion on hypersensitivity pneumonitis lesions produced by Micropolyspora faeni antigen. Clinical Allergy. 11:131.

25. Karr RM, MR Wilson, VR Anticetti, SB Lehrer, BT Butcher, & JE Salvaggio. 1981. An approach to fungal antigen relationships by radioallergosorbent test inhibition. Journal of Allergy & Clinical Immunology, 67:194.

Merlin Robert Wilson, M. D. - Curriculum Vitae

26. Wilson MR (contributor), JE Salvaggio (editor). 1982. A Primer of Allergic and Immunologically Mediated Diseases. Journal of the American Medical Association. JAMA Press, Chicago, IL.

27. Tan EM, MJ Fritzler, JS McDougal, FC McDuffie, RM Nakamura, M Reichlin, CB Reimer, GC Sharp, PH Schur, MR Wilson & RJ Winchester. 1982. Reference sera for antinuclear antibodies. Arthritis & Rheumatism, 25:1003.

28. Wilson MR & JF Nitsche. 1986. Immunodiffusion assays for antibodies to nonhistone nuclear antigens. In Manual of Clinical Laboratory Immunology (Third Edition). Edited by Noel R Rose, Herman Friedman, & John L Fahey. American Society of Microbiology. Washington, DC pages 750-754.

29. Wilson MR & EM Tan. 1986. Antinuclear antibodies and the LE cell phenomenon. In Immunology & Rheumatology (second edition). Edited by Alan Cohen & J Claude Bennett. Grune & Stratton, Inc., pages 84-97.

30. Wilson MR & EM Tan. 1987. Antibodies to nonhistone antigens. In Systemic Lupus Erythematosus. Edited by Robert G Lahita. John Wiley & Sons. New York, NY. pages 291-304.

31. Wilson MR. 1987. Antinuclear and anticytoplasmic antibodies. In Dubois' Systemic Lupus Erythematosus. Edited by Daniel J Wallace & Edmund Dubois. Lea & Febiger, Philadelphia. pages 227-243.

32. Tan EM, TEW Feltkamp, D Alarcon-Segovia, RL Dawkins, M Homma, JR Kalden, PH Lambert, A Lange, RN Maini, FC McDuffie, JS McDougal, R Norberg & MR Wilson. 1988. Reference reagents for antinuclear antibodies. Arthritis & Rheumatism, 31:1331.

33. Tan EM & MR Wilson. 1987. Antibodies to nonhistone antigens. In Meischer's Symposium on Systemic Lupus Erythematosus. pages 243-255.

34. Wilson MR & RD Sanders. 1992. Immunodiffusion assays for antibodies to small nuclear ribonucleoproteins (snRNPs) and other cellular antigens. In Manual of Clinical Laboratory Immunology (Fourth Edition). Edited by Noel Rose, Herman Friedman, and John Fahey. American Society of Microbiology. pages 741-746.

35. Tan, EM, TEW Feltkamp, JS Smolen, B Butcher, R Dawkins, MJ Fritzler, T Gordon, JA Hardin, JR Kalden, RG Maini, JS McDougal, NF Rothfield, RJ Smeenk, Y Takasaki, A Wiik, MR Wilson, and JA Koziol. ANA Subcommittee of the International Union of Immunological Societies, The Arthritis Foundation (USA) and the Centers for Disease Control, Atlanta. 1997. Range of Antinuclear Antibodies in "Healthy" Individuals. *Arthritis & Rheumatism,* 40:1601-1611

36. Tan, Em, JS Smolen, JS McDougal, BT Butcher, D Conn, MJ Fritzler, T. Gordon, JA Hardin, JR Kalden, RG Lahita, RN Maini, NF Rothsfield, R Smeenk, Y Takasaki, WJ

Merlin Robert Wilson, M. D. - Curriculum Vitae

vanVenrooij, A Wiik, MR Wilson, and JA Kozoil. ANA Subcommittee of the International Union of Immunological Societies - Standardization Committee, The World Health Organization, The Arthritis Foundation (USA) and the Centers for Disease Control and Prevention, Atlanta. A Critical Evaluation of Enzyme Immunoassays for Detection of Antinuclear Autoantibodies of Defined Specificities. I. Precision, Sensitivity, and Specificity. *Arthritis & Rheumatism,* 42:455-464

37. Tan, EM, JS Smolen, JS McDougal, MJ Fritzler, T. Gordon, JA Hardin, JR Kalden, RG Lahita, RN Maini, WH Reeves, NF Rothsfield, Y Takasaki, A Wiik, MR Wilson, and JA Kozoil. ANA Subcommittee of the International Union of Immunological Societies - Standardization Committee, The World Health Organization, The Arthritis Foundation (USA) and the Centers for Disease Control and Prevention, Atlanta. 2002 A Critical Evaluation of Enzyme Immunoassays for Detection of Antinuclear Autoantibodies of Defined Specificities. II. Potential for Quantitation of Antibody Content. *Journal of Rheumatology*, 29:68-73.

38. Fritzler, M, A Wiik, EM Tan, JS Smolen, JS McDougal, EKL Chan, TP Gordon, JA Hardin, JR Kalden, RG Lahita, RN Maini, WH Reeves, NF Rothfield, Y Takasaki, MR Wilson, M G Byrd, L Slivka, JA Koziol. ANA Subcommittee of the International Union of Immunological Societies - Standardization Committee, The World Health Organization, The Arthritis Foundation (USA) and the Centers for Disease Control and Prevention, Atlanta. 2003. A Critical Evaluation of Enzyme Immunoassay Kits for Detection of Antinuclear Autoantibodies of Defined Specificities. III. Comparative Performance Characteristics of Academic and Manufacturers' Laboratories. *Journal of Rheumatology*, 30:2374-2381.

39. Wiik, AS, TP Gordon, AF Kavanaugh, RG Lahita, WH Reeves, WJ Van Venrooij, MR Wilson, M Fritzler and the IUIS/WHO/AF/CDC Committee for the Standardization of Autoantibodies in Rheumatic and Related Disease. 2004. Cutting edge diagnostics in rheumatology: The role of patients, clinicians, and the laboratory scientists in optimizing the use of autoimmune serology. *Arthritis and Rheumatism (Arthritis Care and Research)* 51:2 pp 291-298.

40. Nancy Agmon-Levin, Jan Damoiseaux, Cees Kallenberg, Ulrich Sack, Torsten Witte, Manfred Herold, Xavier Bossuyt, Lucille Musset, Ricard Cervera, Aresio Plaza-Lopez, Carlos Dias, Maria José Sousa, Antonella Radice, Catharina Eriksson, Olof Hultgren, Markku Viander, Munther Khamashta, Stephan Regenass, Luis Eduardo Coelho Andrade, Allan Wiik, Angela Tincani, Johan Rönnelid, Donald B Bloch, Marvin J Fritzler, Edward K L Chan, I Garcia-De La Torre, Konstantin N Konstantinov, Robert Lahita, Merlin Wilson, Olli Vainio, Nicole Fabien, Renato Alberto Sinico, Pierluigi Meroni, Yehuda Shoenfeld 2014 International recommendations for the assessment of autoantibodies to cellular antigens referred to as anti-nuclear antibodies. *Ann Rheum Dis* 73-17-23.