# CURRICULUM VITAE

Frederick G. Kushner, M.D.

F.A.C.P., F.A.C.C., F.S.C.A.I., C.B.N.C., F.A.H.A.

https://www.doximity.com/pub/frederick-kushner-md

https://www.linkedin.com/public-profile/settings?trk=d_flagship3_profile_self_view_public_profile

| | |
|---|---|
| **Office Address** | Heart Clinic of Louisiana, APMC |
| | 1111 Medical Center Boulevard |
| | Suite N613 |
| | Marrero, LA  70072 |
| **Telephone No.** | 504-349-6800 |
| **Citizenship** | United States of America |
| **Date of Birth** | May 20, 1948 |
| **Place of Birth** | New York, New York |
| **Marital Status** | Married; two children |
| **Certification** | Diplomat in Interventional Cardiology |
| | Certification Board, Nuclear Cardiology |
| | Certificate/Licensure for Medical Radioisotopes Used |
| | from the New England Roentgen Ray Society and |
| | the  Massachusetts General Hospital |
| | Diplomate, Cardiovascular Diseases |
| | Diplomate, American Board of Internal Medicine |
| | National Board of Medical Examiners |
| **Licensure** | Louisiana |
| | California |
| | New York |
| | Colorado |

| | | |
|---|---|---|
| **Education** | 1978-1979 | Harvard University, School of Medicine |
| | | Massachusetts General Hospital |
| | | Boston, MA |
| | | Fellow, Cardiac Catheterization/Nuclear Cardiology |

**Education (continued)**

|  | 1978 | Hospital of University of Pennsylvania<br>Philadelphia, PA<br>Fellow, Cardiology |
|--|------|------|
|  | 1976 | Harvard University School of Medicine<br>Beth Israel Hospital<br>Boston, MA<br>Resident, Internal Medicine |
|  | 1975 | Harvard University, School of Medicine<br>Beth Israel Hospital<br>Boston, MA<br>Intern, Internal Medicine |
|  | 1974 | Columbia University College of Physicians &<br>Surgeons<br>New York, NY<br>Doctor of Medicine |
|  | 1966-1970 | Columbia University, Columbia College<br>New York, NY<br>Bachelor of Arts |

**Recent Certification**  2014  University of Michigan: Certificate with Distinction: Instructional Methods in Health Professions Education

**Private Cardiology Practice**

|  | 1994-Present | Heart Clinic of Louisiana, APMC, Medical Director<br>Heart Clinic of Louisiana Diagnostic Services<br>Marrero, LA |
|--|--------------|------|
|  | 1994 | Kushner Heart Clinic/Kushner Diagnostic Clinic<br>Marrero, LA |
|  | 1985 | Cardiology Center<br>Marrero, LA |

**Staff Appointments**    West Jefferson Medical Center, Marrero, LA
Ochsner Medical Center, West Bank, Gretna, LA

**Academic Appointments**

|  | 2016-Present | Adjunct Professor of Medicine,<br>New York University School of Medicine, |
|--|--------------|------|

## Academic Appointments (continued)

| | |
|---|---|
| 2012-Present | Clinical Professor of Medicine, LSU Health Science Center |
| 2006-Present | Clinical Professor of Medicine, Tulane University |
| 1993-2006 | Associate Clinical Professor of Medicine, Tulane University |
| 1993-Present | Associate Clinical Professor of Community Medicine, Tulane University |
| 1987 | Clinical Assistant Professor of Medicine, Louisiana State University School of Medicine |
| 1978 -1979 | Research and Clinical Fellow in Medicine, Harvard University, School of Medicine Cambridge, MA |
| 1976 | Assistant Instructor of Medicine, Harvard Medical School Cambridge, MA |

## Professional Appointments

| | |
|---|---|
| 2019 | FDA Advisory Committee, Cardiology Expertise For Bone, Reproductive and Urologic Drugs (BRUDAC) |
| 2018 | ESF College of Expert Reviewers |
| 2018 | EMDAC Special Committee to FDA |
| 2018 | Co-Chairman Faculty CCU Session at ACC19 |
| 2017 | Abstract grader for ACC'18, 2018 |
| 2017-Present | Reviewer for JAMA Cardiology |
| 2017-Present | Reviewer for the "2017 AHA/ACC Clinical Performance and Quality Measures for Adults with ST-Elevation and Non-T-Elevation Myocardial Infarction" |

## Professional Appointments (continued)

| | |
|---|---|
| 2017-Present | Reviewer for the "ACC/AATS/AHA/ASE/ ASNC/SCAI/SCCT/STS 2017 Appropriate Use Criteria for Coronary Revascularization in Patients with Stable Ischemic Heart Disease" |
| 2017 | Faculty panelist for American College of Cardiology National Meeting 2017 |
| 2016 | Abstract grader for ACC'17, 2017 |
| 2015 | Editorial Board of European Heart Journal: Acute Cardiovascular Care |
| 2015-Present | Journal of the American College of Cardiology, Editorial Board Reviewer |
| 2009-2014 | Science Board to the Food and Drug Administration; "Science Looking Forward Subcommittee of the Board to the Food and Drug Administration" 2014 |
| 2014 | Faculty for the 26th Annual Scientific Symposium of Transcatheter Cardiovascular Therapuetics, TCT 14 |
| 2014-2015 | Vice Chair of 2014 Focused Update for the ACCF/AHA Guideline for the Management Of ST-Segment Myocardial Infarction |
| 2013 | Journal of Cardiac Failure, Editorial Review Board |
| 2013 | Faculty for the 25th Annual Scientific Symposium of Transcatheter Cardiovascular Therapeutics, TCT 13 |
| 2013 | Faculty for the American College of Cardiology 62nd Annual Scientific Session and TCT @ACCi2 |
| 2012 | Faculty for the 24th Annual Scientific Symposium of Transcatheter Cardiovascular Therapeutic, TCT 2012 |
| 2011 | Chairman of Working Group 1 for the Methodology Summit for the ACCF/AHA Task Force for Practice Guidelines, December 2011 |
| 2011 | Writing Committee Member for the AHA Scientific Statement in Development: Evolution of Critical Care Cardiology and the Emerging Need for New Staffing and Training Models; in development 2012. |

## Professional Appointments (continued)

| | |
|---|---|
| 2010 | American Heart Journal, Editorial Reviewer |
| 2009-2014 | Science Board to the Food and Drug Administration |
| 2010-2013 | Member of ACC/AHA Task Force on Practice Guidelines |
| 2011-Present | Vice-Chairman of the ACCF/AHA Guidelines for the Management of ST-Elevation Myocardial Infarction |
| 2010 | Columbia Presbyterian Health Sciences Advisory Council |
| 2009 | Appropriateness Criteria for Cardiac Radionuclide Imaging, Technical Panel Member |
| 2009 | Co-Chairman, ACCF/AHA Focused Update of the ACCF/AHA 2004 Guidelines for The Management of Patients with ST-Elevation Myocardial Infarction. |
| 2009 | ACCF/AHA Guideline for Assessment of Cardiovascular Risks in Asymptomatic Adults, Writing Committee and Lead Reviewer for the Task Force for Practice Guidelines. |
| 2008 | ACC/AHA Task Force on Performance Measures |
| 2007 | Guideline Process Improvement Workgroup Report Panel member |
| 2007-Present | Program director for Cardiovascular Services Ochsner Medical Center, West Bank Gretna, LA |
| 2009 | Member of American College of Cardiology/American Heart Association Task Force on Practice Guideline |
| 2005 | ACC/Institute of HealthCare Improvement (IHI) AMI Expert Roster for acute MI |

## Professional Appointments (continued)

| | | |
|---|---|---|
| 2005 | Editorial Consultant<br>American Heart Journal | |
| 2004 | Member of the Membership & Communications Committee of the Council on Clinical Cardiology American Heart Association | |
| 2004 | ACCF/AHA Guidelines Writing Committee for the Management of Patients with ST Elevation and Myocardial Infarction | |
| 2003 | American Board of Internal Medicine Practice Improvement Module Development Committee for Acute Myocardial Infarction | |
| 2002 | Executive Committee<br>American Heart Association<br>Council on Clinical Cardiology | |
| 2001 | Chairman, Credentials Committee<br>American Heart Association<br>Council on Clinical Cardiology | |
| 2000 | Editorial Consultant<br>American Heart Journal | |
| 1999 | Vice-President American Society of Nuclear Cardiology Southeast Region | |
| 1998 | Accreditation Council for Graduate Medical Education Residency Review Committee | |
| 1997 | Credentials Committee<br>American Heart Association<br>Council on Clinical Cardiology | |
| 1994 | Editorial Consultant<br>Journal of Cardiovascular Catheterization and Diagnosis | |
| 1994 | Director of Special Care Committee<br>West Jefferson Medical Center<br>Marrero, LA | |

## Professional Appointments (continued)

| | |
|---|---|
| 1994-2013 | President/Medical Director<br>Heart Clinic of Louisiana/APMC<br>Heart Clinic of Louisiana Diagnostic Services<br>Marrero, Louisiana |
| 1994 | Management Committee<br>Westbank IPA |
| 1994 | Executive Committee<br>American Heart Association<br>Council on Clinical Cardiology |
| 1993 | American College of Cardiology, Council of<br>Governors, Louisiana |
| 1993 | Government Relations Committee<br>American College of Cardiology<br>Louisiana Chapter |
| 1993 | Executive Committee<br>American Heart Association<br>Council Clinical Cardiology |
| 1993-Present | Board of Directors<br>Columbia College Alumni Association |
| 1993-Present | Board of Directors<br>P&S Alumni Association<br>Regional Committee |
| 1992 | Director of the Coronary Care Unit<br>West Jefferson Medical Center<br>Marrero, LA |
| 1991 | Director of Cardiac Catheterization Laboratory<br>West Jefferson Medical Center<br>Marrero, LA |
| 1991 | Medical Director, Cardiac Intensive Care Unit<br>West Jefferson Medical Center<br>Marrero, LA |
| 1991 | Vice-President<br>American Heart Association<br>Jefferson Parish Chapter |

## Professional Appointments (continued)

| | | |
|---|---|---|
| 1990 | | Board Member, American Heart Association Louisiana Affiliate |
| 1990 | | Representative, Mississippi & Louisiana American Heart Association Clinical Council on Cardiology |
| 1990 | | Vice-President American Heart Association Louisiana Chapter |
| 1990 | | Vice-President American Heart Association Jefferson Parish Chapter |
| 1985 | | Director of Cardiology JoEllen Smith Medical Center New Orleans, LA |

**Honors/Awards**

Highly Cited Researchers for 2018, Clarivate Analytics
Who's Who of the South & Southwest, 2013
Marquis Who's Who in Science and Engineering, 2011-2012
Marquis Who's Who in The World, 2005-Present
Marquis Who's Who in America, 2004 – Present
Tulane AOA Volunteer Clinical Faculty Teaching Award,1999
Tulane Volunteer, 1999
Who's Who in the South and Southwest, Biography, 1980
Associate Alumnus, Harvard University Medical Alumni Association, 1976
Alpha Omega Alpha, 1974
National Merit Scholarship Finalist

**Professional Memberships**

Society of Cardiovascular Magnetic Resonance, 2000-2001
American Heart Association, Council on Clinical Cardiology, Fellow, 2000 - Present
American Society of Nuclear Cardiology, 1995 - Present
Society for Cardiac Angiography and Intervention, Fellow, 1990 - Present
American College of Cardiology, Fellow, 1979 - Present
New Orleans Academy of Internal Medicine, 1979 - Present
Paul Dudley White Society, 1979 - Present
Louisiana State Medical Society, 1979 - Present
American Heart Association, Fellow, 1979 - Present
American College of Physicians,  Fellow, 1978 - Present
American Federation for Clinical Research, 1976
American Medical Association

## Publications

1. ACCEL Audio Journal/American College of Cardiology Extended Learning.  Controversies in ACS Guidelines.  Frederick G. Kushner, MD, FACC.  Interviewer: C. Richard Conti, MD, MACC.  Volume 49, No. 10, October 2017/Term of Approval: September 2020.

2.  2017 AHA/ACC Performance and Quality Measures for patients with ST-Elevation Myocardial Infarction and Non ST-Elevation Myocardial Infarction: JACC, Sept 21, 2017, Content Reviewer.

3. ACC/AATS/AHA/ASE/ASNC/SCAI/SCCT/STS 2016 Appropriate Use Criteria for Coronary Revascularization in Patients with Acute Coronary Syndromes, JACC Dec. 2016, Content Reviewer.

4. Mission Possible: How FDA Can Move at the Speed of Science: Report of the Science Looking Forward Subcommittee.  Prepared for FDA Science Board.  September 2015.

5. 2015 ACC/AHA/SCAI: Focused Update on Primary Percutaneous Coronary Intervention for Patients With ST-Elevation Myocardial Infarction: An Update of the 2011 ACCF/AHA/SCAI Guideline for Percutaneous Coronary Intervention and the 2013 ACCF/AHA Guideline for the Management of ST-Elevation Myocardial Infarction: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines and the Society for Cardiovascular Angiography and Interventions.  J Am Coll Cardio. Published online October 21, 2015. doi:10.1016/j.jacc2015.10.005.

6. Prosthetic Valve Strands; Echocardiography Journal; Echo Rounds 2014;001-2; Kerut, E.K.; Kushner F.G.,DOI:10.1111/echo.12544 @2014, Wiley Periodicals, Inc.

7. ACCF/AHA Clinical Practice Guideline Methodology Summit Report; Journal of the American College of Cardiology; A report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines; Jacobs, A.K.; Kushner, F.G.; et al., JACC, Volume 61, No 2, January 15, 2013.

8. ACCF/AHA Clinical Practice Guideline Methodology Summit Report; A report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines; Jacobs, A.K.; Kushner, F.G. et al.  *Circulation,* Journal of the American Heart Association, Volume 127, Number 2, January 15; ISSN 0009-7322; http://circ.ahajournals.org.

9. ACC/AHA Guideline for the Management of ST-Elevation Myocardial Infarction: Executive Summary: A Report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines: O' Gara, P.T.; Kushner, F.G.;  et al.  *Circulation*, Journal of the American Heart Association, published online December 17, 2012. Print ISSN: 0009-7322.  Online ISSN: 1524-4539.

10. ACC/AHA Guideline for the Management of ST-Elevation Myocardial Infarction: A Report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines: O' Gara,  P.T.; Kushner, F.G.; et al  Journal of the American College of Cardiology; Vol. 61, No. 4, 2013; ISSN 0735-1097/$36.00; http://dx..doi.org/10.1016/j.jacc.2012.11.019.

## Publications (continued)

11. ACCF/AHA Clinical Practice Guidelines Methodology Summit Report: A Report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines: Jacobs, A.K, Kushner, F.G; et al. *Circulation*, Journal of the American Heart Association. Print ISSN: 0009-7322. Online ISSN: 1524-4539.

12. ACCF/AHA Clinical Practice Guideline Methodology Summit Report: Jacobs, Alice K., MD, FACC,FAHA; Kushner, Frederick G., MD, FACC, FAHA; et al. Journal of the American College of Cardiology 2012;();doi:10.1016/j.jacc2012.09.025.

13. A Bileaflet CarboMedics Aortic Prosthesis with a New Unusual "Linear" Central Regurgitant Jet: A Sign of Subtle Incomplete Closure of One Leaflet? Kerut, Edmund Kenneth Kerut, M.D., Hanawalt C, Everson C, Kushner F, Echocardiography 2012: 29(4):505-507.

14. Evolution of Critical Care Cardiology: Transformation of the Cardiovascular Intensive Care Unit and the Emerging Need for New Medical Staffing and Training Models: A Scientific Statement From the American Heart Association.  Morrow, DA, Fang JC, Fintel DJ, Granger CB, Katz JN, Kushner FG, Kuvin JT, Lopez-Sendon J, McAreavey D, Nallamothu B, Page RL 2nd, Parrillo JE, Peterson PN, Winkelman C; on behalf of the American Heart Association Council on Cardiopulmonary, Critical Care, Perioperative and Resuscitation, Council on Clinical Cardiology, Council on Cardiovascular Nursing, and Council on Quality of Care and Outcomes Research. PMID:22893607; Journal of the American Heart Association; Volume 126; Number 11; September 11, 2012; ISSN 0009-7322, pp. 1408-1428.

15. New and Revised 2011 PCI and CABG ACCF/AHA Practice Guidelines: A Consensus on Revascularization is at the Heart of the Matter; Kushner, F.G.  In Press.American Heart Association Learning Library.

16. A Bileaflet CarboMedics Aortic Valve Prosthesis with a New Unusual "Linear" Central Regurgitant Jet; A Sign of Subtle Incomplete Closure of One Leaflet?";  Echocardiography Journal, Echo Rounds; Kerut, EK, Everson, C, Kushner, FG, Blackwell Publishing, 2011; in press.

17. 2010 ACCF/AHA Guideline for Assessment of Cardiovascular Risk in Asymptomatic Adults: A report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. Journal of the American Heart Association, *Circulation* published online November 15, 2010; DOI: 10.1161/CIR.0b013e3182051b4c.

18. 2009 Focused Updates: ACC/AHA Guidelines for the management of Patients With ST-Elevation Myocardial Infarction (Updating the 2004 Guideline and 2007 Focused Update) and ACC/AHA/SCAI Guidelines on Percutaneous Coronary Intervention (Updating the 2005 Guideline and 2007 Focused Update): Journal of the American Heart Association, Circulation: Vol. 120, No. 22, December 1, 2009.

19. 2009 Focused Updates:  ACC/AHA Guidelines for the Management of Patients With ST-Elevation Myocardial Infarction (Updating the 2004 Guideline and 2007 Focused Update) and ACC/AHA/SCAI Guidelines on Percutaneous Coronary Intervention (Updating the 2005 Guideline and 2007 Focused Update):  Journal of the American College of Cardiology, Circulation: Vol. 54, No. 23, 2009.

# Publications (continued)

20. 2007 Focused Update of the ACC/AHA/SCAI 2005 Guideline Update for Percutaneous Coronary Intervention: Journal of the American College of Cardiology; Circulation: Vol. 51, No. 2, 2008; ISSN 0735-1097/08.

21. 2007 Chronic Angina Focused Update of the ACC/AHA 2002 Guidelines for the Management of Patients With Chronic Stable Angina: Journal of the American College of Cardiology, Circulation: Vol 50, No 23, 2007; ISSN 0735-1097/07.

22. 2007 Focused Update of the ACC/AHA; 2004 Guidelines for the Management of Patients With ST-Elevation Myocardial Infarction: Journal of the American College of Cardiology, Circulation: Vol. 51, No. 2, 2008; ISSN 0735-1097/08.

23. ACC/AHA 2007 Guidelines for the management of Patients With Unstable Angina/Non-ST-Elevation Myocardial Infarction – Executive Summary; Journal of the American College of Cardiology, Circulation: Volume 50, No. 7, ISSN 0735-1097/07; August 14, 2007.

24. Kushner, F.G., Antman, E.M.: Oral Anticoagulation for Atrial Fibrillation After ST-Elevation Myocardial Infarction - New Evidence to Guide Clinical Practice. Circulation: 2005; 112:3212-3214.

25. ACC/AHA Practice Guidelines for The Management of Patients With STEMI; Executive Summary. Circulation: Volume 110; No. 5, ISSN 009-7322:588-636, August 3, 2004.

26. ACC/AHA Guidelines for The Management of Patients With ST-Elevation Myocardial Infarction. American Journal of Cardiology: 2004:, 44: 671-719.  August 4, 2004.

27. The PERSUIT Trial Investigators:  Inhibition of Platelet Glycoprotein IIb/IIIa With Eptifidatide  in Patients With Acute Coronary Syndromes. The New England Journal of Medicine,  339:436-443 (August 13), 1998.

28. The GUSTO Investigators (Kushner, F.G.): An International Randomized Trial Comparing Four Thrombolytic Strategies for Acute Myocardial Infarction.  New England Journal of Medicine:  Vol 329, No. 10, pg. 673.  September 2, 1993.

29. Kushner, F.G., Helm, M.J.: Successful Directional Atherectomy of Eccentric Renal Artery Stenosis using the Simpson Directional Coronary Atherocath as a Primary Therapy.  Catheterization & Cardiovascular Diagnosis 29:128-130 (1993).

30. Dinsmore, R.E., Phillips, H, Boucher, C.A., Okada, R.D., Kushner, F., Pohost, G.M: "A Noninvasive Radiographic Technique for Evaluation of Exercise-Induced Changes in Cardiac Function".  Journal of American College of Cardiology, Volume 2, No 2, pp 318-326, August 1983.

31. Kirshenbaum, H.D., Okada, R., Boucher, C.A., Kushner, F.G., Strauss, H.W., Pohost, G.M.: "Relationship of Thallium-201 Myocardial Perfusion Pattern to Regional and Global Left Ventricular Function with Exercise." American Heart Journal 101, No. 6, 734, June 1981.

## Publications (continued)

32. Kirshenbaum, H.D., Okada, R.D., Kushner, F.G.,: Relationship of Thallium-201 myocardial refusion to deposit and global left ventricular fraction with exercise. American Heart Journal, June 1981.

33. Kushner, F.G., R.D., et al.:  Lung Thallium-201 uptake after stress testing in patients with coronary artery disease. Circulation 63 No. 2, 34 February 81.

34. Boucher, C.A., Strauss, H.W., Okada, R.D., Kirshenbaum, H.D., Kushner, F.G., McKusick, K.A., Block, P.C., Leask, J.W.,and Pohost, G.M.:  "The bifocal Diverging Collimator: A Means of Simultaneous Biplane Imaging of the Heart During Equilibrium Radionuclide Ventriculography.  Journal of Nuclear Medicine 21: 71-76, 1980.

35. Okada, R.D., Kirshenbaum, H.D., Kushner, F.G., Boucher, C.A., Newell, J.B., Dinsmore, R.E., Block, P., Strauss, H.W.,Pohost, G.M.:  "Observer variance in the Qualitative evaluation of left ventricular wall motion and qualification of left ventricular ejection fraction using rest and exercise multigated blood pool imaging." Circulation: January 1980.

36. Okada, R.D., Kirshenbaum, H.D., Kushner, F.G., Strauss,  H.W.,Dinsmore, R.E., Newell, J.B., Boucher, C.A. Block P.C.,and Pohost, G.M.,:  Observer Variance in the Qualitative Evaluation of Left Ventricular Wall Motion and the Quantitation of Left Ventricular Ejection Fraction Using Rest and Exercise Multigated Blood Pool Imaging. Circulation: Vol. 61, No. 1 January 1980.

37. Kirshenbaum, H.D., Okada R.D., Kushner, F.G. et al.:  The relation of global left ventricular function with exercise to thallium-201 exercise scintigram.  Journal of Nuclear Medicine, 20:687, 1979.

38. Okada, R.D., Kirshenbaum, H.D., Kushner, F.G., Boucher,  C.A., Block, P.C., Strauss, H.W., Pohost, G.M.:"Radionuclide determined change in pulmonary blood-volume with exercise improved sensitivity of multigated blood scanning in detecting coronary artery disease."  New England Journal of Medicine:  Vol 301, No. 11 September 13, 1979.

39. Goldberg, S., Lam, W., Mudge, G., Kushner, F.G.: Coronary hemodynamic and myocardial metabolic alterations accompanying coronary spasm.  Am. J. Cardiol.  43 No 3:481. March 1979.

40. Kushner, F.G., Lam, W., Morganroth, J.:  Apex sectorechocardiographyin evaluation of the right atrium in patients with mitral stenosis and atrial septal defect.Am.J. Cardiol 42:  733-737, 1978.

## BOOK CHAPTERS

1.  Cardiovascular Therapeutics, 3RD Edition.  A Comparison to Braunwald's Heart Disease.  Antman, E., Editor; Kushner, F., Bates E. ST-Elevation Myocardial Infarction; Elsevier Saunders, Publisher 2006

2.  Cardiovascular Therapeutics, 4TH Edition; in press;  A Comparison to Braunwald's Heart Disease. Antman, E., Editor, Kushner, F., Bates E. ST-Elevation Myocardial Infarction; Elsevier Saunders, Publisher 2012

# ABSTRACTS

1.  Brown, Jr, E.J., MacLean, A., Chew, P., Gelperin, K., Ilgenfritz,  Yellen, L.G., Mahoney, R., Unger, C., Galyean, J., Kushner, F., Mallis, G., Williams, D., Blumenthal, M.:  Fosinopril improves tolerance and attenuates clinical deterioration in patients with mild heart failure not taking Digoxin when added to diuretic therapy.

2.  Boucher, C.A., Strauss, H.W., Okada, R.D., Kushner, F.G., Kirshenbaum, H.A., McKusick, K.A., Block, P., Leask, J., Pohost, G.M.:  The Bifocal Diverging Collimator: A method of simultaneous biplane imaging of the heart.  Journal of Nuclear Medicine, June 1979.

3.  Kirshenbaum, H.A., Okada, R.D., Kushner, F.G., Gerwitz, H. Strauss, H.W., Boucher, C.A., Pohost, G.M.:  The relation of global left ventricular functions to Thallium-201ýScintigrams.  Journal of Nuclear Medicine, June 1979.

4.  Okada, R.D., Pohost, G.M., Kirshenbaum, H.A., Kushner, F.G., Boucher, C.A., Strauss, H.W.:  Exercise induced changes in regional pulmonary blood pool activity: Enhanced diagnostic accuracy for detecting coronary artery disease.  Journal of Nuclear Medicine, June, 1979.

5.  Okada, R.D., Kirshenbaum, H., Kushner, F.G., Dinsmore, R.,Strauss, H.W., Boucher, C.A., Pohost, G.M.:  The evaluation of left ventricular regional wall motion using rest and exercise multigated blood pool images and rest contrast ventriculogram:  a study of interobserver variance.  Journal of Nuclear Medicine, June, 1979.

6.  Kushner, F.G., Okada, R.D., Kirshenbaum, H.D., Boucher, C.A. Strauss, H.W., Pohost, G.M.:  Stress induced pulmonary Thallium-201 uptake in patients with coronary artery disease: Journal of Nuclear Medicine, June 1979.

7.  Kirshenbaum, H., Okada, R., Kushner, F., Gerwits, H., Strauss, H., Boucher, C., Pohost, G.:  The relation of global left ventricular function with exercise toy Thallium-201 exercise scintigram.  Clinical Research 27: No. 180a, April 1979.

8.  Okada, R., Boucher, C., Kirshenbaum, H. Kushner, F., Strauss, H., Pohost G.:  Thallium Stress Test: Improved diagnostic accuracy for an individual observer using criteria derived from interobserver analysis of variance. Clinical Research 27:  No. 2. 191a, April 1979.

9.  Goldberg, S., Mudge, G., Lam, W., Kushner, F., Green, L.,Hirshfield, J., Kastor, J.:  Ergonovine induced coronary hemodynamic response in patients with a typical chest pain or variant angina.  Clinical Research 27: No. 2. 169a, April 1979.

10.  Okada, R.D., Pohost, G. M., Kirshenbaum, H.D., Kushner,  F.G.,Boucher, C.A., Strauss, H.W.: Exercise induced changes in pulmonary blood volume determined by blood pool imaging: Relationship to coronary artery disease. Clinical Research 27:  No. 2. 191a, April 1979.

## ABSTRACTS (continued)

11. Kushner, F.G., Okada, R.D., Kirshenbaum, H.D., Boucher, C.A., Strauss, H.W., Pohost, G.M.: Pulmonary Thallium-201 after stress in patients with coronary artery disease. Clinical Research 27:  No. 2. 182 a, April 1979.

12. Kushner, F.G., Lam, W., Kastor, J.A., Morganroth, J.: Atrial size by cross sectional echocardiography in right ventricular volume and pressure overload.  World Fed.of Nuc. Med. and Bio.Abstracts, 151, 1978.

13. Kushner, F.G., Lam, W., Klunder, P., Morganroth, J.: The assessment of right atrium using apex-sector echocardiography.  Am.J.Cardiol. 41: No. 2. 392, 1978.

14. Okada, R.D., Kushner, F.G., Kirshenbaum, H.D., Dinsmore,  R.E., Newell, J.B., Strauss, H.W., Pohost, G.M.Interobserver variance in the evaluation of left ventricular regional wall motion using contrast ventriculogram and rest and exercise multigated blood pool image.  Am J. Cardiol. 43: No. 2. 355, 1977.


| | |
|---|---|
| **Clinical Research** | The Southeaster Pennsylvania Heart Association, 1977-78 |
| | Clinical Investigator for Fendolopam for SmithKline & French Laboratories Phase III Clinical Trial |
| | Clinical Senior Investigator for Zofenopril, Bristol-Myers-Squibb Laboratories Phase III Clinical Trial |
| | Senior Clinical Investigator for Prinoxidan, RORER Pharmaceutical Phase III Clinical Trial |
| | Senior Clinical Investigator for Fosinopril, Bristol-Myers-Squibb Laboratories Phase III Clinical Trial |
| | Senior Clinical Investigator Celiprolol for PACT Pharmaceutical  Phase IV Clinical Trial |
| | Clinical Investigator International GUSTO Trial, Randomized Thrombolytic Trial |
| | Clinical Investigator for D-Sotolol, Bristol-Myers-Squibb Phase II Clinical Trial |
| | Clinical Investigator for BMS-180448, Bristol-Myers-Squibb, Phase II Clinical Trial for intermittent claudication |
| | Senior Clinical Investigator for Amlodipine, Pfizer, Inc. Phase III Clinical Trial for stable angina |
| | Roche; Long-term Safety of Ro40-5967 in treatment of chronic stable angina |

# Clinical Research (continued)

Sub-Investigator for PURSUIT (Platelet IIb/IIIa in Unstable Angina: Receptor Suppression Using Integrelin Therapy)

Sub-Investigator for Bristol-Myers-Squibb, CV 131-016;A Multi-Center Randomized Irbesartan Compared with Lisinopril in Subjects with Heart Failure

Sub-Investigator for Parke-Davis/Pfizer: Safety and Efficacy Profile of Atorvastatin as compared with other HMG-Co-A reductase inhibitors in patients with hypercholesterolemia and mixed dyslipidemia.

Sub-Investigator for Bristol-Myers-Squibb; Pilot Study of the Effects of the DMP Inhibitor BMS-186716 on Functional Capacity in Subjects with Heart Failure

Sub-Investigator for Bristol-Myers-Squibb; Evaluation of Safety/Tolerabilty of Long-Term Treatment with the DMP Inhibitor BMS-186716 or Lisinopril in Subjects with Heart Failure

Sub-Investigator for Bristol-Myers-Squibb: (Impress Trial) Inhibition of Metalloprotease by BMS-1867 in a Randomized Exercise and Symptoms Study in Subjects with Heart Failure (1998)

Principal Investigator for Novartis: (Valiant Study) A multi-national, multi-center, double-blind, Randomized, Active-Controlled, Parallel Group Study Comparing the Efficacy and Safety of Long-term Treatment with Valsartan, Captopril and their Combination in high-risk patients after myocardial infarction (1999)

Sub-Investigator for Bristol-Myers Squibb: A Randomized, Double-Blind, Amlodipine-and Losartan-Controlled Study of Omapatrilat in Subjects with Mild to Moderate Hypertension (1999)

Principal Investigator for Novartis: A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Parallel Trial to Assess the Effect of Valsartan on Exercise Capacity, Quality of Life, and Signs and Symptoms, in Patients with Stable, Chronic, Congestive Heart Failure (NYHA Class II-IV) (1999)

Principal Investigator for Novartis: VALUE (Valsartan Antihypertensive Long-term Use Evaluation) A Prospective, Multi-National, Multi-Center, Double-Blind, Randomized, Active-Controlled Trial in Patients with Essential Hypertension to Compare the Effect of Valsartan 80 mg. and 160 mg. with or without the addition of Hydrochlorothiazide, once daily to that of Amlodipine 5 mg. and 10 mg. once daily, with or without the addition of Hydrochlorothiazide, on Cardiovascular Morbidity and Mortality (1999)

# Clinical Research (continued)

Sub-Investigator for Bristol-Myers-Squibb: A Double-Blind Comparison of 10 mg. 20 mg., 40 mg. and 80 mg. Doses of a Modified-Release Formulation of Pravastatin, of Atorvastatin 10 mg. and of Simvastatin 20 mg. with Placebo in Hypercholesterolemic Subjects (1999)

Sub-Investigator for Bristol-Myers-Squibb: (Overture Study) Omapatrilat versus Enalapril Randomized Trial of Utility in Reducing Events (1999)

Sub-Investigator for Ajinomoto Pharmaceuticals:  A multi-center, double-blind, placebo controlled study of AT-1015 in patients with intermittent claudication due to Peripheral Artery Disease (2000)

Sub-Investigator for Bristol-Myers-Squibb: (SAGE) A prospective, randomized, double-blind, multi-center study comparing the effects of aggressive lipid-lowering with moderate lipid-lowering on the reduction of the total duration of myocardial ischemia in the elderly as measured by Holter monitoring by comparing the maximal doses of two statins:  Study Assessing Goals in the Elderly (2000)

Sub-Investigator for Bristol-Myers-Squibb:  A double-blind, randomized, placebo-controlled study of the efficacy and safety of BMS-207940, a selective endothelin receptor antagonist, in subjects with intermittent claudication (2000)

Sub-Investigator for Schering-Plough:  P00693 A phase III double-blind efficacy and safety study of SCH58235 (10mg) in addition to atorvastatin in subjects with coronary heart disease or multiple cardiovascular risk factors and with primary hypercholesterolemia not controlled by a starting dose (10mg) of atorvastatin (2000)

Sub-Investigator for Bristol-Myers-Squibb:  CV123-231 A double-blind comparison of 80mg and 160mg doses of pravastatin with placebo in hypercholesterolemic subjects

Sub-Investigator for Boehringer-Ingelheim:  ASSENT 3 Assessment of the safety and efficacy of new thrombolytic regimens

Sub-Investigator for Bristol-Myers-Squibb: CV137-120 Omapatrilat cardiovascular treatment assessment versus enalapril (OCTAVE).

Sub-Investigator for Bristol-Myers-Squibb: CV154-008 A multi-center, randomized, double-blind placebo-controlled dose ranging study of long term (12 weeks) hemodynamic effects, safety, and tolerability of BMS-207940, a selective endothelin receptor antagonist, in the treatment of heart failure

## Clinical Research (continued)

Sub-Investigator for AstraZeneca: 4522IL/0065 STELLAR Trial
A 6-week, Open-Label, Dose Comparison Study to Evaluate the
Safety and Efficacy of Rosuvastatin vs. Atorvastatin, Cerivastatin,
Pravastatin, and Simvastatin in Subjects with Hypercholesterolemia

Sub-Investigator for AstarZeneca:  4522IL/0068 MERCURY II
An Open-Label, Randomized, Multi-Center, Phase IIIb, Parallel
Group Switching Study to Compare the Efficacy and Safety of
Lipid Lowering Agents Atorvastatin and Simvastatin with
Rosuvastatin in High Risk Subjects with Type IIa and IIb
Hypercholesterolemia

Sub-Investigator for Andrx Labs, Inc.  An Open-Label, Randomized,
Parallel-Group, Multicenter, Phase III Study Comparing the Safety
And Efficacy of Lovastatin XL 120mg and 20mg Lipitor In Adult
Patients with Hypercholesterolemia

Sub-Investigator, Andrx Labs, Inc.: An open-label, randomized, parallel-
group, multi-center, phase III study comparing the safety and efficacy of
Lovastatin XL 120mg and 20mg Lipitor in adult patients with
Hypercholesterolemia (2002-2003)

Principal Investigator, Astra-Zeneca, (SOLAR)  A 12-week, randomized,
open-label, 3-arm parallel-group, multicenter, Phase IIIb study comparing
the efficacy and safety of Rosuvastatin with Atorvastatin and Simvastatin
achieving NCEP ATP III LDL-C goal in high-risk subjects with
hypercholesterolemia in the managed care setting (2003-2004)

Sub-Investigator, Guidant, (ADVANCENT)  The National Registry to
Advance HEART HEALTH (2003-2004)

Sub-Investigator, Medtronics, (WAVE) Worldwide study of Marquis VR
Enhancements (2003-2004)

Sub-Investigator, Astra-Zeneca, (POLARIS) Open label randomized
mulitcenter, Phase Iib, Parallel Group switching study to compare the
efficacy and safety of lipid lowering agents Atorvastatin and Simvastatin with
Rosuvastatin in high risk subjects with Type IIa and IIb
Hypercholesterolemia (2003-2005)

Sub-Investigator, Atherogenics, Inc., (ARISE), A prospective randomized,
double-blind multi-center study comparing the effects of AGI 1067 versus
placebo on the reduction of cardiovascular events in patients with Coronary
Artery Disease (2003-2006)

Sub-Investigator, Medtronic A-HIRATE: Atrial High Rate Episodes in
Pacemaker Patients

## Clinical Research (continued)

Principal Investigator, Novartis, (ACCOMPLISH), A prospective, multi-national, multi-center, double-blind, randomized, active-controlled trial to compare the effects of Lotrel (amlodipine/benazepril) to benazepril and hydrochlorothiazide combined on the reduction of cardiovascular morbidity and mortality in patients with high risk hypertension (2004-2006)

Sub-Investigator for Astra Zeneca: 4522US/0003 Solar Trial: A 12-week, randomized, open-label, 3-arm parallel-group, ulti-center, phase IIIb study comparing the efficacy and safety of Rosuvastatin with atorvastatin and simvastatin achieving NCEP ATP III LDL-C goal in high-risk subjects with hypercholesterolemia in the managed care setting

Sub-Investigator, Astra-Zeneca, (EXPLORER)  A 6-week, open-label, randomized, multicenter, Phase IIIb, parallel-group study to compare the safety and efficacy of Rosuvastatin 40mg and Rosuvastatin 40mg in combination with Ezetimibe 10mg in subjects with hypercholesterolemia and coronary heart disease (CHD) or atherosclerosis or a CHD risk equivalent (10-year risk score of >20%) (2004-2006)

Sub-Investigator, Pfizer, (ILLUMINATE)  A phase 3 multi-center, double-blind, randomized, parallel group evaluation of the fixed combination Torcetrapib/Atorvastatin, administered orally, once daily (QD) compared with Atorvastatin alone, on the occurrence of major cardiovascular events in subjects with coronary heart disease or risk equivalents (2004-2007)

Sub-Investigator, Millennium, (EARLY ACS)  Early Glycoprotein IIb/IIIa inhibition in non-ST-segment elevation acute coronary syndrome:  a randomized, placebo-controlled trial evaluating the clinical benefits of early front-loaded Eptifibatide in the treatment of patients with non-ST-segment elevation acute coronary syndrome (2004-2006)

Sub-Investigator, Cogentus Pharmaceuticals, A Randomized, Double-Blind, Double-Dummy, Parellel Group, Phase 3 Efficacy and Safety Study of CGT-2168 Compared with Clopidogrel to Reduce Upper Gastrointestinal Events Including Bleeding and Symptomatic Ulcer Disease, (Cogent-1), (2007-2009).

Investigator, National Heart Lung and Blood Institute (National Institutes of Health), A Study of Telemonitoring to Improve Heart Failure Outcomes (TELE-HF), (2006-Present)

Sub-Investigator, Daiichi Sankyo, A Phase 3, Randomized, Double-Blind, Double-Dummy, Parellel Group, Multi-Center, Multi-National Study for Evaluation of Efficacy and Safety of DU-176b Versus Warfarin in Subjects with Atrial Fibrillation- Effective aNticoaGulation with Factor xA next Generation in Atrial Fibrillation, (ENGAGE AF-TIMI 48), (2009-Present)

## Clinical Research (continued)

Sub-Investigator, Roche, A Phase III, Double-Blind, Randomized, Placebo-Controlled Study, to Evaluate the Effects of Dalcetrapib on Cardiovascular (CV) Risk in Stable CHD Patients, with a Documented recent Acute Coronary Syndrome (ACS) (2008-Present)

Principal Investigator, National Heart Lung and Blood Institute (National Institutes of Health), A study of telemonitoring to Improve Heart Failure Outcomes (Tele-HF), (2006-2010)

Principal Investigator, Novartis, Protocol: CSPP100A2340, A 36 week, multicenter, randomized, double-blind, placebo-controlled, parallel group study to evaluate the efficacy and safety of aliskiren on the prevention of left ventricular remodeling in high risk post-acute myocardial infarction patients when added to optimized standard therapy, (2007-2010)

Sub-Investigator, Cogentus Pharmaceuticals, Inc., Protocol CG104 A Randomized, double-blind, double-dummy, parallel group, phase 3 efficacy and safety study of CGT-2168 compared with clopidogrel to reduce upper gastrointestinal events including bleeding and symptomatic ulcer disease, Cogent-1, (2008-2009)

Sub-Investigator, Hoffmann La-Roche, Inc., Protocol NC20971, A Phase III, double – blind, randomized placebo-controlled study, to evaluate the effects of dalcetrapib on cardiovascular (CV) risk In stable CHD patients, with a documented recent Acute Coronary Syndrome (ACS), (2009-present)

Sub-Investigator, Pfizer Inc., Phase 3 Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Evaluation Of The Efficacy, Safety, And Tolerability Of Bococizumba (PF-04950615), In Reducing The Occurrence Of Major Cardiovascular Events.  Spire 1 Protocol #: B1481022 (2015)

Sub-Investigator, Pfizer Inc., Phase 3 Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Evaluation Of The Efficacy, Safety, And Tolerability Of Bococizumba (PF-04950615), In Reducing The Occurrence Of Major Cardiovascular Events.  Spire 2 Protocol #: B1481038 (2015)

## PRESENTATIONS

1. Cardiology Grand Rounds, Tulane Medical School: Triple Antithrombotic Therapy in STEMI. April 2017.

2. Panelist 2017 Meeting of the ACC, Guideline Controversies in Acute Coronary Syndromes; followed by taped interview by ACCEL audio journal.

**PRESENTATIONS (continued)**

3.  Grand Rounds, Tulane Cardiology, "Culprit only versus Multivessel PCI in STEMI," November 2, 2016.

4.  Feature Case Report and Discussion: Case Conundrum: Novel Oral Anticoagulants and PCI for STEMI: 2014 Transcatheter Cardiovascular Therapeutics.

5.  Featured panel member " History of STEMI Care" Transcatheter Cardiovascular Therapeutics, 2014.

6.  Grand Rounds, West Jefferson Medical Center, "STEMI Guidelines", LSU, West Jefferson Medical Center, Tulane, November 22, 2013.

7.  ACCF/AHA Speaker: Symposium on the highlights of ACC.13 Scientific Session; May 8-14, 2013; Lucknow, Kolkata, Delhi, and Nagpur, India.

8.  Featured speaker and panel member for ACC 2013 Scientific Sessions Meeting: Clinical Focus Session: The Changing Landscape in ACS: Navigating the Choices and Strategies of Patient Care: 2013 STEMI Guideline Update: What the Clinician Needs to Know.

9.  Co-Chair for ACC 2013 Scientific Sessions Meeting Symposium: State of the Art in STEMI, March 9, 2013.

10. Faculty for the American College of Cardiology 62nd Annual Scientific Session and TCT @ACC-i2, 2013.

11. Faculty for the 24th Annual Scientific Symposium of Transcatheter Cardiovascular Therapeutics, TCT 2012.

12. Moderator and Faculty, TCT Scientific Committee session " New Guideline Directions; STEMI and NSTEMI, Nov 11,2011, San Francisco Convention Center, San Francisco, Calif.

13. Moderator and Faculty of TCT Scientific Committee, session entitled "New Guideline Directions: STEMI and NSTEMI, September 2010, Washington Convention Center, Washington, D.C.

14. CVN: 2009 Focused Update of the STEMI and PCI Guidelines, Frederick G. Kushner, M.D., F.A.C.C., Marrero, LA, Interviewer:  Peter C. Block, M.D., F.A.C.C., January 2010.

15. Mission:  Lifeline Customer Webinar:  Latest Science for STEMI Systems, Panelist, January 11, 2010.

16. American Heart Association Annual Scientist Session 2009, ACC/AHA, November 2009, " Focused Update for STEMI and PCI".

17. Cardiology Grand Rounds, Tulane University Medical School, February 11, 2009, "Focused Update for STEMI and PCI".

18. Cardiology Grand Rounds, Tulane University Medical School, January 17, 2007, "STEMI 2007, Approaches and Challenges".

## PRESENTATIONS (continued)

19.  Presentation: "Acute ST Elevation Myocardial Infarction New Insights"; Cardiovascular Symposium; Gulf South Cardiovascular Institute; September 2006.

20. Presentation: "Advances in the Management of Acute Coronary Syndromes"; March 8, 2005.

21. Grand Rounds LSU University Hospital February 18, 2005.

22. Grand Rounds East Jefferson Hospital February 15, 2005.

23. Presentation, "Modern Management of Hypertension: Rationale for Combination Therapy," Novartis Pharmaceuticals Corporation, September 14, 2004.

24. Presentation, The Optimal LDL Target; 5th Annual Cardiovascular Symposium; September 3-6, 2004.

25. Presentation, Updating Guidelines for Unstable Angina; Medical Group presentation; October 2002.

26. Presentation, Professorial Grand Rounds, Department of Anesthesia, The Cardiology Consult, October 2002.

27. Presentation, West Jefferson Medical Center – Heart & Lung Awareness Program – Topic "New AHA Website Risk Factor Assessment, March 10, 2001.

28. Grand Rounds Tulane Medical Center Dept. of Anesthesiology March 7, 2001.

29. Louisiana State University Medical Center Cardiology Board Review Course "Nuclear Cardiology" 1998, 1999.

30. Louisiana State University Medical Center Cardiology Board Review Course "Nuclear Cardiology" 1997.

31. Presentation, Meadowcrest Hospital – Topic "Hyperlipidemia in Diabetic Patients", February 7, 1997.

32. Presentation, Meadowcrest Hospital – Topic "Heart Failure", November 15, 1996.

33. Grand Rounds Meadowcrest Hospital –Topic "Hypercholesterolemia Prevention Strategies in Heart Disease" March 29, 1996.

34. Host for WYES TV March 1996 for TV program "Heart to Heart."

35. Distinguished guest lecturer at orientation for Louisiana State University Medical School, September 1993.

36. Grand Rounds Louisiana State University Medical Center-Topic" Complications of Myocardial Infarction", 1990.

37. Symposium "New Directions in Interventional Cardiology" presented at the English Turn Country Club, 1988.

## PRESENTATIONS (continued)

38. Symposium on "Update in Cardiology for the Practicing Family Physician and Internist" at Windsor Court Hotel, 1987.

39. Grand Rounds Louisiana State University Medical School –Topic "Aortic Valvuloplasty",  1986.

40. Sponsorship, organizer and contributor to "How To Beat A Heart Attack" presented one hour TV special WWL-TV, 1986.

41. Regular guest speaker on WGSO and WSHO radio show.

42. Kushner, F.G., Okada, R.D., Kirshenbaum, H.D., Boucher  C.A., Strauss, H.W., Pohost, G.M.:  Stress induced pulmonary Thallium 201 uptake in patients with coronary artery disease.  Society of Nuclear Medicine-26th. Annual Meeting, June 1979.

43. Kushner, F.G., Okada, R.D., Kishenbaum, H.D., Boucher, C.A., Strauss, H.W., Pohost, G.M.: Pulmonary Thallium-201ýafter stress in patient with coronary artery disease, Poster presentation, Annual Meeting of the AAP/ASCI/American Federation for Clinical Research, May 7, 1979.

44. Kushner, F.G., Lam, W., Kastor, J1, Morganroth, J.: Atrial size by cross-sectional echocardiography in right ventricular volume and pressure overload.  Presented at the Second International Congress of the World Federation of Nuclear Medicine and Biology, September 21, 1978.

45. Kushner, F.G., Lam, W., Klunder, Pl, Morganroth, J.: The assessment of the right atrium using apex-sector echocardiography.  Presented at the 27th Annual Scientific Session of the American College of Cardiology, March 7, 1978.

## COMMUNITY SERVICE

1. Board of Trustees Bravo Vail Music Festival 2016-2019.

2. President of New Orleans Friends of Music 2000 - 2003.

3. Board of Directors of New Orleans Friends of Music.

4. West Jefferson Medical Center Ethics Committee, 1995.

5. Regional Alumni Representative College of Physicians and Surgeons, Columbia University.

6. Board of Directors Columbia College Alumni Association New York.

7. Board Member American Heart Association of Louisiana -1990.

8. Vice-President American Heart Association - Louisiana Affiliate.

9. Long Range Planning Committee The Isidore Newman School - 1990.

**COMMUNITY SERVICE (continued)**

10. Board of Trustees Anti-Defamation League - 1988 to 1994.

11. Long Range Planning Committee J.C.C. - 1990.

12. Director of Adult Education Touro Synagogue - 1982.

13. Trustee of Touro Synagogue 1981 – 1984, 2002-2004.

**TULANE MEDICAL SCHOOL**

| | | |
|---|---|---|
| | 11/ 2016 | Interdisciplinary seminar on novel oral anticoagulants. |
| | 1998 – Present | Senior Medical Student Elective in Cardiology. Foundations in Medicine |
| | 1993-1997 | Formation of doctor/patient module in community medicine. Elective, Senior Year |

**TULANE LAW SCHOOL**

| | | |
|---|---|---|
| | 2003, 2006 | Senior Seminar in Medical-Legal Ethics |

**NEW YORK UNIVERSITY SCHOOL OF MEDICINE**

| | | |
|---|---|---|
| | 2016-Present | Subspecialty Attending Adjunct Professor of Medicine Dept. of Medicine and Cardiology, Bellevue Hospital |