

**West Jefferson Medical Center**
LCMC Health

WJMC Heart Clinic
1111 Medical Center Blvd.
Suite N613
Marrero, LA 70072
504-349-6800

Frederick G. Kushner, MD

Leslie W. Levenson, MD

Edmund K. Kerut, MD

Louis B. Glade, MD

Robert Matheney, MD

Brian J. Cospolich, MD

Maureen Stein, MD

Stephen LaGuardia, MD

Sanjay Dravid, MD

Tracy Fife, NP

Carol F. Guidry, ANP-C

Analysis and Review of Nasset vs. U.S.A Veterans Administration by Dr. Frederick G. Kushner MD FACC,FAHA,FACP,FSCAI

I have reviewed approximately 450 pages of medical records and testimony regarding claims made by K. Nasset against the U.S. Veterans Administration. These include: 1. Mr. Nasset's medical records bates labeled VA_000001-VA002373 2. Mr. Nasset's condensed medical records beginning at bates label VA-00405, 3. Mr. Nasset's cardiology records, bates labeled VACard 0001-VACard 0240, 4. Mr. Nasset's medical records produced by Plaintiff and labeled as MedicalRcesExh1 pages 1-125 and 5, the plaintiff's expert, Dr. Mark Levin's report.

Mr. Nasset claims that he should have not been given either tumor necrosis factor alpha medications ie: etenercept marketed as Enbrel, and adalimumab marketed as Humira for his arthritis because he had a preexisting case of congestive heart failure, which subsequent to the administration of the drug worsened. This discussion will not comment on the rheumatologic aspects of the case as I am a cardiologist and Professor of Medicine. In review of the records of the case and the literature concerning the drugs involved, I believe there is no merit to this claim. In fact, there is no evidence that Mr. Nasset had congestive heart failure prior to the administration of these medications, and when he did develop congestive heart failure, the medication discussed was terminated and guideline directed medical therapy was initiated, resulting in complete resolution of his heart failure. There is no breach of the standard of care because there is no prohibition to the use of these drugs in patients with congestive heart failure, only a recommendation to use with caution. Since the patient had no evidence of congestive heart failure prior to the use of the drug, no exceptional caution was warranted. In fact when he did develop congestive heart failure for reasons unknown, the drug was discontinued immediately out of an abundance of caution. A brief summary of the case history follows:

Mr. Nasset has a long medical history suffering with the following conditions: severe depression, chronic fatigue syndrome, partially



**West Jefferson Medical Center**
LCMC Health

controlled hypertension, severe cervical and lumbar disc disease and arthritis, obstructive sleep apnea, diabetes mellitus type 2, and deconditioning.

1. May 13, 2009 referred to and seen by Dr. Bali, a cardiologist at the Murfreesboro VA for the evaluation of an "abnormal" ECG. Review and examination of the patient revealed no abnormalities and no further work up was ordered.

2. Sept. 3, 2010: The patient underwent a Regadenoson nuclear stress test again for an "abnormal ECG", difficulty walking and uncontrolled hypertension. The report cites a large myocardial reversible perfusion defect in the anterior wall of the left ventricle with an ejection fraction of 45%. This usually indicates a severe blockage of a major coronary artery, and so he was referred for a cardiac catheterization and coronary angiogram to see if he needed revascularization. I am a specialist in nuclear and interventional cardiology and have previously passed the specialty CNBC examination as well as having numerous published peer reviewed journal articles in this field (see attached CV) and I am board certified in interventional cardiology. There are false positive exams that happen for a variety of reasons including attenuation artifacts that apparently happened in this case. The stated ejection fraction of 45% in this and other settings is not an accurate measurement, since it is derived by estimating an endocardial surface which was misjudged due to the attenuation artifact. In fact, when the subsequent cardiac catheterization was performed, there were no coronary or left ventricular abnormalities. A normal exam. Thus, this patient did not have congestive heart failure prior to receiving the TNF alpha medications.

3. Sept. 23, 2010: Mr. Nasset underwent a left heart catheterization and coronary angiogram and left ventriculogram which was completely normal. The actual ejection fraction was 55% which is normal (greater than 50%) in contradistinction to the estimated ejection fraction of 45% from the nuclear stress test.

4. Nov. 12, 2014: Mr. Nasset saw his primary care MD, Dr Davila and had no cardiac complaints.



**West Jefferson Medical Center**
LCMC Health

5. June 8, 2015: Cardiology consultation in New Orleans with Dr. Cartwright for a pre-operative evaluation prior to spine surgery. The history, physical exam and essentially the ECG were normal as was his review of the previous cardiac catheterization results, and no further workup was undertaken. Again, this patient at this time has no organic heart disease.

6. Sept.13, 2016: Mr. Nasset saw Dr. McGrath, a rheumatologist and either Enbrel or Humira was prescribed for presumed psoriatic arthritis. There is no history of heart disease or congestive heart failure at this time. The patient evidently received Enbrel.

7. Communications with nurses on Sept 28, Oct 21, and Nov 3 make no mention of any cardiac symptoms.

8. March 6, 2017 and June 5, 2017: Visits with primary care provider and Rheumatology do not mention cardiac problems reported by the patient or on exam. Dose of Enbrel changed to once weekly.

9. June 11,13, 2017 at ER, urgent care and ultimately Tulane Medical Center complaining of rash, chest pain, shortness of breath and nausea. He did not have a heart attack but did have evidence of newly diagnosed congestive heart failure. He was started on appropriate medications, and Enbrel was stopped appropriately. This type of weak heart muscle function (EF on echo 25%) in the absence of a heart attack is called a non-ischemic cardiomyopathy. The causes for this are very numerous and can result from an acute viral infection (called myocarditis), toxic, metabolic, infectious, rheumatologic, granulomatous and out of control hypertension. In many instances causation cannot be ascribed. The drug Enbrel cannot be ruled out as a cause or contributing factor, so it was discontinued as suggested in the indications and warnings by the FDA. In reviewing the literature surrounding the use of TNF alpha antagonists, I cite the scholarly review posted in UpToDate.com and referenced below. That summary and its references state clearly that a definitive link between these agents and congestive heart failure has not been made. In an abundance of caution the FDA suggests that these agents be used with caution in patients with congestive heart failure or reduced left ventricular function, and that new heart failure or exacerbation of



**West Jefferson Medical Center**
LCMC Health

existing heart failure has been seen. Please note that these recommendations by the FDA were followed.

10. July 28, 2017: C&P consultation with attending cardiologist Dr. Cassidy, who agrees with above analysis and finds no negligence.

11. Feb. 2018: Mr. Nasset was seen in Tulane cardiology clinic for medication titration with improvement in his symptoms and ejection fraction to 30-35%. He had episodes of atrial fibrillation and was given apixaban for thromboprophylaxis.

12. April 20, 2018: Mr. Nasset undergoes an ablation successfully to normal sinus rhythm. A March 28th echo shows normalization of the EF to 65%.

13. Jan 7, 2019: Cardiopulmonary stress test done to diagnose his fatigue and poor functional status was inconclusive

14. March15, 2019: Cardiology clinic visit with Dr. LeJemtel, an international expert in congestive heart failure found him doing well, only limited by his orthopedic problems.

It is clear that a thorough review of the record shows no evidence of negligence, malpractice or substandard care.

*[signature]*

Frederick G. Kushner, MD, FACC, FAHA, FSCAI, FACP

West Jefferson Heart Clinic of Louisiana

Clinical Professor of Medicine, Tulane Univ. School of Medicine

Clinical Professor of Medicine, LSU Health Science Center

Adjunct Professor of Medicine, New York Univ. School of Medicine