# Consult Requests

Printed On Feb 7, 2020

```
================================================================================
================================== END =======================================
```

```
Current PC Provider:    BRANSON,DEAN H
Current PC Team:        HAM BLUE
Current Pat. Status:    Outpatient
Primary Eligibility:    SERVICE CONNECTED 50% to 100%(VERIFIED)
Patient Type:           SC VETERAN
OEF/OIF:                NO

Service Connection/Rated Disabilities
SC Percent:             100%
Rated Disabilities:     MAJOR DEPRESSIVE DISORDER  (70%)
                        CHRONIC FATIGUE SYNDROME  (60%)
                        MIGRAINE HEADACHES  (50%)
                        IRRITABLE COLON  (30%)
                        INTERVERTEBRAL DISC SYNDROME  (20%)
                        LIMITED MOTION OF ANKLE  (10%)
                        PARALYSIS OF SCIATIC NERVE  (10%)
                        DEFORMITY OF THE PENIS  (0%)
                        URTICARIA  (0%)

Order Information
To Service:             RHEUMATOLOGY E-CONSULT
From Service:           ZZNOL URGENT CARE
Requesting Provider:    BARR,MEREDITH M MD
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Clinically Ind. Date:   Jun 14, 2017
Orderable Item:         RHEUMATOLOGY E-CONSULT
Consult:                Consult Request
Provisional Diagnosis: Psoriatic Arthritis
Reason For Request:
THIS CONSULT IS ONLY TO BE USED TO ASK THE CONSULTANT A QUESTION. THE
PATIENT
WILL NOT RECEIVE ANY APPOINTMENTS.  BY CLICKING THIS BOX, I UNDERSTAND
THAT I
WILL RECEIVE ANSWERS TO MY CLINICAL QUESTIONS, BUT MY PATIENT WILL NOT BE
SCHEDULED FOR AN APPOINTMENT
  Patient is a 45 year old WHITE NOT OF HISP ORIG, WHITE MALE.
  80% Service Connected PARALYSIS OF SCIATIC NERVE  10%  SC
MAJOR DEPRESSIVE DISORDER  70%  SC
INTERVERTEBRAL DISC SYNDROME  20%  SC

  Provisional Diagnosis/Patient's Clinical Symptoms: Patient is known to
rheumatology clinic, currently on Etanercept for questionable
diagnosis of psoriatic arthritis which was initated in 9/2016, last seen
by
Rehumatology June 5, 2017. Mr Nassett is currently in hospital at TUMC on
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

VA_000405

# Consult Requests

Printed On Feb 7, 2020

```
================================================================================
================================== END =====================================
```

| | |
|---|---|
| Current PC Provider: | BRANSON,DEAN H |
| Current PC Team: | HAM BLUE |
| Current Pat. Status: | Outpatient |
| Primary Eligibility: | SERVICE CONNECTED 50% to 100%(VERIFIED) |
| Patient Type: | SC VETERAN |
| OEF/OIF: | NO |

Service Connection/Rated Disabilities
SC Percent:          100%
Rated Disabilities:  MAJOR DEPRESSIVE DISORDER  (70%)
                     CHRONIC FATIGUE SYNDROME  (60%)
                     MIGRAINE HEADACHES  (50%)
                     IRRITABLE COLON  (30%)
                     INTERVERTEBRAL DISC SYNDROME  (20%)
                     LIMITED MOTION OF ANKLE  (10%)
                     PARALYSIS OF SCIATIC NERVE  (10%)
                     DEFORMITY OF THE PENIS  (0%)
                     URTICARIA  (0%)

Order Information
To Service:          RHEUMATOLOGY E-CONSULT
From Service:        ZZNOL URGENT CARE
Requesting Provider: BARR,MEREDITH M MD
Service is to be rendered on an OUTPATIENT basis
Place:               Consultant's choice
Urgency:             Routine
Clinically Ind. Date: Jun 14, 2017
Orderable Item:      RHEUMATOLOGY E-CONSULT
Consult:             Consult Request
Provisional Diagnosis: Psoriatic Arthritis
Reason For Request:
THIS CONSULT IS ONLY TO BE USED TO ASK THE CONSULTANT A QUESTION. THE PATIENT
WILL NOT RECEIVE ANY APPOINTMENTS.  BY CLICKING THIS BOX, I UNDERSTAND THAT I
WILL RECEIVE ANSWERS TO MY CLINICAL QUESTIONS, BUT MY PATIENT WILL NOT BE
SCHEDULED FOR AN APPOINTMENT
  Patient is a 45 year old WHITE NOT OF HISP ORIG, WHITE MALE.
  80% Service Connected PARALYSIS OF SCIATIC NERVE  10%  SC
MAJOR DEPRESSIVE DISORDER  70%  SC
INTERVERTEBRAL DISC SYNDROME  20%  SC

  Provisional Diagnosis/Patient's Clinical Symptoms: Patient is known to
rheumatology clinic, currently on Etanercept for questionable
diagnosis of psoriatic arthritis which was initated in 9/2016, last seen by
Rehumatology June 5, 2017. Mr Nassett is currently in hospital at TUMC on

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

# Consult Requests

Printed On Feb 7, 2020

```
the
VIP
service for new onset Heart Failure, awaiting LHC to rule out ischemic
disease


  What guidance are you requesting?  (An effective consult poses a
question
  for the consultant to answer or requests specific advice on patient
  management): Should Etanercept be held in the setting of new onset HF?
Would patient require follow up sooner than schedule date if change in
medical
therapy occurs?


  Relevant Background: As above, new onset heart failure in patient on
etanercept for possible psoriatic
arthritis.

Inter-facility Information
This is not an inter-facility consult request.

Status:                   COMPLETE
Last Action:              COMPLETE/UPDATE

Facility
 Activity                Date/Time/Zone      Responsible Person   Entered By
-------------------------------------------------------------------------------
 CPRS RELEASED ORDER     06/14/17 23:02      BARR,MEREDITH M M    BARR,MEREDITH M M
 COMPLETE/UPDATE         06/15/17 16:43      EMEJUAIWE,NKECHIN    EMEJUAIWE,NKECHIN
     Note# 23628878

Note: TIME ZONE is local if not indicated

-------------------------------------------------------------------------------

 LOCAL TITLE: RHEUMATOLOGY CONSULT NOTE
STANDARD TITLE: RHEUMATOLOGY CONSULT
DATE OF NOTE: JUN 15, 2017@16:39    ENTRY DATE: JUN 15, 2017@16:39:51
      AUTHOR: EMEJUAIWE,NKECHINYE   EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

Provisional Diagnosis/Patient's Clinical Symptoms: Patient is known to
rheumatology clinic, currently on Etanercept for questionable
diagnosis of psoriatic arthritis which was initated in 9/2016, last seen
by
Rehumatology June 5, 2017. Mr Nassett is currently in hospital at TUMC on
the
VIP
service for new onset Heart Failure, awaiting LHC to rule out ischemic
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA   70466 | Printed at SE LOUISIANA VETERANS HCS |