UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH NASSET | * | CIVIL ACTION NO. 18-9253 |
| Plaintiff, | * | |
| | * | JUDGE ZAINEY |
| | * | |
| VERSUS | * | MAG. VAN MEERVELD |
| | * | |
| UNITED STATES OF AMERICA | * | SEC. A(1) |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF KENNETH NASSET UNDER 28 U.S.C.A. §1746

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am a Persian Gulf War era veteran. I served throughout the USA, I also served overseas in South Korea and Egypt. I have been honorably discharged from both the US Army (Active) and the US Navy (Reserves).

2. I earned 2 Good Conduct medals one from each branch for the character of my service. I also held a Top Secret security clearance with Presidential Support and Nuclear, Chemical, and Biological support clearances.

3. I was told that I had high blood pressure and abnormal ECGs going back to around the mid-2000s. In the summer of 2010 I went to see Dr. Leuschen at the VAMC in Murfreesboro, TN and complained of trouble breathing and tightness in my chest.[1] I was given an ECG and told it was abnormal[2] so I was going to have a stress test performed just to be safe.

4. On September 03, 2010 a stress test was performed and I was told I would have to have an angiogram and they would most likely find a blockage and need to put in a stint or two.[3]

5. On September 23, 2010[4] they performed an angiogram on me and afterwards I was told everything went well and they did not need to put in any stints and there were no blockages.

---

[1] Chest 2 Views PA&LAT Lueschen, Carla Dated 06/30/2010.
[2] NM Cardiovascular stress test, w/interpretation Lueschen, Carla Dated 09/03/2010
[3] NM Cardiovascular stress test, w/interpretation Lueschen, Carla Dated 09/03/2010
[4] Cardiology Post Procedure Monitoring/Reassessment Shoemaker, Moore Dated 09/23/2010

6. At a follow up appointment on Feb 15, 2011 I was told I could begin using Viagra again.[5] Upon review of my file on this day it stated that "IF in the future if he starts having chest pains consider working him up with a stress test". Also during this time period I was being seen for worsening pain back.

7. I moved to Baton Rouge, LA is April of 2011[6] and began going to the Southeast Louisiana VA Medical System. I was unable to do much at this point as I was mostly confined to bed during this period. Then in December of 2011[7] and January of 2012[8] I had RF ablations to the nerve root in my lower back.

8. This allowed me to start Physical Therapy. While in Physical Therapy I showed up on March 26, 2012[9] to begin but I was experiencing numbness of my left arm, shortness of breath, and pressure in my chest. I told this to my Therapist and he informed me to go to the Baton Rouge VA clinic[10] because what I was describing could be the signs of a heart attack.

9. I remember being told this was most likely an isolated incident and it was nothing to worry about. I was advised to take it easy and later sent for a chest x-ray[11]. Although it was noted earlier in my records that it was recommended I be given a stress test if I had chest pains[12] there was no mention of the stress test during this appointment.

10. I tried to head back into the work force in August of 2014 but after just five months I quit in January of 2015 because I was having issues walking up and down the stairs as well as being tired. I tried once more in November of 2015 and was able to work until April of 2016. I was verbally reprimanded at work during this time for not being able to stay awake[13]. I was fatigued and exhausted all the time. I also tried to open a business during this time frame but ultimately closed it as I did not have the energy to keep it going due to fatigue.

11. As my fatigue was getting worse and my pain moving more and more into my hands and feet I was sent to Rheumatology on September 13, 2016[14]. I met with Dr. McGrath and we discussed my symptoms. He diagnosed me with psoriatic arthritis and proceeded to tell me that Humira would be best for me. I was never told about any risk of congestive heart failure or any cardiovascular risks or any other cardiac related side effects.

---

[5] Primary Care – Follow Up Lueschen, Carla Dated 02/15/2011
[6] Noted in Neurosurgery Note Baudy, Cathleen Dated 29 Jun, 2011
[7] Primary Care Note Tyler, Robin 03/20/2012
[8] Primary Care Note Tyler, Robin 03/20/2012
[9] Physical Therapy – Daily Note – BP Gaudin, Daniel Dated 03/26/2012
[10] Clinical Nurse Assessment Note Slaughter, Stephanie Dated 03/26/2012
[11] Chest (Routine EPA & LAT) Tyler, Robyn Dated 04/19/2012
[12] Primary Care Note Tyler, Robin Dated 03/20/2012
[13] C&P PTSD, Review Uddo, Madeline Dated 12/10/2016 Noted in Relevant Occupational and Educational History
[14] Rheumatology Consult Note McGrath, Hugh Dated 09/13/2016

12. During the appointment, no alternative treatment, no risks of heart issues, no prospects of success, no risks of alternative treatments, and no risks of failing to follow the course of treatment were discussed. None of the information in Dr. Kushner's UpToDate.com literature was discussed with me. I was not referred to a cardiology consultation and no baseline echocardiography with ejection fraction was taken at that time, and I did not receive close follow up.

13. I received Enbrel in the mail on October 19, 2016.[15] I called the nurse and was told to take it. In the evening of October 20, 2016[16] my legs were red and burning. If I had known Enbrel would require careful monitoring or caution, I would not have used it. If I had known Enbrel could cause cardiac related side effects, I would not have used it because of my history with cardiac issues.

14. I contacted Dr. McGrath's nurse the next morning October 11, 2016[17] and was told to keep taking it and to use an ice pack on the red area. I was also told if I had a fever to go to the ER but otherwise not worry about it. I contacted her again on November 03, 2016[18] and told her I wanted to be put on Humira and that I did not have enough medication to last the two weeks. At no time did the nurse tell me that I was taking it incorrectly as I later found out by Dr. Vargas. I wanted to be put on Humira because I did not know anything about Enbrel.

15. I continued taking Enbrel and was not seen by a Rheumatologist until nine months later on June 05, 2017[19]. I went to Rheumatology and met with Dr. Vargas and Dr. Emejuaiwe. I was informed that Dr. McGrath was no longer with the VA and they would be my new Doctors. No one from Dr. McGrath's office contacted me to let me know he was leaving.

16. They then proceeded to tell me that I did not have psoriatic arthritis[20]. They asked me about the medication and I told them I was taking it bi-weekly and they told me it was meant to be taken weekly.

17. The next day June 06, 2017 I took my next dose as instructed by Dr. Vargas as it had been one week since my last dose and I was supposed to start taking weekly-as prescribed by Dr. McGrath. Just a few days later on June 11, 2017[21] I started feeling a constriction in my throat and having problems breathing. My wife rushed me to the Emergency Room at East Jefferson General Hospital (EJGH). I was having difficulty breathing and worried that I might

---

[15] Nursing Telephone/Non Face to Face Note Godfrey, Sandra Dated 10/21/2016
[16] Nursing Telephone/Non Face to Face Note Godfrey, Sandra Dated 10/21/2016
[17] Nursing Telephone/Non Face to Face Note Godfrey, Sandra Dated 10/21/2016
[18] Nursing Telephone/Non Face to Face Note Godfrey, Sandra Dated 11/03/2016
[19] Rheumatology Note Vargas, Manuel Dated 06/06/2016
[20] Rheumatology Note Vargas, Manuel Dated 06/06/2016
[21] Emergency Department Record Ochello, Charles Dated 06/11/2017

not be treated in time. I was treated for anaphylactic reaction and sent home told to follow up with my PCP[22] and to rest take it easy.

18. The EKG performed on 06/11/2017[23] noted a possible left atrial enlargement. Two day later on June 13, 2017[24] I woke up and had trouble standing, my chest was hurting, my jaws was feeling strange, and I threw up a white liquid. My wife rushed me to the VA Urgent Care were they started treating me for a heart attack. While there I was given nitroglycerin[25] for my symptoms.

19. I had just turned 45 and was wondering if that was all I was ever going to see. The VA then transferred to Tulane Medical Center[26]. Since from my understanding the hospital was still new at the time and had yet to be completely staffed and stocked for emergencies like mine.

20. While at Tulane one of the first things I told was that they were immediately taking me off the Enbrel as it was most likely what caused the issue with my heart[27]. I was later informed that I did not have a heart attack. I had a myocardial infarction that lead to heart failure and my heart squeeze (Left Ventricle Ejection Fraction (LVEF)) was affected. An Echo performed on Jun 13, 2017 showed my 20-30%[28] when it should be around 55%. Although they were hopeful I would recover some of it over time. I was also noted while in Tulane Medical Center I did have an enlarged atrium[29]

21. I was informed that this incident could come back at any time according to the doctors who have treated me. I was also told I can get a blood clot at any time and have it go straight to my brain and not kill me but turn me into a vegetable. Death has a dignity to it but to be a burden on my family that scares me more than anything. I take daily meds to prevent blood clots and will for the rest of my life.

22. Living with the fact my heart causes issues with my wife and being physical already eats at me but knowing she might have an adult baby to take care of for the rest of my life keeps me up at night. My father in law went through a stroke because of a blood clot and I saw a man who was an army veteran has to be cared for 24/7 and it terrifies me that I could end up the same way. Every time my heart beats funny, When I get pressure in my chest, a tingling down my arm, or I am sleeping too much, I get worried about what if it comes back.

---

[22] Emergency Department Record Ochello, Charles Dated 06/11/2017
[23] EKG Interpretation Snyder, David Dated 06/11/2017
[24] Urgent Care Note Campisi, Michele Dated 06/13/2017
[25] Nurse Medications Record Ogunyemi, Michelle Dated 06/13/2017
[26] Inter-Facility Transfer Form Campisi, Michele Dated 06/13/2017
[27] Med Rec Maxi, Margaret Dated 06/15/2017 Noted in General Information subset Hospital Course
[28] Attestations Barr, Meredith Dated 06/14/2017
[29] Med Rec Maxi, Margaret Dated 06/15/2017 Noted in General Information subset Hospital Course

23. Then they had my heart shocked into normal sinus rhythm using the cardioversion procedure on March 6, 2018[30] and my heart was normal Although then less than four weeks later I found out the Afibrillation[31] had returned. On April 21, 2018 they performed a cardiac ablation literally burning and scarring on my heart, which put it back into normal sinus rhythm[32], which so far is still the case. They also did an Echo on March 28, 2018 showed my LVEF at 65%[33].

24. Although an Echo performed in April of 2018[34] showed my LVEF to be between 45-50%. An Echo from November 2018[35] shows my LVEF at 50%. That was still the case in my most recent cardiology appointment on February 07, 2020[36] I am diagnosed with Congestive Heart Failure currently.

Executed on the 1st day of May, 2020.

_____
KENNETH NASSET

---

[30] Cardiology Note Singh. Prabhpreet Dated 03/06/2018
[31] Cardiology Note Maini, Rohit Dated 03/28/2018
[32] Primary Care Staff Note Thurston, Christine Dated 04/23/2018 Note in HPI
[33] Cardiology Note Ayinapudi, Karnika Dated 03/28/2018 Noted in Problem List
[34] Cardiology Note Park, Minnsun Dated 05/16/2018 Noted in Assessment and Plan
[35] Cardiology Note Ayinapudi, Karnika Dated 03/15/2019 Noted TTE 11/2018 Normal LV size, mildly reduce LV systolic function EF 50%, mild global hypokinesis, indeterminate diastolic function, mild MR
[36] Cardiology Note Yousuf, Tariq Dated 02/07/2020