# Progress Notes

```
PODIATRIC PHYSICIAN
Signed: 11/03/2016 10:44
```

```
 LOCAL TITLE: NURSING TELEPHONE/NON FACE TO FACE NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: NOV 03, 2016@10:08     ENTRY DATE: NOV 03, 2016@10:09:19
      AUTHOR: GODFREY,SANDRA W RN  EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

NURSING TELEPHONE/NON FACE TO FACE NOTE

*****NOTE: Full name and social security number verification required.
DOB and picture ID to be used only if unable to verify using
full name and social security.******

Please select the two patient identifiers used to verify patient:

Patient Name , Social Security number, Date of Birth

Information from:
 Patient



Select the reason for this call:

FOCUS:  Inquiring if his medication could be changed from Enbrel to Humira.

DATA:  Veteran came into the office today and stated that the Enbrel takes a few
days to kick in and then it does not last for the entire two weeks.  The burning
in his feet returns within about one week.

ACTION:  Veteran is requesting that he be changed to Humira in hopes that it
will keep his pain in check.  I informed veteran that I would put a note in for
Dr. McGrath and that he should call me on Wednesday, 11/9/16 if he has not heard
anything from Dr. McGrath.

RESPONSE:  Veteran thanked me for my assistance and will wait for Dr. McGrath to
decide on the medication.

/es/ SANDRA W GODFREY RN
RN
Signed: 11/03/2016 10:13
```

```
 LOCAL TITLE: NURSING TELEPHONE/NON FACE TO FACE NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: OCT 21, 2016@10:45     ENTRY DATE: OCT 21, 2016@10:45:36
      AUTHOR: GODFREY,SANDRA W RN  EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

# Progress Notes

Printed On Feb 7, 2020

```
NURSING TELEPHONE/NON FACE TO FACE NOTE

*****NOTE: Full name and social security number verification required.
DOB and picture ID to be used only if unable to verify using
full name and social security.******

Please select the two patient identifiers used to verify patient:

Patient Name , Social Security number, Date of Birth

Information from:

Patient

Select the reason for this call:

FOCUS:  Redness at the site of his etanercept injection.

DATA:   Veteran stated that he did his injection two days ago and last night on
10/20/16 he noticed that the area was red and warm to the touch.  When he
awakened this morning, the area was still reddened, but not as much and it was
not as warm.

Veteran also stated that one of the new medications Dr. McGrath ordered for him
to help with pain is not working very well. Asked if Dr. McGrath could advise.

ACTION:  Instructed veteran that should the area become more red, hot to the
touch and/or he starts to run fever, he should go to the nearest ER for
evaluation.  Also encouraged him to place an ice pack on the site for 15 minutes
every hour.



/es/ SANDRA W GODFREY RN
RN
Signed: 10/21/2016 10:53
```

```
 LOCAL TITLE: CPAP OR BIPAP PRESCRIPTION CONSULT NOTE
STANDARD TITLE: PULMONARY C & P EXAMINATION CONSULT
DATE OF NOTE: OCT 19, 2016@08:45     ENTRY DATE: OCT 19, 2016@08:45:55
      AUTHOR: BUTLER,JULIUS C      EXP COSIGNER: THAMMASITBOON,SUPAT MD
     URGENCY:                            STATUS: COMPLETED

Annual Renewal

REASON FOR REQUEST: (complaints & findings)SLEEP PROBLEMS


DIAGNOSIS:  OSA
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

VA_001462

VA Page 1462