# Consult Requests

Printed On Feb 7, 2020

```
     the
     VIP
     service for new onset Heart Failure, awaiting LHC to rule out ischemic
     disease


       What guidance are you requesting?  (An effective consult poses a
     question
       for the consultant to answer or requests specific advice on patient
       management): Should Etanercept be held in the setting of new onset HF?
     Would patient require follow up sooner than schedule date if change in
     medical
     therapy occurs?


       Relevant Background: As above, new onset heart failure in patient on
     etanercept for possible psoriatic
     arthritis.

     Inter-facility Information
     This is not an inter-facility consult request.

     Status:                   COMPLETE
     Last Action:              COMPLETE/UPDATE

     Facility
      Activity                 Date/Time/Zone      Responsible Person    Entered By
     -------------------------------------------------------------------------------
      CPRS RELEASED ORDER      06/14/17 23:02      BARR,MEREDITH M M     BARR,MEREDITH M M
      COMPLETE/UPDATE          06/15/17 16:43      EMEJUAIWE,NKECHIN     EMEJUAIWE,NKECHIN
          Note# 23628878

     Note: TIME ZONE is local if not indicated

     -------------------------------------------------------------------------------

      LOCAL TITLE: RHEUMATOLOGY CONSULT NOTE
     STANDARD TITLE: RHEUMATOLOGY CONSULT
     DATE OF NOTE: JUN 15, 2017@16:39     ENTRY DATE: JUN 15, 2017@16:39:51
           AUTHOR: EMEJUAIWE,NKECHINYE    EXP COSIGNER:
          URGENCY:                              STATUS: COMPLETED

     Provisional Diagnosis/Patient's Clinical Symptoms: Patient is known to
     rheumatology clinic, currently on Etanercept for questionable
     diagnosis of psoriatic arthritis which was initated in 9/2016, last seen
     by
     Rehumatology June 5, 2017. Mr Nassett is currently in hospital at TUMC on
     the
     VIP
     service for new onset Heart Failure, awaiting LHC to rule out ischemic
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA   70466 | Printed at SE LOUISIANA VETERANS HCS |

VA_000406

VA   Page 406

# Consult Requests

Printed On Feb 7, 2020

```
  disease


  What guidance are you requesting?  (An effective consult poses a
question
  for the consultant to answer or requests specific advice on patient
  management): Should Etanercept be held in the setting of new onset HF?
Would patient require follow up sooner than schedule date if change in
medical
therapy occurs?


This is documentation of the response to the above e-consult.

Yes, the etanercept should be discontinued in the setting of recent diagnosis of
heart failure. The diagnosis of psoriatic arthritis and inflammatory back pain
was being questioned and I would advise that patient return for a follow -up
appointment with rheumatology to discuss other treatment options within 2-3
months.

/es/ NKECHINYERE EMEJUAIWE

Signed: 06/15/2017 16:43

Receipt Acknowledged By:
07/10/2017 09:44         /es/ MANUEL VARGAS
                             MD
================================================================================
================================= END ====================================

Current PC Provider:     BRANSON,DEAN H
Current PC Team:         HAM BLUE
Current Pat. Status:     Outpatient
Primary Eligibility:     SERVICE CONNECTED 50% to 100%(VERIFIED)
Patient Type:            SC VETERAN
OEF/OIF:                 NO

Service Connection/Rated Disabilities
SC Percent:              100%
Rated Disabilities:      MAJOR DEPRESSIVE DISORDER   (70%)
                         CHRONIC FATIGUE SYNDROME   (60%)
                         MIGRAINE HEADACHES   (50%)
                         IRRITABLE COLON   (30%)
                         INTERVERTEBRAL DISC SYNDROME   (20%)
                         LIMITED MOTION OF ANKLE   (10%)
                         PARALYSIS OF SCIATIC NERVE   (10%)
                         DEFORMITY OF THE PENIS   (0%)
                         URTICARIA   (0%)

Order Information
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |