UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| KENNETH NASSET | * | CIVIL ACTION NO. 18-9253 | |
| Plaintiff, | * | | |
| | * | JUDGE ZAINEY | |
| | * | | |
| VERSUS | * | MAG. VAN MEERVELD | |
| | * | | |
| UNITED STATES OF AMERICA | * | SEC. A(1) | |
| | * | | |
| Defendant. | * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S DESIGNATION OF EXPERTS AND DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO RULES 26(a)(2) AND (b)(4) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, Ken Nasset, hereby designates his expert witnesses in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court and states that the following individuals may be called to provide expert testimony on behalf of the Plaintiff:

I.   **RETAINED EXPERTS**

Mark Levin, MD
596 Anderson Ave. #302
Cliffside Park, NJ 07010

Dr. Levin's report and curriculum vitae are being served upon Defendant. Dr. Levin may be called to testify regarding failure to make a diagnosis and negligent prescription of Enbrel including reasonable inferences arising therein.

II    **NON-RETAINED EXPERTS**

Plaintiff also designate the following individuals who are not retained or specially employed to provide expert testimony but who may be called to offer opinions at trial including reasonable inferences arising therein.

1. Dr. Kalavally Sriharan
   3400 Lebanon Rd,
   Murfreesboro, TN 37129

Dr. Sriharan is a board certified internist who was treating the plaintiff during the time frame set forth in the Complaint. Dr. Sriharan may be called to testify regarding the cardiac symptoms noted in Plaintiff's records from 2010 including reasonable inferences arising therein.

2. Dr. Carla Leuschen
   3400 Lebanon Rd,
   Murfreesboro, TN 37129

Dr. Leuschen was Plaintiff's Primary Care Doctor who was treating the plaintiff during the time frame set forth in the Complaint. Dr. Leuschen may be called to testify regarding the abnormal EKG and first noting the cardiac symptoms. Dr. Leuschen consulted with Dr. Sriharan regarding the finding of myocardial ischemia including reasonable inferences arising therein.

3. Dr. Manuel Vargas
    10310 The Grove Blvd,
   Baton Rouge, LA 70810

Dr. Vargas is a Rheumatology Fellow who was treating the plaintiff during the time frame set forth in the Complaint. Dr. Vargas may be called to testify regarding his advice to take Enbrel as prescribed by Dr. McGrath and the misdiagnosis of psoriatic arthritis. Dr. Vargas may also testify that the worsened cardiac dysfunction was likely due to Enbrel including reasonable

inferences arising therein.


    4.       Dr. Chandara Kollipara, DO
              2025 Gravier Street
              Suite 601
              New Orleans, LA 70112

Dr. Kollipara, DO is a Rheumatologist doctor who was treating the plaintiff during the time frame set forth in the Complaint. Dr. Kollipara may be called to testify regarding Dr. Vargas' advice to take Enbrel as prescribed by Dr. McGrath and the misdiagnosis of psoriatic arthritis. Dr. Kollipara may also testify that the worsened cardiac dysfunction was likely due to Enbrel including reasonable inferences arising therein.


    5.       Dr. Ali Ayoub
              Tulane School of Medicine
              1430 Tulane Avenue
              New Orleans, LA 70112

Dr. Ayoub is an Cardiology Fellow who was treating the plaintiff during the time frame set forth in the Complaint and may be called to testify regarding the left ventricle ejection of 11% and atribular fibrillation in in November, 2019 including reasonable inferences arising therein.

    6.       Dr. Kevin Cartwright, MD
              Tulane Cardiology Clinic
              1415 Tulane Ave 4th Fl
              New Orleans, LA 70112

Dr. Cartwright is a Cardiologist who was treating the plaintiff during the time frame set forth in the Complaint and may be called to testify regarding the noted cardiac symptoms in 2015 which were in the medical records including reasonable inferences arising therein.

7. Marcia Davila, MD
   VA Medical Center
   2400 Canal St,
   New Orleans, LA 70119

Dr. Davila was Plaintiff's Primary Care Physician who was treating the plaintiff during the time frame set forth in the Complaint and may be called to testify regarding the exertional dyspnea and abnormal EKG. Dr. Davila treated the Plaintiff from 2014-2017 including reasonable inferences arising therein.

8. Charde Duncan, RN
   VA Medical Center
   2400 Canal St,
   New Orleans, LA 70119

Charde Duncan, RN was Plaintiff's Primary Care Physician Davila's assistant who assisted in the treating the plaintiff during the time frame set forth in the Complaint and may be called to testify regarding correspondence from Plaintiff noting dyspnea and other cardiac symptoms while Dr. Davila treated the Plaintiff from 2014-2017including reasonable inferences arising therein.


9. Meredith Barr, MD
   1430 Tulane Ave #8512,
   New Orleans, LA 70119

Dr. Barr is an Internist who was treating the plaintiff during the time frame set forth in the Complaint and may be called to testify regarding the foot surgery requiring Plaintiff to use a boot for several months including reasonable inferences arising therein.

    10.     Dr. Karinka Ayinapudi
             1430 Tulane Ave #8512,
             New Orleans, LA 70119

Dr. Ayinapudi is a Cardiologist Fellow who was treating the plaintiff during the time frame set forth in the Complaint and may be called to testify that Enbrel was stopped, the misdiagnosis of psoriasis and the left ventricle ejection of 20-20% including reasonable inferences arising therein.

    11.     Dr. Thierry Lejemtel, MD
             1430 Tulane Ave #8512,
             New Orleans, LA 70119

Dr. Lejemtel is a Cardiologist who was treating the plaintiff during the time frame set forth in the Complaint and may be called to testify that Enbrel was stopped, the misdiagnosis of psoriasis and the left ventricle ejection of 20-20% including reasonable inferences arising therein.

    12.     Margaret Maxi, MD
             1542 Tulane Ave,
             New Orleans, LA 70112

Dr. Maxi is an Internist who was treating the plaintiff during the time frame set forth in the Complaint and may be called to testify regarding whether Enbrel caused the aggravation of cardiac symptoms including reasonable inferences arising therein.

13. Meredith Barr, MD
    1542 Tulane Ave,
    New Orleans, LA 70112

Dr. Barr is an Internist who was treating the plaintiff during the time frame set forth in the Complaint and may be called to testify regarding whether Enbrel caused the aggravation of cardiac symptoms including reasonable inferences arising therein.

14. Mark Cassidy, MD
    415 Tulane Ave,
    New Orleans, LA 70112

Dr. Cassidy is a Cardiologist who was treating the plaintiff during the time frame set forth in the Complaint and may be called to testify regarding whether Enbrel caused the aggravation of cardiac symptoms including reasonable inferences arising therein.

15. Manmeet Singh, MD
    15790 N Oaks Dr,
    Hammond, LA 70403

Dr. Singh is an Internist who was treating the plaintiff during the time frame set forth in the Complaint and may be called to testify regarding whether Enbrel caused the aggravation of cardiac symptoms including reasonable inferences arising therein.

Respectfully submitted,

VASQUEZ LAW OFFICE

*/s/Jessica Vasquez*
Jessica M. Vasquez (27124)
400 Poydras Street, Ste. 900
New Orleans, LA 70130
Telephone: (504) 571-9582
Facsimile: (504) 684-1449
Email: jvasquez@vasquezlawoffice.com
**ATTORNEY FOR KEN NASSET**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 14, 2020, a copy of Plaintiff's Expert Designations was served on the following attorney via e-mail and U.S. Mail first class postage prepaid as follows:

Mary Katherine Kaufman
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Ste. 1600
New Orleans, LA 70130

*/s/Jessica Vasquez*
**Jessica M. Vasquez (27124)**