# Consult Requests

Printed On Feb 7, 2020

```
FERRITIN: 79.1 ng/ml      (08/18/2016 14:36)
 HIV ELA:                                  Negative (06/08/11 12:00)
No data available

No data available

No data available

IRON: 126 ug/dL     (08/18/2016 14:35)No data available

   No data available
Occult Blood (1 Year)

OCCULT BLOOD
   No data available

LAB CUMULATIVE SELECTED 1
   No data available for OCCULT BLOOD1; OCCULT BLOOD2; OCCULT BLOOD3

 PSA :     0.55     (03/22/12 14:54)   0.44      (04/23/14 14:12)


PROCEDURES:
EEG/EMG Report (1 Year)

EEG/EMG SUMMARY & IMPRESSION
No data available

PROGRESS NOTES SELECTED
   No data available for NEUROLOGY PROCEDURE NOTE

SVS - Today's Vital Signs

Measurement DT      TEMP          PULSE   RESP        BP
                    F(C)

09/13/2016 14:39   98.1(36.7)     97      18          137/84

Measurement DT     PAIN

09/13/2016 14:39    3



ASSESSMENT: He has gen jont pain and a hx of back issues with ablations and
fusions.  No HLA B27.  Most large joints but also elbows and hands are
painful.  He needs at least  a trial of TNF inhibitor which I think is highly
likely to help.   I have explained all to him and apprised him on risks.

IMPR:    Psoriatic arthritis
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |