UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH NASSET | CIVIL ACTION |
| VERSUS | NO. 18-9253 |
| UNITED STATES OF AMERICA | SECTION "A" (1) |

### MINUTE ENTRY (JS-10: 10)

On August 20, 2020, the Court held a telephone status conference with the following counsel in attendance: Jessica Vasquez for the Plaintiff; Mary Catherine Kaufman for the Defendant. The Court set this telephone status conference in order to assess the practicability of selecting a new trial date for this case.

After hearing from the parties regarding the status of the case, the Court ordered the following:

Accordingly;

**IT IS ORDERED** that all written discovery shall be propounded by the parties by **October 15, 2020 at 5:00 PM**.

**IT IS FURTHER ORDERED** that the Plaintiff shall not be allowed to amend his Complaint.

**IT IS FURTHER ORDERED** that the parties shall contact Magistrate Judge Janis van Meerveld's chambers to schedule a settlement conference which shall be held by no later than **December 1, 2020**.

**IT IS FURTHER ORDERED** that all dispositive motions, including motions *in limine*, must be timely filed under the local rules so as to be properly set for submission no later than **November 25, 2020**.

**IT IS FURTHER ORDERED** that a follow-up telephone conference is **SET** for **December 9, 2020 at 10:15 AM**. The call-in number is 877-336-1280, access code 2321992. At this follow-up telephone conference, the Court will select a new pretrial conference date and a new trial date.

* * * * * * *

