## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH NASSET** | * | **CASE NO. 18-9253** |
| **vs.** | * | **SECT. A(1)** |
| **UNITED STATES OF AMERICA** | * | **JUDGE ZAINEY** |
| | * | **MAG. VAN MEERVELD** |

## NOTICE OF SUBMISSION

The foregoing Motion for Summary Judgment, by Defendant the United States of America is hereby noticed for submission on September 16, 2020 at 9:00 a.m.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
The Honorable Jay C. Zainey