# Transcript of the Testimony of
# Hugh McGrath, M.D.

**Date taken: August 21, 2020**

**Kenneth Nasset v. United States of America**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH NASSET | CIVIL ACTION |
|     Plaintiff | |
| | NO. 18-9253 |
| VERSUS | |
| | JUDGE ZAINEY |
| UNITED STATES OF AMERICA | |
|     Defendant | MAG. VAN MEERVELD |
| | |
| | SEC. A(1) |

    Videoconference deposition of Hugh McGrath, M.D., 1329 Natchez Loop, Covington, Louisiana 70433, taken via Zoom, on Friday, the 21st day of August, 2020.


APPEARANCES:

    VASQUEZ LAW OFFICE
    (By: Jessica M. Vasquez, Esq.)
    400 Poydras Street
    Suite 900
    New Orleans, Louisiana 70130
        ATTORNEYS FOR PLAINTIFF


    THE UNITED STATES ATTORNEY'S OFFICE
    (By: Mary Katherine Kaufman, Esq.)
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130

        ATTORNEYS FOR DEFENDANT

Page 20

1   records.  Did you keep separate records from --
2        A.   No.
3        Q.   -- the V.A. system?
4        A.   No.  They were all together with the
5   other records.
6        Q.   And what records did you review prior
7   to your appointment with Mr. Nasset?
8        A.   Well, I didn't review records prior
9   to his appointment.  I reviewed his records when
10  he came.
11       Q.   Okay.  So when he came to see you,
12  then you reviewed his records?
13       A.   Yes.
14       Q.   Okay.  And what did you review?
15       A.   I would ask him questions and I
16  reviewed the -- mainly my review was in finding
17  out from him, you know, what his issues were and
18  what his problems were and, you know, that was
19  most of what I reviewed was there if I wanted to
20  further review it, but I mostly asked him, you
21  know, what was in the records.
22       Q.   So it would be fair to say that
23  you -- the conversations with the patient was
24  the information you relied upon, not so much a
25  review of any older records?

Page 22

```
 1   mean, with Mr. Nasset?
 2        MS. KAUFMAN:
 3             I'm going to object to the form of
 4   the question.
 5   BY MS. VASQUEZ:
 6        Q.   Let me rephrase the question because
 7   I got the name wrong.  What do you recall from
 8   that appointment with Mr. Nasset?
 9        A.   Well, that's what I just told you.
10        Q.   Okay.  And then what -- do you
11   remember any other conversation that you had
12   with him?
13        A.   No.
14        Q.   Did you tell him anything about his
15   pain or give --
16        A.   I would have -- I don't remember
17   telling him what exactly what I told him, but I
18   would have talked to him about his problem and
19   what our plans were.
20        Q.   Now, what were the plans?
21        A.   Well, the plans were to start
22   medication to allay his symptoms.
23        Q.   And what medication did you suggest?
24        A.   I don't remember whether it was the
25   first visit or the second visit, but we
```

Page 30

1  he had already tried these other drugs.  Almost
2  all patients who come have tried them.
3  They're -- every physician will give patients
4  Motrin and Naprosyn and so I'm sure he already
5  had gone through those.
6      Q.   Is that the same thing for
7  methotrexate, do most patients --
8      A.   He might not have used methotrexate
9  because he did not have rheumatoid arthritis and
10 methotrexate doesn't work as well for psoriatic
11 arthritis.
12     Q.   Okay.  And what is the dosage given
13 typically for Enbrel?
14     A.   It's 50 milligrams a week, sometimes
15 25.
16     Q.   Sometimes 25 a week?
17     A.   Sometimes 25 a week.
18     Q.   And for Humira what is the dosage
19 recommended?
20     A.   That's 40 milligrams every other
21 week.
22     Q.   So which one is the longer lasting
23 one?
24     A.   Well, the one that goes every other
25 week.

 1      Q.    So Humira?
 2      A.    Yeah.
 3      Q.    Would you agree with me that higher
 4   or doses -- that Enbrel could cause a higher
 5   risk of heart failure?
 6      A.    No.
 7      Q.    Why don't -- what causes you to not
 8   agree with that statement?
 9      A.    Oh, would you give it to me again.  I
10   may have misunderstood.
11      Q.    Sure.  Would you agree or disagree
12   that Enbrel causes higher risk of heart failure?
13      A.    Well, I, you know, at the time that I
14   saw him and even since then there was a study
15   that came out they were trying to find out if
16   TNF decreased the -- helped the heart and
17   decreased the chance of heart failure and what
18   they found was it seemed to slightly increase
19   the incidence of heart failure, or at least it
20   aggravated heart failure in people that already
21   had heart failure, so it came out exactly the
22   opposite of what they thought and the upshot was
23   that these drugs may slightly increase
24   congestive heart failure in patients who had
25   congestive heart failure.  They may be -- it may

Page 34

1   it's very minimal but there has been reports
2   that it increases the incidence of lymphoma.
3        Q.   And going back to your time going
4   back to 2016, how are follow-up appointments set
5   up at the V.A.?
6        A.   Usually I see the patient and just
7   write down in my chart "return to clinic three
8   months."
9        Q.   And if you don't write that down,
10  does that mean they don't have to return to
11  clinic?
12       A.   It could mean that.
13       Q.   So was -- is this -- when you
14  prescribed this TNF inhibitor to Mr. Nasset,
15  which one did you prescribe him?
16       A.   Again, I don't recall.  I think I
17  prescribed the Enbrel but I'm not sure.  I
18  remember that I was having -- in those days
19  there was some question about which one was best
20  for which disease for which situation and we
21  were all a little bit back and forth.  Enbrel
22  was the first drug to come out and I think most
23  people more or less went reflexly to Enbrel and
24  I probably did.
25       Q.   If Mr. Nasset recalls you prescribing

Page 56

1    A.    Yes.

2    Q.    Now, in the chart I don't see anywhere where it says "return to clinic." Why would that be?

5    A.    I'm not sure. I may have put it in the chart but it didn't show up. I can't answer that.

8    Q.    That was a nurse Sandra Godfrey, do you see that?

10    A.    Yeah.

11    Q.    Instructed -- and then she put here "Action: Instructed him that I would alert Dr. McGrath and if he did not hear anything in about one week, send us a secure message and I will check for you."

16    A.    Okay.

17    Q.    Now, do you have any independent recollection on whether you followed up with Nurse Godfrey about the follow-up agreement?

20    A.    No. I have no recollection.

21    Q.    Okay. Now we're going to go to Exhibit 6. This is VA 1461. This is a nursing primary care note from November 3rd, 2016. So that would have been a few months after your September meeting with him; is that right?

Page 58

1   entire two weeks?
2        A.   I don't know.  He sounds to be saying
3   that.
4        Q.   Would that suggest that he's taking
5   it like Humira, like the Humira dosage?
6        A.   He may have been.  He may have been
7   hoping it would last two weeks.
8        Q.   Okay.  And so --
9        A.   He's comparing the effect of Enbrel
10  to that of Humira.
11       Q.   Well, he's requesting to be changed
12  to Humira because he's only -- well, it says
13  here he's requesting that he be changed to
14  Humira, right?
15       A.   Yeah, because he knows that does last
16  two weeks.
17       Q.   He's taking the Enbrel as if it was
18  the dosage for Humira because he's doing it
19  every two weeks?
20       MS. KAUFMAN:
21            I'm going to object to the form of
22  the question.
23  BY MS. VASQUEZ:
24       Q.   Would you agree with that or disagree
25  with that?

Page 67

 1     Q.    What do you agree with?  Let's put it
 2  that way.
 3     MS. KAUFMAN:
 4          I mean, I'm going to object to the
 5  form of the question.
 6  BY MS. VASQUEZ:
 7     Q.    You can still answer if you
 8  understand.
 9     A.    Okay.  Well, let's go one part at a
10  time.  "Should Etanercept be held up in the
11  setting on new onset congestive heart failure?"
12  Yes, of course.  And "would patient require
13  follow up sooner than scheduled date if change
14  in medical therapy occurs?"  Yes.  "Yes, the
15  etanercept should be discontinued in the setting
16  of recent diagnosis of heart failure?"  Yes.
17  "The diagnosis of psoriatic arthritis and
18  inflammatory back pain was being questioned."
19  Yes, somebody questioned it.  "And I would
20  advise that the patient return for a follow-up
21  appointment with rheumatology to discuss other
22  treatment options."  I don't agree that there
23  are -- I'm not sure what I should agree or
24  disagree with.  It's a little confusing.  If I
25  agree that -- I agree with that he should advise

Page 73

```
 1   of the question.
 2   BY MS. VASQUEZ:
 3       Q.   That's fine.  And you may, but my
 4   question here to you, Dr. McGrath, is I'm not
 5   sure I follow you.  My question was -- well,
 6   what is it that you -- what is your concern
 7   about either agreeing or disagreeing with this
 8   note?  Because I think you are struggling with
 9   whether you want to agree with all of the note
10   or some of the note and I'm just uncertain as to
11   what the issue is.
12       A.   I don't disagree that Enbrel should
13   be discontinued, but I don't know whether Enbrel
14   is responsible.  However, in the, you know, to
15   be safe I think since Enbrel does cause
16   congestive heart failure and this man can only
17   walk one block without becoming short of breath,
18   that's a good reason to discontinue Enbrel.
19   That does not mean that the Enbrel is causing
20   this problem, but I think to be safe, the Enbrel
21   should be discontinued.
22            Let me ask you again, did this man
23   have a major cardiac event just not too long
24   before this?
25       Q.   I would represent that he did but I
```