Above intervention continued per policy. Yes

/es/ Kelly M BELL

Registered Nurse

Signed: 06/05/2017 14:45

LOCAL TITLE: Addendum

STANDARD TITLE: ADDENDUM

DATE OF NOTE: JUN 05, 2017@11:50:16  ENTRY DATE: JUN 05, 2017@11:50:16

AUTHOR: EMEJUAIWE,NKECHINYE  EXP COSIGNER:

INSTITUTION: SE LOUISIANA VETERANS HCS

DIVISION: NEW ORLEANS VAMC

URGENCY:           STATUS: COMPLETED

I saw and examined the patient with Dr. Vargas. We discussed the assessment and

plan. I reviewed the findings and plan, as appropriate for today's encounter.

Current musculoskeletal exam not consistent with an inflammatory arthropathy but

this could be because of current therapy with Enbrel. Patient however still

reports peripheral arthralgia and lower back pain that is chronic and most

likely mechanical. We have attempted to make the distinction between

inflammatory and non-inflammatory pain to Veteran. He states that he has been

told that Gulf war syndrome can manifest as painful joints and that this is

VBA 6106

likely what enbrel is helping with.

We went over the risks of immunosupressive therapy and patient feels that the benefits he has derived are quite significant (less pain and more energy). As such will continue Enbrel therapy at this time.

Nkechinyere Emejuaiwe MD, MPH

/es/ NKECHINYERE EMEJUAIWE

Signed: 06/05/2017 11:53

================================================================================

--- Original Document ---

06/05/17 RHEUMATOLOGY NOTE:

CC: follow up for chronic back pain and arthralgias

HISTORY OF PRESENT ILLNESS:
45 yo Caucasian M comes for follow up with Hx of arthralgias and swelling with chronic back pain.

Last seen on 9/2016 by Dr. McGrath. Suspected for spondyloarthropathy probable PsA given joint pain/swelling and rash. Recommended for TNFi trial. Has been

VBA 6107

COPY MADE BY VBA, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

# Progress Notes

Printed On Feb 7, 2020

```
-OSA (CPAP)
-Prior history of anti TNF alpha use for psoriatic arthritis (Rheumatology
following and deemed patient does not have psoroatic arthritis
-DM
-HLD
-HTN
-Migraine
-?Chronic fatigue

HPI:
46y/o MALE with hx of symptomatic paroxysmal atrial fibrillation failed DCCV
3/6/18 (CHADSVASC 3, switched to pradaxa), and NICMP recovered EF, and OSA
(CPAP) who presents for establishing care for atrial fibrillation management.

He was diagnosed in ED when had chest pressure and atrial fibrillation with
shortness of breath. Was ruled out for ACS and then discharged on eliquis.

Since then, he denies chest pressure. He had the DCCV 3/6/18 successfully but
then went back into atrial fibrillation but rate controlled. Compliant with
medications. No orthopnea, no LE edema. Did have episode of dizziness but no
syncope. Using CPAP now. Ambulating without functional limitation.

ROS: Pertinent positives and negatives as mentioned in HPI rest of 12 point ROS
negative.
=========================
CARDIOGRAPHICS:
TEE 3/2018: EF 60-65%, normal LA size

CATH: reported no obstructive CAD

EKG: TODAY WITH rate controlled atrial fibrillation

=========================
Past Medical History:
- Symptomatic paroxysmal atrial fibrillation failed DCCV 3/6/18 (CHADSVASC 3)
-NICMP LVEF 11% (by MRI 11%)--> EF 30-35% on echo in 12/2017 -- 60-65% on TEE
3/2018. Clean cath. NYHA II
-OSA (CPAP)
-Prior history of anti TNF alpha use for psoriatic arthritis (Rheumatology
following and deemed patient does not have psoroatic arthritis
-DM
-HLD
-HTN
-Migraine
-?Chronic fatigue

PSH: sacral joint ablation

FH: mom HTN, dad HTN
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

VA_001147

# Progress Notes

Printed On Feb 7, 2020

```
  6)   CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH    ACTIVE
          THREE TIMES A DAY AS NEEDED AS A MUSCLE RELAXANT
  7)   ETANERCEPT 50MG/ML INJ SYRINGE INJECT 50MG/1ML           ACTIVE
          SUBCUTANEOUSLY EVERY WEEK
  8)   HYDROCODONE 7.5/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET    ACTIVE
          BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
  9)   LIDOCAINE 5% OINT APPLY SMALL AMOUNT TOPICALLY EVERY     ACTIVE
          DAY
 10)   PROPRANOLOL HCL 10MG TAB TAKE ONE TABLET BY MOUTH        ACTIVE
          EVERY DAY FOR HEART/BLOOD PRESSURE
 11)   SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY        ACTIVE
          MOUTH SEE COMMENT ,NO RELIEF REPEAT IN 2 HOURS
          MAX/200MG/DAY  TAKE 1 TABLET AT ONSET OF SYMPTOMS,
          MAY REPEAT IN 2 HOURS IF NO RELIEF FOR  HEADACHE
 12)   TRIAMCINOLONE ACETONIDE 0.1% CREAM 15GM APPLY SMALL      ACTIVE
          AMOUNT TOPICALLY ONCE DAILY AS NEEDED APPLY SMALL
          AMOUNT EVERY DAY AS NEEDED TO RED, ITCHY BUMPS.
          AVOID USE ON FACE/GROIN/UNDER ARMS.

       Active Non-VA Medications                               Status
=========================================================================
 1)   Non-VA LIDOCAINE/PRILOCAINE CREAM,TOP SMALL AMOUNT        ACTIVE
          TOPICALLY TWICE A DAY

13 Total Medications

Non Va
Medications reviewed with the patient.
The following changes are found:
He comments that he is on Enalapril. Acordangly to thge computer last time this
was released was in 2015.
He does not think that he is on Propranolol

SH:
Married with 3 children)
Smoke: No
Drink: Very seldom
Drugs: No


REVIEW OF SYSTEMS:  X-POSITIVE     BLANK - NEGATIVE

        GENERAL: [ ]FEVER/CHILLS   [ ]WEIGHT CHANGES
        HEENT:   [ ]Headache     [ ]blurred vision
                 [ ]nasal d/c    [ ]sorethroat
        CV:      [ ]chest pain   [ ]angina        [ ]edema
        PULM:    [ ]dyspnea               [ ]wheezing
                 [ ]cough    [ ] productive/nonproductive
        GI:      [ ]nausea[ ]vomiting[ ]diarrhea
                 [ ]constipation[ ]blood in stool
```

---

**PATIENT NAME AND ADDRESS** (Mechanical Imprinting, if available)
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

**VISTA Electronic Medical Documentation**
Printed at SE LOUISIANA VETERANS HCS

VA_001414

VA Page 1414

# Progress Notes

```
                      [ ]reflux
            GU:       [ ]frequency[ ]hematuria[ ]dysuria
            MUSCULOSKEL:[ ]joint pain _____[ ]edema
            NEURO:    [ ]numbness[ ]tingling[  ]seizure
            PSYCH:    [ ]suicidal ideation[ ]homicidal ideation
                      [ ]haullicination[ ]auditory[ ]visual
```

ROS: A comprehensive ROS was completed and is negative with the exception of the pertient positives and negatives listed in the HPI.

ALLERGIES:
PENICILLIN, SULFA DRUGS, ERYTHROMYCIN, GABAPENTIN, IBUPROFEN, WASP STINGS
MAXZIDE, EGG YOLKS

PE:
 SVS - Today's Vital Signs

| Measurement DT | TEMP F(C) | PULSE | RESP | BP |
|---|---|---|---|---|
| 03/06/2017 15:09 | 98.6(37.0) | 53 | 20 | 121/84 |

| Measurement DT | PAIN |
|---|---|
| 03/06/2017 15:09 | 4 |

NAD, Cooperative
HEENT:Normocephalic
NECK SUPPLE, NO JVD NO CAROTID BRUIT
LUNGS:CTA NO WHEEZES
HEART:RRR
ABDOMEN:BS NORMOACTIVE
EXT:NO C/C/E
Neurol: oriented in time and space.

HEALTH MAINTANCE:
Discussed with the patient benefit of Flu Vaccine yearly
Meds reconciled/refilled, meds uses/precautions reviewed,
        labs reviewed

LABS: Not done

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

**VISTA Electronic Medical Documentation**
Printed at SE LOUISIANA VETERANS HCS

VA_001415

# Progress Notes

Printed On Feb 7, 2020

```
PODIATRIC PHYSICIAN
Signed: 11/03/2016 10:44
```

```
 LOCAL TITLE: NURSING TELEPHONE/NON FACE TO FACE NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: NOV 03, 2016@10:08     ENTRY DATE: NOV 03, 2016@10:09:19
      AUTHOR: GODFREY,SANDRA W RN  EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

NURSING TELEPHONE/NON FACE TO FACE NOTE

*****NOTE: Full name and social security number verification required.
DOB and picture ID to be used only if unable to verify using
full name and social security.******

Please select the two patient identifiers used to verify patient:

Patient Name , Social Security number, Date of Birth

Information from:
 Patient



Select the reason for this call:

FOCUS:  Inquiring if his medication could be changed from Enbrel to Humira.

DATA:  Veteran came into the office today and stated that the Enbrel takes a few
days to kick in and then it does not last for the entire two weeks.  The burning
in his feet returns within about one week.

ACTION:  Veteran is requesting that he be changed to Humira in hopes that it
will keep his pain in check.  I informed veteran that I would put a note in for
Dr. McGrath and that he should call me on Wednesday, 11/9/16 if he has not heard
anything from Dr. McGrath.

RESPONSE:  Veteran thanked me for my assistance and will wait for Dr. McGrath to
decide on the medication.

/es/ SANDRA W GODFREY RN
RN
Signed: 11/03/2016 10:13
```

```
 LOCAL TITLE: NURSING TELEPHONE/NON FACE TO FACE NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: OCT 21, 2016@10:45     ENTRY DATE: OCT 21, 2016@10:45:36
      AUTHOR: GODFREY,SANDRA W RN  EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
```

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

VISTA Electronic Medical Documentation
Printed at SE LOUISIANA VETERANS HCS

VA_001461

VA Page 1461