| | |
|---|---|
| **Department of Veterans Affairs** | **Southeast Louisiana Veterans Health Care System New Orleans, LA 70112**<br><br>**Numbered Memorandum**<br><br>**119-3**<br>**June 30, 2017** |

# MEDICATION MANAGEMENT POLICY

1. **PURPOSE:** The purpose of this Numbered Memorandum is to outline policy and procedures to follow in the planning, selection and procurement, storage, prescribing or ordering, preparing and dispensing, administration, monitoring and evaluation of effects on patients of medications and pharmaceutical supplies at Southeast Louisiana Veterans Health Care System (SLVHCS).

2. **POLICY:**

   a. Professional, legal, and administrative control of medication will be maintained by Pharmacy Service. All medications will be dispensed by licensed pharmacists. Policy and procedures affecting the processing, dispensing, administration, monitoring, selection, procurement, storage, prescribing or ordering, administration, and monitoring effects on the patient of drugs at SLVHCS will be coordinated by Pharmacy Service, medical staff, nursing personnel, and other disciplines, as appropriate.

   b. Background

      (1) SLVHCS is a multi-division, multi-outpatient clinic site Health Care System, providing a comprehensive range of outpatient pharmacy services to approximately 40,000 patients. The specialty fields of psychiatry, medicine and surgery represented at the Health Care System creates a highly diverse patient population. The Outpatient Pharmacy provides medications and services for ambulatory patients pursuant to and consistent with current Joint Commission standards, VHA handbook 1108.05, VHA Directives and SLVHCS Policies and Procedures.

(6)  Drugs are ordered from various authorized sources but primarily purchased through the wholesaler.  McKesson in Memphis, TN, provides Monday through Friday overnight deliveries for items ordered on the previous day.  In the event of non-stock or shorted items, drop-shipments are obtained from other McKesson warehouses and various individual manufacturers.  Medications designated as available for dispensing or administering are reviewed annually by the P&T Committee.

3. **RESPONSIBILITIES:**  The Pharmacy Chief is responsible for this policy in its entirety, except as otherwise specifically indicated

   a.  Authorized Prescribers:

   (1)  Authorized prescribers are those providers with prescribing privileges.  They are responsible for prescribing medications consistent with their licensure, clinical privileges and these guidelines, as well as seeking and obtaining the required consults for indicated medications.  Prescribers should seek P&T Committee (or Chief of Staff's approval in emergent cases) before prescribing medications for non-FDA approved uses, or at doses inconsistent with manufacturers' guidelines for prescribing (as approved by the FDA), or exceeding Pharmacy Benefit Management's (PBM's) recommendations.

   (2)  Authorized prescribers are responsible for safeguarding VA Form 10-2577F, (prescription form) issued to them for use and reporting any loss to their Service Chief, who in turn will report it to the Chief of Staff and Chief of Pharmacy.

   (3)  Authorized prescribers are responsible for ordering all medications utilizing the Computerized Patient Record System (CPRS) or when required, (i.e., Class II Controlled Substances, research medications, etc.), they must be written on VA Form 10-2577F, VA Prescription Form, or VA Form 10-1158, Doctor's Order Sheet, in addition to being ordered in CPRS

      (a)  Orders or prescriptions for medication and supplies may be prescribed by fully qualified VA staff physicians, dentists, physician assistants, nurse practitioners, clinical pharmacy specialists, and podiatrists.  Physician assistants, nurse practitioners, and clinical pharmacy specialists may write only for medications as defined in their Scope of Practice.

      (b)  Medications are to be prescribed following evidence-based practices.  Indications for medications should be clearly identified and should be approved by the Food and Drug Administration (FDA) for the indication.  If a medication is not approved by the FDA for an indication, the prescriber must receive approval from Pharmacy and Therapeutics Committee prior to use.

      (c)  In order to reduce polypharmacy, prescribers are to order medications and supplies only for active, documented disease processes or when prophylactic treatment is proven to be beneficial in prevention based on peer-reviewed evidence.

  b.  Nursing Service and all staff administering medications

   (1)  An assessment of each patient's response to his/her medication is to be performed by clinicians to ensure clinical needs are met and to address the patient's response to the prescribed medications and actual or potential medication-related problems.

   (2)  It is the responsibility of staff administering medications to observe the patient for significant risks, allergic reactions, or other adverse effects, especially when the therapeutic efficacy needs to be determined. Observations will be completed as outlined in these guidelines; regardless of the route the medication is administered. Patients are encouraged and advised to report to their physician, nurse, or pharmacist whether or not this first-time medication was helpful and if they experienced any adverse effects or reactions.  The patient medication sheets (PMI) are included with the prescriptions and encourage reporting of any adverse reactions to the medicine.

   (3)  Clinicians and staff administering medications are responsible for ensuring documentation of events such as medication errors and adverse drug reactions.

  c. Pharmacists

   (1)  Pharmacists will be responsible for reviewing provider's orders for appropriateness of drug, dose, route, schedule and compatibility with other drugs and the timely dispensing of the medication. The pharmacist will verify the label content of a medication processed and labeled by a pharmacy technician and ensure accurate records are maintained for all medications dispensed.  Pharmacy will be responsible for the inventory control and records for issuance of VA Form 2577F.

   (2)  Pharmacists are responsible for the control, labeling, and dispensing of all drugs, for sequestering drugs recalled or discontinued by the manufacturer, and for managing all drugs returned to pharmacy.

   (3)  Pharmacists are responsible for entering adverse drug events into the VA Adverse Drug Event Reporting (VADER) program.  Patient Safety is responsible for tracking adverse drug events and medication errors.  This report is presented quarterly to the P&T Committee.

   (4)  Pharmacists are responsible for ensuring their work spaces, where medications are prepared and processed, are kept clean, orderly, well lit and free of clutter, distraction, and noise.

   (5)  Pharmacists are responsible for the timely dispensing and processing.  The average outpatient prescription processing time must be 30 minutes or less. The time the process starts is upon the patient presenting to the outpatient pharmacist and processing initiates, and concludes when the prescription is released for pick-up by the patient.