# Transcript of the Testimony of
# Hugh McGrath, M.D.

**Date taken: August 21, 2020**

**Kenneth Nasset v. United States of America**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone: 504-529-5255**
**Fax: 504-529-5257**
**Email: reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


| | |
|---|---|
| KENNETH NASSET<br>    Plaintiff | CIVIL ACTION |
| | NO. 18-9253 |
| VERSUS | |
| | JUDGE ZAINEY |
| UNITED STATES OF AMERICA<br>    Defendant | MAG. VAN MEERVELD |
| | SEC. A(1) |


    Videoconference deposition of Hugh McGrath, M.D., 1329 Natchez Loop, Covington, Louisiana 70433, taken via Zoom, on Friday, the 21st day of August, 2020.


APPEARANCES:

    VASQUEZ LAW OFFICE
    (By: Jessica M. Vasquez, Esq.)
    400 Poydras Street
    Suite 900
    New Orleans, Louisiana 70130
        ATTORNEYS FOR PLAINTIFF


    THE UNITED STATES ATTORNEY'S OFFICE
    (By: Mary Katherine Kaufman, Esq.)
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130

        ATTORNEYS FOR DEFENDANT

Page 20

```
 1   records.  Did you keep separate records from --
 2        A.   No.
 3        Q.   -- the V.A. system?
 4        A.   No.  They were all together with the
 5   other records.
 6        Q.   And what records did you review prior
 7   to your appointment with Mr. Nasset?
 8        A.   Well, I didn't review records prior
 9   to his appointment.  I reviewed his records when
10   he came.
11        Q.   Okay.  So when he came to see you,
12   then you reviewed his records?
13        A.   Yes.
14        Q.   Okay.  And what did you review?
15        A.   I would ask him questions and I
16   reviewed the -- mainly my review was in finding
17   out from him, you know, what his issues were and
18   what his problems were and, you know, that was
19   most of what I reviewed was there if I wanted to
20   further review it, but I mostly asked him, you
21   know, what was in the records.
22        Q.   So it would be fair to say that
23   you -- the conversations with the patient was
24   the information you relied upon, not so much a
25   review of any older records?
```

Page 22

1  mean, with Mr. Nasset?
2      MS. KAUFMAN:
3          I'm going to object to the form of
4  the question.
5  BY MS. VASQUEZ:
6      Q.   Let me rephrase the question because
7  I got the name wrong.  What do you recall from
8  that appointment with Mr. Nasset?
9      A.   Well, that's what I just told you.
10     Q.   Okay.  And then what -- do you
11 remember any other conversation that you had
12 with him?
13     A.   No.
14     Q.   Did you tell him anything about his
15 pain or give --
16     A.   I would have -- I don't remember
17 telling him what exactly what I told him, but I
18 would have talked to him about his problem and
19 what our plans were.
20     Q.   Now, what were the plans?
21     A.   Well, the plans were to start
22 medication to allay his symptoms.
23     Q.   And what medication did you suggest?
24     A.   I don't remember whether it was the
25 first visit or the second visit, but we

Page 30

1   he had already tried these other drugs.  Almost
2   all patients who come have tried them.
3   They're -- every physician will give patients
4   Motrin and Naprosyn and so I'm sure he already
5   had gone through those.
6       Q.   Is that the same thing for
7   methotrexate, do most patients --
8       A.   He might not have used methotrexate
9   because he did not have rheumatoid arthritis and
10  methotrexate doesn't work as well for psoriatic
11  arthritis.
12      Q.   Okay.  And what is the dosage given
13  typically for Enbrel?
14      A.   It's 50 milligrams a week, sometimes
15  25.
16      Q.   Sometimes 25 a week?
17      A.   Sometimes 25 a week.
18      Q.   And for Humira what is the dosage
19  recommended?
20      A.   That's 40 milligrams every other
21  week.
22      Q.   So which one is the longer lasting
23  one?
24      A.   Well, the one that goes every other
25  week.

Page 31

```
 1      Q.    So Humira?
 2      A.    Yeah.
 3      Q.    Would you agree with me that higher
 4   or doses -- that Enbrel could cause a higher
 5   risk of heart failure?
 6      A.    No.
 7      Q.    Why don't -- what causes you to not
 8   agree with that statement?
 9      A.    Oh, would you give it to me again.  I
10   may have misunderstood.
11      Q.    Sure.  Would you agree or disagree
12   that Enbrel causes higher risk of heart failure?
13      A.    Well, I, you know, at the time that I
14   saw him and even since then there was a study
15   that came out they were trying to find out if
16   TNF decreased the -- helped the heart and
17   decreased the chance of heart failure and what
18   they found was it seemed to slightly increase
19   the incidence of heart failure, or at least it
20   aggravated heart failure in people that already
21   had heart failure, so it came out exactly the
22   opposite of what they thought and the upshot was
23   that these drugs may slightly increase
24   congestive heart failure in patients who had
25   congestive heart failure.  They may be -- it may
```

Page 34

1  it's very minimal but there has been reports
2  that it increases the incidence of lymphoma.
3       Q.    And going back to your time going
4  back to 2016, how are follow-up appointments set
5  up at the V.A.?
6       A.    Usually I see the patient and just
7  write down in my chart "return to clinic three
8  months."
9       Q.    And if you don't write that down,
10 does that mean they don't have to return to
11 clinic?
12      A.    It could mean that.
13      Q.    So was -- is this -- when you
14 prescribed this TNF inhibitor to Mr. Nasset,
15 which one did you prescribe him?
16      A.    Again, I don't recall.  I think I
17 prescribed the Enbrel but I'm not sure.  I
18 remember that I was having -- in those days
19 there was some question about which one was best
20 for which disease for which situation and we
21 were all a little bit back and forth.  Enbrel
22 was the first drug to come out and I think most
23 people more or less went reflexly to Enbrel and
24 I probably did.
25      Q.    If Mr. Nasset recalls you prescribing

Page 56

1      A.    Yes.
2      Q.    Now, in the chart I don't see
3  anywhere where it says "return to clinic."  Why
4  would that be?
5      A.    I'm not sure.  I may have put it in
6  the chart but it didn't show up.  I can't answer
7  that.
8      Q.    That was a nurse Sandra Godfrey, do
9  you see that?
10     A.    Yeah.
11     Q.    Instructed -- and then she put here
12 "Action: Instructed him that I would alert Dr.
13 McGrath and if he did not hear anything in about
14 one week, send us a secure message and I will
15 check for you."
16     A.    Okay.
17     Q.    Now, do you have any independent
18 recollection on whether you followed up with
19 Nurse Godfrey about the follow-up agreement?
20     A.    No.  I have no recollection.
21     Q.    Okay.  Now we're going to go to
22 Exhibit 6.  This is VA 1461.  This is a nursing
23 primary care note from November 3rd, 2016.  So
24 that would have been a few months after your
25 September meeting with him; is that right?

Page 58

1  entire two weeks?
2      A.   I don't know.  He sounds to be saying
3  that.
4      Q.   Would that suggest that he's taking
5  it like Humira, like the Humira dosage?
6      A.   He may have been.  He may have been
7  hoping it would last two weeks.
8      Q.   Okay.  And so --
9      A.   He's comparing the effect of Enbrel
10 to that of Humira.
11     Q.   Well, he's requesting to be changed
12 to Humira because he's only -- well, it says
13 here he's requesting that he be changed to
14 Humira, right?
15     A.   Yeah, because he knows that does last
16 two weeks.
17     Q.   He's taking the Enbrel as if it was
18 the dosage for Humira because he's doing it
19 every two weeks?
20     MS. KAUFMAN:
21          I'm going to object to the form of
22 the question.
23 BY MS. VASQUEZ:
24     Q.   Would you agree with that or disagree
25 with that?

Page 67

1    Q.    What do you agree with?  Let's put it
2  that way.
3    MS. KAUFMAN:
4         I mean, I'm going to object to the
5  form of the question.
6  BY MS. VASQUEZ:
7    Q.    You can still answer if you
8  understand.
9    A.    Okay.  Well, let's go one part at a
10 time.  "Should Etanercept be held up in the
11 setting on new onset congestive heart failure?"
12 Yes, of course.  And "would patient require
13 follow up sooner than scheduled date if change
14 in medical therapy occurs?"  Yes.  "Yes, the
15 etanercept should be discontinued in the setting
16 of recent diagnosis of heart failure?"  Yes.
17 "The diagnosis of psoriatic arthritis and
18 inflammatory back pain was being questioned."
19 Yes, somebody questioned it.  "And I would
20 advise that the patient return for a follow-up
21 appointment with rheumatology to discuss other
22 treatment options."  I don't agree that there
23 are -- I'm not sure what I should agree or
24 disagree with.  It's a little confusing.  If I
25 agree that -- I agree with that he should advise

Page 73

1   of the question.
2   BY MS. VASQUEZ:
3       Q.   That's fine.  And you may, but my
4   question here to you, Dr. McGrath, is I'm not
5   sure I follow you.  My question was -- well,
6   what is it that you -- what is your concern
7   about either agreeing or disagreeing with this
8   note?  Because I think you are struggling with
9   whether you want to agree with all of the note
10  or some of the note and I'm just uncertain as to
11  what the issue is.
12      A.   I don't disagree that Enbrel should
13  be discontinued, but I don't know whether Enbrel
14  is responsible.  However, in the, you know, to
15  be safe I think since Enbrel does cause
16  congestive heart failure and this man can only
17  walk one block without becoming short of breath,
18  that's a good reason to discontinue Enbrel.
19  That does not mean that the Enbrel is causing
20  this problem, but I think to be safe, the Enbrel
21  should be discontinued.
22           Let me ask you again, did this man
23  have a major cardiac event just not too long
24  before this?
25      Q.   I would represent that he did but I