Above intervention continued per policy. Yes

/es/ Kelly M BELL

Registered Nurse

Signed: 06/05/2017 14:45

LOCAL TITLE: Addendum

STANDARD TITLE: ADDENDUM

DATE OF NOTE: JUN 05, 2017@11:50:16  ENTRY DATE: JUN 05, 2017@11:50:16

AUTHOR: EMEJUAIWE,NKECHINYE  EXP COSIGNER:

INSTITUTION: SE LOUISIANA VETERANS HCS

DIVISION: NEW ORLEANS VAMC

URGENCY:                STATUS: COMPLETED

I saw and examined the patient with Dr. Vargas. We discussed the assessment and

plan. I reviewed the findings and plan, as appropriate for today's encounter.

Current musculoskeletal exam not consistent with an inflammatory arthropathy but

this could be because of current therapy with Enbrel. Patient however still

reports peripheral arthralgia and lower back pain that is chronic and most

likely mechanical. We have attempted to make the distinction between

inflammatory and non-inflammatory pain to Veteran. He states that he has been

told that Gulf war syndrome can manifest as painful joints and that this is

VBA 6106

COPY MADE BY VBA, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

likely what enbrel is helping with.

We went over the risks of immunosupressive therapy and patient feels that the benefits he has derived are quite significant (less pain and more energy). As such will continue Enbrel therapy at this time.

Nkechinyere Emejuaiwe MD, MPH

/es/ NKECHINYERE EMEJUAIWE

Signed: 06/05/2017 11:53

================================================================================

 --- Original Document ---

06/05/17 RHEUMATOLOGY NOTE:

CC: follow up for chronic back pain and arthralgias

HISTORY OF PRESENT ILLNESS:

45 yo Caucasian M comes for follow up with Hx of arthralgias and swelling with chronic back pain.

Last seen on 9/2016 by Dr. McGrath.  Suspected for spondyloarthropathy probable PsA given joint pain/swelling and rash.  Recommended for TNFi trial.  Has been

VBA 6107

COPY MADE BY VBA, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

# Progress Notes

Printed On Feb 7, 2020

```
-OSA (CPAP)
-Prior history of anti TNF alpha use for psoriatic arthritis (Rheumatology
following and deemed patient does not have psoroatic arthritis
-DM
-HLD
-HTN
-Migraine
-?Chronic fatigue

HPI:
46y/o MALE with hx of symptomatic paroxysmal atrial fibrillation failed DCCV
3/6/18 (CHADSVASC 3, switched to pradaxa), and NICMP recovered EF, and OSA
(CPAP) who presents for establishing care for atrial fibrillation management.

He was diagnosed in ED when had chest pressure and atrial fibrillation with
shortness of breath. Was ruled out for ACS and then discharged on eliquis.

Since then, he denies chest pressure. He had the DCCV 3/6/18 successfully but
then went back into atrial fibrillation but rate controlled. Compliant with
medications. No orthopnea, no LE edema. Did have episode of dizziness but no
syncope. Using CPAP now. Ambulating without functional limitation.

ROS: Pertinent positives and negatives as mentioned in HPI rest of 12 point ROS
negative.
=========================
CARDIOGRAPHICS:
TEE 3/2018: EF 60-65%, normal LA size

CATH: reported no obstructive CAD

EKG: TODAY WITH rate controlled atrial fibrillation

=========================
Past Medical History:
- Symptomatic paroxysmal atrial fibrillation failed DCCV 3/6/18 (CHADSVASC 3)
-NICMP LVEF 11% (by MRI 11%)--> EF 30-35% on echo in 12/2017 -- 60-65% on TEE
3/2018. Clean cath. NYHA II
-OSA (CPAP)
-Prior history of anti TNF alpha use for psoriatic arthritis (Rheumatology
following and deemed patient does not have psoroatic arthritis
-DM
-HLD
-HTN
-Migraine
-?Chronic fatigue

PSH: sacral joint ablation

FH: mom HTN, dad HTN
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

VISTA Electronic Medical Documentation
Printed at SE LOUISIANA VETERANS HCS

VA_001147

VA Page 1147

# Progress Notes

Printed On Feb 7, 2020

```
6)    CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH    ACTIVE
         THREE TIMES A DAY AS NEEDED AS A MUSCLE RELAXANT
7)    ETANERCEPT 50MG/ML INJ SYRINGE INJECT 50MG/1ML          ACTIVE
         SUBCUTANEOUSLY EVERY WEEK
8)    HYDROCODONE 7.5/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET    ACTIVE
         BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
9)    LIDOCAINE 5% OINT APPLY SMALL AMOUNT TOPICALLY EVERY     ACTIVE
         DAY
10)   PROPRANOLOL HCL 10MG TAB TAKE ONE TABLET BY MOUTH        ACTIVE
         EVERY DAY FOR HEART/BLOOD PRESSURE
11)   SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY        ACTIVE
         MOUTH SEE COMMENT ,NO RELIEF REPEAT IN 2 HOURS
         MAX/200MG/DAY  TAKE 1 TABLET AT ONSET OF SYMPTOMS,
         MAY REPEAT IN 2 HOURS IF NO RELIEF FOR  HEADACHE
12)   TRIAMCINOLONE ACETONIDE 0.1% CREAM 15GM APPLY SMALL      ACTIVE
         AMOUNT TOPICALLY ONCE DAILY AS NEEDED APPLY SMALL
         AMOUNT EVERY DAY AS NEEDED TO RED, ITCHY BUMPS.
         AVOID USE ON FACE/GROIN/UNDER ARMS.

      Active Non-VA Medications                              Status
=========================================================================
1)    Non-VA LIDOCAINE/PRILOCAINE CREAM,TOP SMALL AMOUNT       ACTIVE
         TOPICALLY TWICE A DAY

13 Total Medications

Non Va
Medications reviewed with the patient.
The following changes are found:
He comments that he is on Enalapril. Acordangly to thge computer last time this
was released was in 2015.
He does not think that he is on Propranolol

SH:
Married with 3 children)
Smoke: No
Drink: Very seldom
Drugs: No


REVIEW OF SYSTEMS:  X-POSITIVE      BLANK - NEGATIVE

         GENERAL: [ ]FEVER/CHILLS   [ ]WEIGHT CHANGES
         HEENT:   [ ]Headache       [ ]blurred vision
                  [ ]nasal d/c      [ ]sorethroat
         CV:      [ ]chest pain   [ ]angina        [ ]edema
         PULM:    [ ]dyspnea              [ ]wheezing
                  [ ]cough    [ ] productive/nonproductive
         GI:      [ ]nausea[ ]vomiting[ ]diarrhea
                  [ ]constipation[ ]blood in stool
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

```
                    [ ]reflux
        GU:         [ ]frequency[ ]hematuria[ ]dysuria
        MUSCULOSKEL:[ ]joint pain _____[ ]edema
        NEURO:      [ ]numbness[ ]tingling[  ]seizure
        PSYCH:      [ ]suicidal ideation[ ]homicidal ideation
                    [ ]haullicination[ ]auditory[ ]visual
```

ROS: A comprehensive ROS was completed and is negative with the exception of the pertient positives and negatives listed in the HPI.

ALLERGIES:
PENICILLIN, SULFA DRUGS, ERYTHROMYCIN, GABAPENTIN, IBUPROFEN, WASP STINGS MAXZIDE, EGG YOLKS

PE:
 SVS - Today's Vital Signs

| Measurement DT | TEMP F(C) | PULSE | RESP | BP |
|---|---|---|---|---|
| 03/06/2017 15:09 | 98.6(37.0) | 53 | 20 | 121/84 |

| Measurement DT | PAIN |
|---|---|
| 03/06/2017 15:09 | 4 |

NAD, Cooperative
HEENT:Normocephalic
NECK SUPPLE, NO JVD NO CAROTID BRUIT
LUNGS:CTA NO WHEEZES
HEART:RRR
ABDOMEN:BS NORMOACTIVE
EXT:NO C/C/E
Neurol: oriented in time and space.

HEALTH MAINTANCE:
Discussed with the patient benefit of Flu Vaccine yearly
Meds reconciled/refilled, meds uses/precautions reviewed,
        labs reviewed

LABS: Not done

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

VISTA Electronic Medical Documentation
Printed at SE LOUISIANA VETERANS HCS

VA_001415
VA Page 1415

# Progress Notes

```
PODIATRIC PHYSICIAN
Signed: 11/03/2016 10:44


 LOCAL TITLE: NURSING TELEPHONE/NON FACE TO FACE NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: NOV 03, 2016@10:08     ENTRY DATE: NOV 03, 2016@10:09:19
      AUTHOR: GODFREY,SANDRA W RN  EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

NURSING TELEPHONE/NON FACE TO FACE NOTE

*****NOTE: Full name and social security number verification required.
DOB and picture ID to be used only if unable to verify using
full name and social security.******

Please select the two patient identifiers used to verify patient:

Patient Name , Social Security number, Date of Birth

Information from:
 Patient



Select the reason for this call:

FOCUS:  Inquiring if his medication could be changed from Enbrel to Humira.

DATA:  Veteran came into the office today and stated that the Enbrel takes a few
days to kick in and then it does not last for the entire two weeks.  The burning
in his feet returns within about one week.

ACTION:  Veteran is requesting that he be changed to Humira in hopes that it
will keep his pain in check.  I informed veteran that I would put a note in for
Dr. McGrath and that he should call me on Wednesday, 11/9/16 if he has not heard
anything from Dr. McGrath.

RESPONSE:  Veteran thanked me for my assistance and will wait for Dr. McGrath to
decide on the medication.

/es/ SANDRA W GODFREY RN
RN
Signed: 11/03/2016 10:13


 LOCAL TITLE: NURSING TELEPHONE/NON FACE TO FACE NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: OCT 21, 2016@10:45     ENTRY DATE: OCT 21, 2016@10:45:36
      AUTHOR: GODFREY,SANDRA W RN  EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

VA_001461

# Progress Notes

```
D:Pt was identified using name, Social Security number and date of birth.

A:The following education and teaching was discussed with patient:

- Importance of medication compliance and disease management.
  Encouraged to keep a copy of current medicines with them and to
  have that available for review when seen by any healthcare provider
- Frequent hand washing helps to prevent infections and the spread of
  viruses.
- Use waterless hand sanitizer when available, especially when in public
  places.
- Cover mouth when coughing and cover nose when sneezing to prevent spread
  of germs.
- Report any safety concerns, complaints, problems in the clinic to the following
  individuals, Patient Advocate, Clinical Manager, Patient Safety Manager

R:Patient verbalized understanding.

/es/ Terenice H.Colar LPN
LPN
Signed: 09/13/2016 14:41
```

```
 LOCAL TITLE: CLINIC INTAKE SCREENING NOTE - BP
STANDARD TITLE: NURSING OUTPATIENT NOTE
DATE OF NOTE: SEP 13, 2016@14:39     ENTRY DATE: SEP 13, 2016@14:39:14
      AUTHOR: COLAR,TERENICE       EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED

  *****NOTE: Full name and social security number verification required.
  DOB and picture ID to be used only if unable to verify using full name
  and social security.******

  Please select the two patient identifiers used to verify patient:

  Patient Name , Social Security number
  REASON FOR VISIT: ROUTINE FOLLOW-UP PT IS HERE FOR CARDIO APPT NEGATIVE FOR
EVD. PT C/O GEN JOINT PAIN 3/10.
  Patient is alert (recognizes name and states date correctly).
  Allergy information documented in patient's chart.
    Weight:
      234 lb (106.4 kg)
    Temperature:
      98.1 F (36.7 C)
    Pulse:
      97
    Respiration:
      18
    Blood pressure: (If SBP>139 OR DBP>89 notify the PCP or RN. If the BP
    is outside parameters repeat BP.
      137/84
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

VA_001514

# Progress Notes

Printed On Feb 7, 2020

```
     Current Pain Level:
        3
     Location of Pain: GEN JOINT PAIN
  Clinical Warnings Review:
     No clinical warnings posted for patient.
  Fall Risk Screen:
      Patient is not flagged high risk for falls and has a negative fall
      screening.
Clinical Warnings Review:
     No clinical warnings posted for patient.
  Fall Risk Screen:
      Patient is not flagged high risk for falls and has a negative fall
      screening.
  SCREENING FOR REFERRAL TO RN / PROVIDER
     Reason: Capillary Blood Glucose high or low.
        In Clinic: NOT DONE TODAY
     Reason: Patient discharged from another facility within last 14 days
        Comment: NO
     Reason: Admitted to ER at another facility within last 14 days
        Comment: NO
     Reason: Any deterioration of symptoms/complaints since last visit
        Comment: NO
     Reason: Unintended weight loss >10 pounds
        Comment: NO
     Reason: Alteration in vital signs = or <90/60; =or>140/90; P>80, R>20;
     T>100
        Comment: NO
     Reason: new pain unrelieved by current method of pain control
        Comment: NO
     Reason: Excessive coughing
        Comment: NO
     Reason: Blood-tinged sputum
        Comment: NO
     Reason: Excessive sweating or clammy skin
        Comment: NO
     Reason: Altered mental status (new)
        Comment: NO
     Reason: Agitated
        Comment: NO
     Reason: Flagged high risk for wandering
        Comment: NO
     Reason: Fall risk assessment needed.
        Comment: NO
     Reason: First time education assessment
        Comment: NO
     Reason: New patient to facility
        Comment: NO
     Reason: Spiritual Counsel Request
        Comment: NO
    Patient was referred to RN.GODFREY
```

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

VISTA Electronic Medical Documentation
Printed at SE LOUISIANA VETERANS HCS

VA_001515

VA Page 1515

```
   Patient was referred to provider.MCGRATH



WEIGHT <WEIGHT MANAGEMENT MOVE FOLLOW-UP OUTPATIENT
  - Print 'My Medication List':
    The patient's medication list was printed and given to patient to
    review and discuss with the provider.

/es/ Terenice H.Colar LPN
LPN
Signed: 09/13/2016 14:41
```

```
 LOCAL TITLE: C&P GENERAL MEDICAL
STANDARD TITLE: C & P EXAMINATION NOTE
DATE OF NOTE: SEP 09, 2016@11:00     ENTRY DATE: SEP 09, 2016@12:36:34
      AUTHOR: HERSH,SHELDON M MD   EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED


                     Gulf War General Medical Examination
                         Disability Benefits Questionnaire
                           * Internal VA or DoD Use Only*

   Name of patient/Veteran:   Kenneth Nasset

   1. Evidence Review
   ------------------
   Evidence reviewed (check all that apply):

   [X] VA claims file (hard copy paper C-file)
   [X] VA e-folder (VBMS or Virtual VA)
   [X] CPRS


   2. Medical History
   ------------------

      a. No symptoms, abnormal findings or complaints: No answer provided

      b. Skin and scars:  Skin Diseases

      c. Hematologic/lymphatic: No answer provided

      d. Eye: No answer provided

      e. Hearing loss, tinnitus and ear: No answer provided

      f. Sinus, nose, throat, dental and oral: No answer provided
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
NASSET,KENNETH WILLIAM | Printed at SE LOUISIANA VETERANS HCS
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

VA_001516

VA Page 1516

# Consult Requests

```
the
VIP
service for new onset Heart Failure, awaiting LHC to rule out ischemic
disease


   What guidance are you requesting?  (An effective consult poses a
question
   for the consultant to answer or requests specific advice on patient
   management): Should Etanercept be held in the setting of new onset HF?
Would patient require follow up sooner than schedule date if change in
medical
therapy occurs?


   Relevant Background: As above, new onset heart failure in patient on
etanercept for possible psoriatic
arthritis.

Inter-facility Information
This is not an inter-facility consult request.

Status:                   COMPLETE
Last Action:              COMPLETE/UPDATE

Facility
 Activity                  Date/Time/Zone        Responsible Person   Entered By
--------------------------------------------------------------------------------
 CPRS RELEASED ORDER       06/14/17 23:02        BARR,MEREDITH M M    BARR,MEREDITH M M
 COMPLETE/UPDATE           06/15/17 16:43        EMEJUAIWE,NKECHIN    EMEJUAIWE,NKECHIN
     Note# 23628878

Note: TIME ZONE is local if not indicated

--------------------------------------------------------------------------------

 LOCAL TITLE: RHEUMATOLOGY CONSULT NOTE
STANDARD TITLE: RHEUMATOLOGY CONSULT
DATE OF NOTE: JUN 15, 2017@16:39     ENTRY DATE: JUN 15, 2017@16:39:51
      AUTHOR: EMEJUAIWE,NKECHINYE   EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

Provisional Diagnosis/Patient's Clinical Symptoms: Patient is known to
rheumatology clinic, currently on Etanercept for questionable
diagnosis of psoriatic arthritis which was initated in 9/2016, last seen
by
Rehumatology June 5, 2017. Mr Nassett is currently in hospital at TUMC on
the
VIP
service for new onset Heart Failure, awaiting LHC to rule out ischemic
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
NASSET,KENNETH WILLIAM | Printed at SE LOUISIANA VETERANS HCS
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

VA_000406
VA  Page 406

```
  disease


   What guidance are you requesting?  (An effective consult poses a
question
   for the consultant to answer or requests specific advice on patient
   management): Should Etanercept be held in the setting of new onset HF?
Would patient require follow up sooner than schedule date if change in
medical
therapy occurs?



This is documentation of the response to the above e-consult.

Yes, the etanercept should be discontinued in the setting of recent diagnosis of
heart failure. The diagnosis of psoriatic arthritis and inflammatory back pain
was being questioned and I would advise that patient return for a follow -up
appointment with rheumatology to discuss other treatment options within 2-3
months.

/es/ NKECHINYERE EMEJUAIWE

Signed: 06/15/2017 16:43

Receipt Acknowledged By:
07/10/2017 09:44           /es/ MANUEL VARGAS
                                MD
================================================================================
================================= END ====================================

Current PC Provider:     BRANSON,DEAN H
Current PC Team:         HAM BLUE
Current Pat. Status:     Outpatient
Primary Eligibility:     SERVICE CONNECTED 50% to 100%(VERIFIED)
Patient Type:            SC VETERAN
OEF/OIF:                 NO

Service Connection/Rated Disabilities
SC Percent:              100%
Rated Disabilities:      MAJOR DEPRESSIVE DISORDER  (70%)
                         CHRONIC FATIGUE SYNDROME  (60%)
                         MIGRAINE HEADACHES  (50%)
                         IRRITABLE COLON  (30%)
                         INTERVERTEBRAL DISC SYNDROME  (20%)
                         LIMITED MOTION OF ANKLE  (10%)
                         PARALYSIS OF SCIATIC NERVE  (10%)
                         DEFORMITY OF THE PENIS  (0%)
                         URTICARIA  (0%)

Order Information
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

# Consult Requests

Printed On Feb 7, 2020

```
   SCHEDULED              08/23/16 12:51     MALCOLM,TROYMAINE   MALCOLM,TROYMAINE
Veteran accepted appointment.

  INCOMPLETE RPT          09/13/16 15:24     MCGRATH,HUGH MD     MCGRATH,HUGH MD
      Note# 22087036
  COMPLETE/UPDATE         09/13/16 15:51     MCGRATH,HUGH MD     MCGRATH,HUGH MD
      Note# 22087036

Note: TIME ZONE is local if not indicated

-------------------------------------------------------------------------------

 LOCAL TITLE: RHEUMATOLOGY CONSULT NOTE
STANDARD TITLE: RHEUMATOLOGY CONSULT
DATE OF NOTE: SEP 13, 2016@14:57      ENTRY DATE: SEP 13, 2016@14:58:02
      AUTHOR: MCGRATH,HUGH MD       EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

   *** RHEUMATOLOGY CONSULT NOTE Has ADDENDA ***
```

Reason for Request:
Chronic Fatigue asoc with muscle achiness: Bilateral arms, legs ,
shoulders, hands. Asoc to morning stiffness lastig no less than 1 hr.No
Swalling in any joints

REUMATOLOGY: This is a 44 yo man with low back pain starting in 1990 and
relieved
after ablative procedutes and one vertebroplasty and a c-spine fusion.  He has
dry scalp and pruritus ani but only rare rashes. No hx of HLA-B27 on chart.

He has no hep B or C, no Hx of TB lymphoma, hx of MS or CHF.  He does have
herpes
genitalia annually.

Reason for Request:

44YEAR OLD WHITE NOT OF HISP ORIG, WHITEMALE

ROS:
Negative except as noted above

Active Problem
Immunization advised Z23. 11/18/2015 DAVILA,MARCIA
Type II diabetes mellitus well cont 11/18/2015 DAVILA,MARCIA
LBP - Low back pain M54.5 11/18/2015 DAVILA,MARCIA
Low back pain M54.5 11/18/2015 DAVILA,MARCIA
Laboratory test result abnormal Z01 10/30/2015 DAVILA,MARCIA
Electrocardiogram abnormal 794.31 05/22/2015 DAVILA,MARCIA
Dyspnea on exertion 786.09 05/22/2015 DAVILA,MARCIA
Hypertriglyceridemia (SNOMED CT 302 05/02/2014 PELTZ,GAYLE

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

**VISTA Electronic Medical Documentation**
Printed at SE LOUISIANA VETERANS HCS

VA_000439

VA  Page 439

# Consult Requests

```
Irritable bowel syndrome with diarr 05/02/2014 PELTZ,GAYLE
Environmental Allergies 477.9 05/02/2014 PELTZ,GAYLE
Vitamin D deficiency (SNOMED CT 347 05/02/2014 PELTZ,GAYLE
Male erectile disorder 302.72 05/02/2014 PELTZ,GAYLE
Obstructive sleep apnea (SNOMED CT  11/18/2015 DAVILA,MARCIA
Migraine (SNOMED CT 37796009) G47.3 08/18/2016 DAVILA,MARCIA
Partner Relational Problem (ICD-9-C 05/17/2012 MCCABE,VIVIAN R
Bipolar affective disorder, current 10/13/2015 0
Sciatica (SNOMED CT 23056005) M54.4 10/29/2015 SHARMA,SANJAY MD
Cervical Radiculopathy (ICD-9-CM 72 05/04/2012 TYLER,ROBYN
GERD * (ICD-9-CM 530.81) 530.81 03/20/2012 TYLER,ROBYN
Unspecified disorder of the teeth a 10/12/2011 SOBOTA,JENNIFER A DDS
 OPIOID AGREEMENT  discussed and si 08/25/2011 TYLER,ROBYN
Benign essential hypertension (SNOM 11/18/2015 DAVILA,MARCIA
Lipidemia (SNOMED CT 55822004) E11. 11/18/2015 DAVILA,MARCIA
PTSD (chronic) 309.81 05/09/2011 GERMANY,ROBYN B MD



Active Outpatient Medications (including Supplies):

      Active Outpatient Medications                             Status
=========================================================================
1)   ACETAMINOPHEN 500MG TAB TAKE ONE TABLET BY MOUTH FOUR  ACTIVE
        TIMES A DAY AS NEEDED FOR PAIN AND FEVER
2)   ACYCLOVIR 200MG CAP TAKE TWO CAPSULES BY MOUTH THREE   ACTIVE
        TIMES A DAY FOR VIRAL INFECTION DURING FLARE-UP
3)   CHOLECALCIFEROL (VIT D3) 2,000UNIT TAB TAKE ONE        ACTIVE
        TABLET BY MOUTH EVERY DAY
4)   CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY SMALL AMOUNT   ACTIVE
        TOPICALLY ONCE DAILY AS NEEDED APPLY AS NEEDED TO
        RED INFLAMED BUMPS
5)   CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH  ACTIVE
        THREE TIMES A DAY AS NEEDED AS A MUSCLE RELAXANT
6)   HYDROCODONE 7.5/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET  ACTIVE (S)
        BY MOUTH THREE TIMES A DAY FOR PAIN
7)   LIDOCAINE 5% OINT APPLY SMALL AMOUNT TOPICALLY EVERY   ACTIVE
        DAY
8)   NALOXONE HCL 4MG/SPRAY SOLN NASAL SPRAY INHALE 1       ACTIVE
        SPRAY IN ONE NOSTRIL AS DIRECTED FOR OPIOID
        OVERDOSE
9)   PNEUMOCOCCAL 23-VALENT POLYSACC VACCINE INJECT 0.5 ML  ACTIVE
        INTRAMUSCULARLY ONE TIME
10)  PROPRANOLOL HCL 10MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
        EVERY DAY FOR HEART/BLOOD PRESSURE
11)  SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY      ACTIVE
        MOUTH SEE COMMENT ,NO RELIEF REPEAT IN 2 HOURS
        MAX/200MG/DAY  TAKE 1 TAB AT ONSET OF SYMPTOMS, MAY
        REPEAT IN 2 HOURS IF NO RELIEF FOR  HEADACHE
12)  TRIAMCINOLONE ACETONIDE 0.1% CREAM 15GM APPLY SMALL    ACTIVE
        AMOUNT TOPICALLY ONCE DAILY AS NEEDED APPLY SMALL
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA   70466 | Printed at SE LOUISIANA VETERANS HCS |

VA_000440

# Consult Requests

Printed On Feb 7, 2020

```
        AMOUNT EVERY DAY AS NEEDED TO RED, ITCHY BUMPS.
        AVOID USE ON FACE/GROIN/UNDER ARMS.

      Active Non-VA Medications                              Status
=========================================================================
1)    Non-VA LIDOCAINE/PRILOCAINE CREAM,TOP SMALL AMOUNT     ACTIVE
        TOPICALLY TWICE A DAY

13 Total Medications

LABS:
CMP Coll. date           GLUC      BUN     CO2     ALK PH.  SGOT     SGPT     NA
7/21/16 09:55            127 H     15      32      76       25       25       140
11/13/15 10:15           113 H     12      30      66       28       29       137
5/18/15 13:53            96        14      32      58       25       24       139

CMP Coll. date           CL        ALB     CA      CREAT    K        T.PRO    T.BIL
7/21/16 09:55            98 L      4.4     9.7     1.1      4.1      8.0 H    0.6
11/13/15 10:15           99 L      4.8     8.8 L   0.9      3.4 L    7.9      0.6
5/18/15 13:53            99 L      4.3     8.9     1.0      3.0 L    7.8      1.0

 HCT:      51.3     (05/27/15 15:33)     50.8    (08/18/16 14:36)
 HGB:      17.1     (05/27/15 15:33)     17.0    (08/18/16 14:36)
 MCH:      30.6     (05/27/15 15:33)     29.8    (08/18/16 14:36)
 MCHC:     33.4     (05/27/15 15:33)     33.5    (08/18/16 14:36)
 MCV:      91.4     (05/27/15 15:33)     89.1    (08/18/16 14:36)
 MPV:      8.5      (05/27/15 15:33)     9.8     (08/18/16 14:36)
 PLT:      325      (05/27/15 15:33)     308     (08/18/16 14:36)
 RBC:      5.61     (05/27/15 15:33)     5.70    (08/18/16 14:36)
 RDW-CV:   12.6     (05/27/15 15:33)     13.1    (08/18/16 14:36)
 WBC:      8.1      (05/27/15 15:33)     6.2     (08/18/16 14:36)
AUTO DIFF - NONE FOUND

 APPEARA:  SL-CLOUD (04/23/14 14:12)     SL-CLOUD (05/27/15 15:33)
 BILE:     +1       (04/23/14 14:12)     +1       (05/27/15 15:33)
 COLOR:    YELLOW   (04/23/14 14:12)     Amber    (05/27/15 15:33)
 KETONES:  NEG      (04/23/14 14:12)     NEG      (05/27/15 15:33)
 SpG:      1.024    (04/23/14 14:12)     1.025    (05/27/15 15:33)
 UNITSCN:  NEG      (04/23/14 14:12)     NEG      (05/27/15 15:33)
 UR GLUC:  NEG      (04/23/14 14:12)     +1       (05/27/15 15:33)
 UR UROB:  2.0      (04/23/14 14:12)     4.0      (05/27/15 15:33)
 UR. BLD:  +1       (04/23/14 14:12)     NEG      (05/27/15 15:33)
 URN PRO:  NEG      (04/23/14 14:12)     +1       (05/27/15 15:33)
 UWBCSCN:  NEG      (04/23/14 14:12)     NEG      (05/27/15 15:33)
 pH:       5.000    (04/23/14 14:12)     5.000    (05/27/15 15:33)
6.7 mg/dL       (03/22/2012 14:54)No CK-MB Results foundNo data available


 ESR.:     3        (08/18/16 14:36)
6.7 mg/dL       (03/22/2012 14:54)No URINE PROTEIN Results found
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA   70466 | Printed at SE LOUISIANA VETERANS HCS |

# Consult Requests

```
FERRITIN: 79.1 ng/ml      (08/18/2016 14:36)
 HIV ELA:                                    Negative (06/08/11 12:00)
No data available

No data available

No data available

IRON: 126 ug/dL     (08/18/2016 14:35)No data available

   No data available
Occult Blood (1 Year)

OCCULT BLOOD
   No data available

LAB CUMULATIVE SELECTED 1
   No data available for OCCULT BLOOD1; OCCULT BLOOD2; OCCULT BLOOD3

 PSA :      0.55     (03/22/12 14:54)   0.44     (04/23/14 14:12)


PROCEDURES:
EEG/EMG Report (1 Year)

EEG/EMG SUMMARY & IMPRESSION
No data available

PROGRESS NOTES SELECTED
   No data available for NEUROLOGY PROCEDURE NOTE

SVS - Today's Vital Signs

Measurement DT      TEMP           PULSE    RESP          BP
                    F(C)

09/13/2016 14:39  98.1(36.7)       97       18            137/84

Measurement DT     PAIN

09/13/2016 14:39   3



ASSESSMENT: He has gen jont pain and a hx of back issues with ablations and
fusions.  No HLA B27.  Most large joints but also elbows and hands are
painful. He needs at least  a trial of TNF inhibitor which I think is highly
likely to help.  I have explained all to him and apprised him on risks.

IMPR:    Psoriatic arthritis
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

```
          Irrit Bowel disease.




/es/ Hugh McGrath Jr., MD
Rheumatologist
Signed: 09/13/2016 15:51

09/28/2016 ADDENDUM                      STATUS: COMPLETED
Focus:  3 month appointment

DATA:  Spoke to veteran today to let him know that he medication was being
shipped.  He asked me to check and find out if his three month appointment was
made.  Mr. Nasset stated that Dr. McGrath told him to return in 3 months but
there is nothing in his chart.

ACTION:  Instructed him that I would alert Dr. McGrath and if he did not hear
anything in about one week, send me a secure message and I will check for you.

RESPONSE:  vETERAN THANKED ME FOR MY HELP.

/es/ SANDRA W GODFREY RN
RN
Signed: 09/28/2016 15:18

Receipt Acknowledged By:
09/28/2016 16:19        /es/ Hugh McGrath Jr., MD
                             Rheumatologist
================================================================================
================================== END ======================================

Current PC Provider:    BRANSON,DEAN H
Current PC Team:        HAM BLUE
Current Pat. Status:    Outpatient
Primary Eligibility:    SERVICE CONNECTED 50% to 100%(VERIFIED)
Patient Type:           SC VETERAN
OEF/OIF:                NO


Service Connection/Rated Disabilities
SC Percent:             100%
Rated Disabilities:     MAJOR DEPRESSIVE DISORDER  (70%)
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |