# Transcript of the Testimony of
# Hugh McGrath, M.D.

## Date taken: August 21, 2020

## Kenneth Nasset v. United States of America

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:504-529-5255
Fax:504-529-5257
Email:reporters@psrdocs.com
Internet: http://www.psrdocs.com

Page 35

```
 1   him -- you talking about Humira but then
 2   receiving Enbrel later, would that be possible
 3   that it happened?
 4        A.    Yes.
 5        Q.    Now, when you say there was this back
 6   and forth as to which one, who were you going
 7   back and forth with?
 8        A.    Him, the patient.  The difference
 9   between the two drugs is one you take every week
10   and the other you take once every two weeks and
11   some patients prefer to take drugs every two
12   weeks.
13        Q.    Now, under each scenario when you put
14   someone on a TNF inhibitor, do you require a
15   follow-up appointment or just follow up --
16        A.    Yes.
17        Q.    Okay.  And when do you usually
18   schedule them for a follow-up?
19        MS. KAUFMAN:
20              I'm going to object to the form of
21   the question.
22   BY MS. VASQUEZ:
23        Q.    You can answer if you understand the
24   question.
25        A.    A few months.  A few months out.
```

Page 56

```
 1      A.    Yes.
 2      Q.    Now, in the chart I don't see
 3   anywhere where it says "return to clinic."  Why
 4   would that be?
 5      A.    I'm not sure.  I may have put it in
 6   the chart but it didn't show up.  I can't answer
 7   that.
 8      Q.    That was a nurse Sandra Godfrey, do
 9   you see that?
10      A.    Yeah.
11      Q.    Instructed -- and then she put here
12   "Action: Instructed him that I would alert Dr.
13   McGrath and if he did not hear anything in about
14   one week, send us a secure message and I will
15   check for you."
16      A.    Okay.
17      Q.    Now, do you have any independent
18   recollection on whether you followed up with
19   Nurse Godfrey about the follow-up agreement?
20      A.    No.  I have no recollection.
21      Q.    Okay.  Now we're going to go to
22   Exhibit 6.  This is VA 1461.  This is a nursing
23   primary care note from November 3rd, 2016.  So
24   that would have been a few months after your
25   September meeting with him; is that right?
```