1

```
                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


     KENNETH NASSET
                                      CASE NO. 18-9253
     VERSUS                           SECT. A(1)
                                      JUDGE ZAINEY
                                      MAG. VAN MEERVELD

     UNITED STATES OF AMERICA


           ZOOM DEPOSITION OF KENNETH W. NASSET,
     50390 HIGHWAY 1065, TICKFAW, LOUISIANA,
     70466, TAKEN ON THURSDAY, THE 13TH DAY OF
     AUGUST, 2020.

     APPEARANCES:

     APPEARING BY ZOOM
       THE VASQUEZ LAW OFFICE
       ATTORNEYS AT LAW
       BY:  JESSICA M. VASQUEZ, ESQUIRE
       400 POYDRAS STREET, SUITE 900
       NEW ORLEANS, LOUISIANA  70130

            ATTORNEYS FOR PLAINTIFF

     APPEARING BY ZOOM
       UNITED STATES ATTORNEY'S OFFICE
       ATTORNEYS AT LAW
       BY:  MARY KATHERINE KAUFMAN, ESQUIRE
       650 POYDRAS STREET, SUITE 1600
       NEW ORLEANS, LOUISIANA  70130

            ATTORNEYS FOR THE UNITED STATES OF
            AMERICA

     REPORTED BY:

     APPEARING BY ZOOM
       DAWN D. TUPPER, CCR, RPR
       CERTIFIED COURT REPORTER
       REGISTERED PROFESSIONAL REPORTER
```

1      correct?
2              A.   Yes, I did.
3              Q.   You said that Dr. McGrath told
4      you to return to him in three months;
5      correct?
6              A.   Correct.
7              Q.   And Nurse Godfrey instructed
8      you that if you did not hear anything in
9      about one weak, to send her a secure
10     message and she would check for you;
11     correct?
12             A.   Yeah.  I believe so, yes.
13             Q.   And you did not send a secure
14     message requesting a follow-up
15     appointment; correct?
16             A.   Not that I remember, no.
17             Q.   Why not?
18             A.   Life happens.  I don't always
19     remember.  The VA is the one that handles
20     your appointments.  You call them.  You
21     contact.  They make it up.  You only call
22     the VA if you're having an emergency or
23     something you need to be seen for.
24                  You don't call them and just
25     request appointments out of the blue.

```
1          Q.   And what did she say?
2          A.   I believe she said she would
3    get with Dr. McGrath and then get back to
4    me.
5          Q.   Did she get back to you?
6          A.   Yes.  And told me that Dr.
7    McGrath said to go ahead and take the
8    Humira -- or the Enbrel.  Excuse me.
9          Q.   And when did she get back to
10   you and tell you to take the Enbrel?
11         A.   I don't specifically remember,
12   but I think it was later that same day.
13         Q.   Okay.  Did you ask Nurse
14   Godfrey about the side effects of Enbrel
15   on October 19, 2016?
16         A.   No.
17         Q.   Did you begin taking the
18   Enbrel that day?
19         A.   I believe it was the next day.
20         Q.   Prior to taking Enbrel, did
21   you read the box?
22         A.   No.
23         Q.   Did you read the packet insert
24   on Enbrel?
25         A.   No.
```