# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH NASSET** | * | **CASE NO. 18-9253** |
| vs. | * | **SECT. A(1)** |
| **UNITED STATES OF AMERICA** | * | **JUDGE ZAINEY** |
| | * | **MAG. VAN MEERVELD** |

### UNITED STATES' WITNESS AND EXHIBIT LIST

**NOW COMES** Defendant, the United States of America, through the undersigned Assistant United States Attorney, submits the following list of persons it may or will call as witnesses and exhibits it may use at trial in this matter.  It should be noted that the Court's December 5, 2019 Minute Entry did not provide a deadline for the parties' filing of their Witness and Exhibit Lists, R. Doc. 12, and the Defendant is filing its Witness and Exhibit List out of an abundance of caution.

### WITNESS LIST

1. Kenneth Nasset – Plaintiff

2. Dr. Hugh McGrath - Plaintiff's treating rheumatologist
   1329 Natchez Loop
   Covington, LA 70433

3. Nurse Susan Godfrey – Plaintiff's treating nurse
   2400 Canal Street
   New Orleans, LA 70119

4. Dr. Nkechinye Emejuaiwe – Plaintiff's treating rheumatologist
   Cincinnati VA Medical Center
   3200 Vine Street
   Medicine Service
   Attn: Rheumatology Section
   Cincinnati, OH 45220

5. Dr. Mark Cassidy – Plaintiff's treating cardiologist

415 Tulane Ave.
New Orleans, LA 70112

6. Dr. Frederick Kushner – expert witness
   WJMC Heart Clinic
   1111 Medical Center Blvd.
   Suite N613
   Marrero, LA 70072

7. Dr. Merlin Wilson – expert witness
   The Rheumatology Group, LLC
   2633 Napoleon Ave.
   Suite 530
   New Orleans, LA 70115

8. Dr. Ralph Shapira – Chief of Staff for the VA
   2400 Canal Street
   New Orleans, LA 70119

9. Any and all of Plaintiff's proffered expert witnesses that are permitted to testify on cross examination, including but not limited to the following:

    a. Dr. Mark Levin
    b. Dr. Kalavally Sriharan
    c. Dr. Carla Leuschen
    d. Dr. Manuel Vargas
    e. Dr. Chandara Kollipara, DO
    f. Dr. Ali Ayoub
    g. Dr. Kevin Cartwright
    h. Dr. Marcia Davila
    i. Charde Duncan, RN
    j. Meredith Barr, MD
    k. Dr. Karinka Ayinapudi
    l. Dr. Thierry Lejemtel
    m. Margaret Maxi, MD
    n. Meredith Barr, MD
    o. Mark Cassidy, MD
    p. Manmeet Singh, MD

10. Any witness necessary to authenticate any exhibit

11. Any witness needed for impeachment

12. Any witness needed for rebuttal

13. Any witness listed or called by any other party

## **EXHIBIT LIST**

The United States submits that it may offer any of the following exhibits in its case in chief at trial if the need arises:

1. Plaintiff's medical records bates labeled as VA000001-VA002373 and VACard.0001-VACard.0240.

2. Plaintiff's Veteran's Benefits File, bates labeled as VBA 1-VBA 14351.

3. Plaintiff's SF95 Claim and supporting documents.

4. Plaintiff's medical excerpts part 1 and 2 labeled as Exhibit D, pages 1-68.

5. Plaintiff's Outpatient medicals, pages 1-48.

6. Declaration of Dr. Wilson.

7. Declaration of Dr. Nkechinye Emejuaiwe.

8. Prescribing information for Humira and Enbrel.

9. Any and all relevant VA polices.

10. Any other of Plaintiff's medical records, both prior to the incident in question and forward through the time of trial

11. Any exhibit listed or offered by any other party

12. Any exhibit necessary for impeachment

13. Any exhibit necessary for rebuttal

Defendant reserves its right to supplement and amend this list as discovery is ongoing with the Court's permission.

                                            Respectfully submitted,

                                            PETER G. STRASSER
                                            UNITED STATES ATTORNEY

*/s/ Mary Katherine Kaufman*
MARY KATHERINE KAUFMAN
Assistant United States Attorney
LA Bar #32719
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3008
Facsimile: (504) 680-3184
Mary.Katherine.Kaufman@usdoj.gov