1

 1                  UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

 2


 3       KENNETH NASSET
                                    CASE NO. 18-9253
 4       VERSUS                     SECT. A(1)
                                    JUDGE ZAINEY
 5                                  MAG. VAN MEERVELD


 6       UNITED STATES OF AMERICA


 7

              ZOOM DEPOSITION OF KENNETH W. NASSET,
 8       50390 HIGHWAY 1065, TICKFAW, LOUISIANA,
         70466, TAKEN ON THURSDAY, THE 13TH DAY OF
 9       AUGUST, 2020.

10       APPEARANCES:

11       APPEARING BY ZOOM
           THE VASQUEZ LAW OFFICE
12         ATTORNEYS AT LAW
           BY:  JESSICA M. VASQUEZ, ESQUIRE
13         400 POYDRAS STREET, SUITE 900
           NEW ORLEANS, LOUISIANA  70130
14
                ATTORNEYS FOR PLAINTIFF
15
         APPEARING BY ZOOM
16         UNITED STATES ATTORNEY'S OFFICE
           ATTORNEYS AT LAW
17         BY:  MARY KATHERINE KAUFMAN, ESQUIRE
           650 POYDRAS STREET, SUITE 1600
18         NEW ORLEANS, LOUISIANA  70130

19              ATTORNEYS FOR THE UNITED STATES OF
                AMERICA
20
         REPORTED BY:
21
         APPEARING BY ZOOM
22         DAWN D. TUPPER, CCR, RPR
           CERTIFIED COURT REPORTER
23         REGISTERED PROFESSIONAL REPORTER

24

25

1          Q.    And how were you treated with
2     the depression?
3          A.    The same way I was with the
4     PTSD.  They were trying to -- they thought
5     the PTSD may be causing the depression.
6     They were trying to relieve the PTSD to
7     relieve the depression.
8               They did, like, the
9     hypnotherapy aversion, or not aversion
10    therapy, but exposure therapy and then
11    different meds in the '90s.
12         Q.    Are there any other diagnoses
13    that you have had that I am missing?
14         A.    I told you everything I can
15    remember at the moment.
16         Q.    If there's no diagnosis in
17    your VA medical records for congestive
18    heart failure prior to June of 2017, you
19    wouldn't have any reason to dispute that;
20    would you?
21         A.    No.
22         Q.    In your complaint you allege
23    that you had an abnormal EKG as early as
24    2005; correct?
25         A.    Yes.

1          Q.    What did he say about

2     infection?

3          A.    He told me that the main

4     problem with taking a TNF is your ability

5     to fight off infections becomes impaired,

6     and that he wanted to put me on Humira

7     because you take that once a week.

8                And if I was to get an

9     infection, we could stop and it would take

10    less time to get out of my system which

11    would help me to build up my immunity so

12    that I could fight off the infections.

13         Q.    You allege in your petition

14    that had you been advised of the potential

15    effects of Enbrel, you would not have

16    chosen that course of treatment because

17    you would not want to be a patient that

18    required careful monitoring or at an

19    increased risk of heart problems; correct?

20         A.    Correct.

21         Q.    You said you wouldn't want to

22    experience an increased risk of heart

23    problems; correct?

24         A.    Correct.

25         Q.    If I told you that the chances

70

1    September 13th, 2016?

2          A.    We didn't really go over my

3    heart that much at all.

4          Q.    What do you mean by "that

5    much"?

6          A.    That he asked me about my high

7    blood pressure and the meds I was taking,

8    kind of like you did.

9          Q.    Did you tell Dr. McGrath on

10    September 13th, 2016 that you had abnormal

11    EKGs in the past?

12          A.    No, because I wasn't aware

13    that was relevant to rheumatology.

14          Q.    Did you tell Dr. McGrath that

15    you had previously had pain in your chest?

16          A.    Again, I didn't think it was

17    relevant to talk to a rheumatologist

18    about, so no.

19          Q.    And did you tell him about the

20    incident on February of 2012 or 2013?

21          A.    Same answer.  I didn't think

22    it was relevant so there was no reason for

23    me to bring it up.

24          Q.    Did you tell Dr. McGrath that

25    you had a problem with your words?

72

1    correct?

2           A.    Yes, I did.

3           Q.    You said that Dr. McGrath told

4    you to return to him in three months;

5    correct?

6           A.    Correct.

7           Q.    And Nurse Godfrey instructed

8    you that if you did not hear anything in

9    about one weak, to send her a secure

10   message and she would check for you;

11   correct?

12          A.    Yeah.  I believe so, yes.

13          Q.    And you did not send a secure

14   message requesting a follow-up

15   appointment; correct?

16          A.    Not that I remember, no.

17          Q.    Why not?

18          A.    Life happens.  I don't always

19   remember.  The VA is the one that handles

20   your appointments.  You call them.  You

21   contact.  They make it up.  You only call

22   the VA if you're having an emergency or

23   something you need to be seen for.

24                You don't call them and just

25   request appointments out of the blue.

74

1          Q.    And what did she say?

2          A.    I believe she said she would

3     get with Dr. McGrath and then get back to

4     me.

5          Q.    Did she get back to you?

6          A.    Yes.  And told me that Dr.

7     McGrath said to go ahead and take the

8     Humira -- or the Enbrel.  Excuse me.

9          Q.    And when did she get back to

10    you and tell you to take the Enbrel?

11         A.    I don't specifically remember,

12    but I think it was later that same day.

13         Q.    Okay.  Did you ask Nurse

14    Godfrey about the side effects of Enbrel

15    on October 19, 2016?

16         A.    No.

17         Q.    Did you begin taking the

18    Enbrel that day?

19         A.    I believe it was the next day.

20         Q.    Prior to taking Enbrel, did

21    you read the box?

22         A.    No.

23         Q.    Did you read the packet insert

24    on Enbrel?

25         A.    No.

1     risks of immunosuppressant therapy;

2     correct?

3            A.    They briefly went over the

4     fact that it causes infections.  And I

5     want to say that they also told me it

6     could be upsetting my stomach as well

7     because I was having some stomach issues

8     at that point.  My irritable bowel

9     syndrome was acting up at that point.

10           Q.    Okay.  Was there anything else

11    that you recall from that day?

12           A.    They told me I was taking it

13    wrong.

14           Q.    Okay.  How often were you

15    taking it?

16           A.    Every other week.

17           Q.    And they told you to take it?

18           A.    Weekly.

19           Q.    Okay.  Is there anything else

20    that you can recall from that day?

21           A.    That's the main thing I recall

22    from that point.  Oh, I think they also

23    told me that Dr. McGrath was no longer

24    seeing patients at the VA or at least

25    rheumatology patients.  That's why they

1            A.     Yes, it is.

2            Q.     And just above your signature,

3     actually below your signature there it

4     states that, "The law provides severe

5     penalties which include fine or

6     imprisonment, or both, for the willful

7     submission of any statement or evidence of

8     a material fact knowing it to be false."

9     Correct?

10            A.     Okay.   Yes.

11            Q.     And in this statement you seek

12     to have your congestive heart failure from

13     June of 2017 deemed service related; is

14     that correct?

15            A.     Yes.

16            Q.     So is your congestive heart

17     failure from June of 2017 service related

18     or caused by a lack of informed consent?

19            A.     It's caused by lack of

20     informed consent.

21            Q.     Okay.   Well, then why did you

22     say in this statement that it was service

23     related?

24            A.     I was asking it to be reviewed

25     as.   I don't see any place in there that I

1       some other minor side effects, but nothing

2       relating to the heart, out of the

3       ordinary, or life threatening."  Correct?

4              A.    Exactly.

5              Q.    What were the other minor side

6       effects he mentioned to you?

7              A.    I don't remember specifically

8       at the moment.  I wrote this within less

9       than a year of the event happening.  My

10      memory on it was much better at that point

11      than it is now.

12             Q.    Okay.  So you admit that Dr.

13      McGrath did advise you of the risk of

14      infection of taking Enbrel; correct?

15             A.    Yes, I do.

16             Q.    As well as other side effects;

17      correct?

18             A.    Yes.  He mentioned some minor

19      side effects, yes, but according to him

20      they were minor.

21             Q.    But you don't recall what

22      those other side effects are?

23             A.    I believe it was stomach and

24      possibly headache.  But no, I don't

25      remember specifically.

108

1              Q.     You.

2              A.     Okay.  I'm sorry.  I thought

3      you two were correcting this.

4              Q.     Oh.

5              A.     Yes.  It was June 13th of

6      2017.

7              Q.     Okay.  So you have made three

8      statements to the VA to support your claim

9      that your congestive heart failure in June

10     of 2017 is service related; correct?

11             A.     I don't know the exact number.

12     But yes, I made multiple.

13             Q.     Okay.  Are there any other

14     ones that I haven't covered that you're

15     aware of?

16             A.     Not that I'm aware of.

17             Q.     Okay.  And it's my

18     understanding that this claim is still

19     pending.  Is that your understanding?

20             A.     No.  They denied this claim

21     earlier this year.

22             Q.     Did you receive a letter

23     recently from the VA stating that this

24     claim is still pending?

25             A.     I don't think so.  Wait a