UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH NASSET** | * | **CASE NO. 18-9253** |
| vs. | * | SECT. A(1) |
| **UNITED STATES OF AMERICA** | * | **JUDGE ZAINEY** |
| | * | **MAG. VAN MEERVELD** |

**PARTIAL MOTION FOR SUMMARY JUDGMENT
ON PLAINTIFF'S NEGLIGENCE CLAIMS**

**MAY IT PLEASE THE COURT**:

The United States of America moves the Court for partial summary judgment on Counts I II and III of Plaintiff's Complaint because Plaintiff lacks the requisite expert testimony and cannot carry his burden of proof at trial for the reasons more fully discussed in the memorandum in support. Summary judgment should be granted as to Plaintiff's informed consent claim because Plaintiff was advised of all material risks of Enbrel. Further, Plaintiff failed to meet his burden of proof establishing that the lack of informed consent *caused* his myocardial infarction and congestive heart failure. Accordingly, summary judgment in favor of the United States is appropriate.

                                                            Respectfully submitted,

                                                            PETER G. STRASSER
                                                            UNITED STATES ATTORNEY

                                                           */s/ Mary Katherine Kaufman*
                                                           MARY KATHERINE KAUFMAN(#32719)
                                                           Assistant United States Attorney
                                                           650 Poydras Street, Suite 1600
                                                           New Orleans, Louisiana  70130
                                                           Telephone:  (504) 680-3008
                                                           Facsimile: (504) 680-3184
                                                           Mary.Katherine.Kaufman@usdoj.gov
                                                           *Counsel for the United States of America*