# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH NASSET** | * | **CASE NO. 18-9253** |
| vs. | * | **SECT. A(1)** |
| **UNITED STATES OF AMERICA** | * | **JUDGE ZAINEY** |
| | * | **MAG. VAN MEERVELD** |

## DEFENDANT'S STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes the United States and submits the following list of uncontested material facts in compliance with Local Rule 56.1.

1. On October 4, 2018 Plaintiff filed suit against the USA pursuant to the Federal Torts Claims Act (FTCA) "regarding the care he received from the U.S. Department of Veterans Affairs (VA) in New Orleans, Louisiana, for the treatment of his psoriatic arthritis in 2016." R. Doc. 49 at 1.

2. Plaintiff has a long medical history and was treating at the VA for the following conditions: severe depression, chronic fatigue syndrome, intervertebral disc syndrome, chronic fatigue syndrome, and arthritis. R. Doc. 36-1.

3. On September 13, 2016, Plaintiff saw Dr. Hugh McGrath, a rheumatologist, at the VA in New Orleans and was prescribed a TNF inhibitor after discussing medications for treatment of his psoriatic arthritis. R. Docs. 36-1 and 50 at ¶12.

4. Plaintiff received the drug Enbrel in the mail and began taking it. R. Docs. 36-1 and 50 at ¶14.

5. Plaintiff called the nurse in October of 2016 regarding a red spot on his leg. Plaintiff did not describe any cardiac symptoms. R. Docs. 36-1 and 50 at ¶15.

6. Plaintiff called the nurse again on November 3, 2016. Again, Plaintiff did not describe any cardiac symptoms. R. Docs. 36-1 and 50 at ¶16.

7. On March 6, 2017, Plaintiff saw his primary care physician, Dr. Marcia Davila. For the third time in five months, Plaintiff did not describe any cardiac symptoms. R. Docs. 36-1 and 50 at ¶17.

8. On June 5, 2017, Plaintiff was seen by two VA rheumatologists. The dose of Enbrel was changed to once weekly. One again, Plaintiff did not describe any cardiac symptoms. R. Docs. 36-1 and 50 at ¶18.

9. On June 13, 2017, Plaintiff was hospitalized for congestive heart failure and a myocardial infarction. R. Docs. 36-1 and 50 at ¶19.

10. Plaintiff's use of Enbrel was stopped on June 13, 2017. R. Doc. 36-1.

11. Plaintiff produced one written expert report, that of Dr. Levin, a physician practicing in New Jersey and board certified in internal medicine, oncology, and hematology. *See* R. Doc. 36-1, Exhibit 1, Written Report of Dr. Levin, and Exhibit 2, Curriculum Vitae of Dr. Levin. *See also* Ex. 5.

12. Dr. Levin is not qualified to opine on the standard of care of a rheumatologist. R. Doc. 49.

13. The United States produced the report of Dr. Merlin Wilson, a recently retired physician who practiced in New Orleans and is board certified in rheumatology. *See* R. Doc. 36-1 and Exhibit 3, Written Report of Dr. Wilson and Exhibit 4, Curriculum Vitae of Dr. Wilson. *See also* Ex. 6.

14. The United States also produced the written report of Dr. Fred Kushner, practicing in Louisiana and board certified in interventional cardiology and nuclear cardiology. *See* R. Doc. 36-1 and Exhibit 5, Report of Dr. Kushner and Exhibit 6, Curriculum Vitae of Dr. Kushner. *See also* Ex. 7.

15. Plaintiff testified that he did not have congestive heart failure prior to June of 2017. Ex. 2 at 39:16-21.

16. Plaintiff testified that on September 13, 2016, he did not inform Dr. McGrath of his abnormal EKG, prior pain in his chest, or the incident at physical therapy where he was sent to clinic to see if he was having a heart attack. Ex. 2 at 70:9-23.

17. Plaintiff testified that Dr. McGrath told him to return to the clinic in three months. Ex. 2 at 72:3-25.

18. Plaintiff testified that he failed to read the Enbrel box or the packet insert prior to taking the medication. Ex. 2 at 74:20-22 and 23-25.

19. It is not customary for a rheumatologist to advise a patient of all the risks of taking a TNF inhibitor. Rather, it is customary for a rheumatologist to advise a patient on the boxed warnings, which is the strongest form of warning required by the FDA for prescription drug labeling. The boxed warnings for a TNF inhibitor include the risk of infections and malignancies. Ex. 9 and Ex. 10.

20. The risk of congestive heart failure is not a boxed warning of Enbrel. Ex. 9 and 10.

21. Patients with psoriatic arthritis take Enbrel despite the low risk of congestive heart failure because that risk is so small and the benefits of taking Enbrel for the patient's psoriatic arthritis are great. Ex. 10.

22. Plaintiff was advised of the boxed warnings of Enbrel by Dr. McGrath.  Ex. 2 at 67:1-12 and 97:11-25 and Ex. 3.

23. Plaintiff was advised of the boxed warnings of Enbrel by Dr. Vargas, and Dr. Emejuaiwe. Ex. 2 at 81:1-9 and Ex. 8 and 8A.

24. Dr. Emejuaiwe also advised Plaintiff of the risk of congestive heart failure.  Ex. 8.

25. Separate from this lawsuit, Plaintiff filed three separate statements in support of his claim with the VA alleging that his congestive heart failure from June of 2017 was service related. Ex. 11, 12, and 13.

26. Each of the three statements made by Plaintiff to the VA had a penalty provision noting that "the law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false." Ex. 11, 12, and 13.

    Respectfully submitted,

    PETER G. STRASSER
    UNITED STATES ATTORNEY

    */s/ Mary Katherine Kaufman*
    MARY KATHERINE KAUFMAN(#32719)
    Assistant United States Attorney
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana  70130
    Telephone:  (504) 680-3008
    Facsimile: (504) 680-3184
    Mary.Katherine.Kaufman@usdoj.gov
    *Counsel for the United States of America*