```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    KENNETH NASSET
                                CASE NO. 18-9253
 4    VERSUS                    SECT. A(1)
                                JUDGE ZAINEY
 5                              MAG. VAN MEERVELD

 6    UNITED STATES OF AMERICA

 7
           ZOOM DEPOSITION OF KENNETH W. NASSET,
 8    50390 HIGHWAY 1065, TICKFAW, LOUISIANA,
      70466, TAKEN ON THURSDAY, THE 13TH DAY OF
 9    AUGUST, 2020.

10    APPEARANCES:

11    APPEARING BY ZOOM
        THE VASQUEZ LAW OFFICE
12      ATTORNEYS AT LAW
        BY:  JESSICA M. VASQUEZ, ESQUIRE
13      400 POYDRAS STREET, SUITE 900
        NEW ORLEANS, LOUISIANA  70130
14
            ATTORNEYS FOR PLAINTIFF
15
      APPEARING BY ZOOM
16      UNITED STATES ATTORNEY'S OFFICE
        ATTORNEYS AT LAW
17      BY:  MARY KATHERINE KAUFMAN, ESQUIRE
        650 POYDRAS STREET, SUITE 1600
18      NEW ORLEANS, LOUISIANA  70130

19          ATTORNEYS FOR THE UNITED STATES OF
            AMERICA
20
      REPORTED BY:
21
      APPEARING BY ZOOM
22      DAWN D. TUPPER, CCR, RPR
        CERTIFIED COURT REPORTER
23      REGISTERED PROFESSIONAL REPORTER

24

25
```

1  Q. And how were you treated with
2  the depression?
3  A. The same way I was with the
4  PTSD. They were trying to -- they thought
5  the PTSD may be causing the depression.
6  They were trying to relieve the PTSD to
7  relieve the depression.
8  They did, like, the
9  hypnotherapy aversion, or not aversion
10 therapy, but exposure therapy and then
11 different meds in the '90s.
12 Q. Are there any other diagnoses
13 that you have had that I am missing?
14 A. I told you everything I can
15 remember at the moment.
16 Q. If there's no diagnosis in
17 your VA medical records for congestive
18 heart failure prior to June of 2017, you
19 wouldn't have any reason to dispute that;
20 would you?
21 A. No.
22 Q. In your complaint you allege
23 that you had an abnormal EKG as early as
24 2005; correct?
25 A. Yes.

Case 2:18-cv-09253-JCZ-JVM   Document 62-5   Filed 09/22/20   Page 3 of 10

67

1    Q.   What did he say about
2    infection?
3    A.   He told me that the main
4    problem with taking a TNF is your ability
5    to fight off infections becomes impaired,
6    and that he wanted to put me on Humira
7    because you take that once a week.
8         And if I was to get an
9    infection, we could stop and it would take
10   less time to get out of my system which
11   would help me to build up my immunity so
12   that I could fight off the infections.
13   Q.   You allege in your petition
14   that had you been advised of the potential
15   effects of Enbrel, you would not have
16   chosen that course of treatment because
17   you would not want to be a patient that
18   required careful monitoring or at an
19   increased risk of heart problems; correct?
20   A.   Correct.
21   Q.   You said you wouldn't want to
22   experience an increased risk of heart
23   problems; correct?
24   A.   Correct.
25   Q.   If I told you that the chances

Dawn D. Tupper, CCR, RPR
(504) 430-0491

1     September 13th, 2016?
2              A.    We didn't really go over my
3     heart that much at all.
4              Q.    What do you mean by "that
5     much"?
6              A.    That he asked me about my high
7     blood pressure and the meds I was taking,
8     kind of like you did.
9              Q.    Did you tell Dr. McGrath on
10    September 13th, 2016 that you had abnormal
11    EKGs in the past?
12             A.    No, because I wasn't aware
13    that was relevant to rheumatology.
14             Q.    Did you tell Dr. McGrath that
15    you had previously had pain in your chest?
16             A.    Again, I didn't think it was
17    relevant to talk to a rheumatologist
18    about, so no.
19             Q.    And did you tell him about the
20    incident on February of 2012 or 2013?
21             A.    Same answer.  I didn't think
22    it was relevant so there was no reason for
23    me to bring it up.
24             Q.    Did you tell Dr. McGrath that
25    you had a problem with your words?

1 correct?
2     A.   Yes, I did.
3     Q.   You said that Dr. McGrath told
4 you to return to him in three months;
5 correct?
6     A.   Correct.
7     Q.   And Nurse Godfrey instructed
8 you that if you did not hear anything in
9 about one weak, to send her a secure
10 message and she would check for you;
11 correct?
12     A.   Yeah. I believe so, yes.
13     Q.   And you did not send a secure
14 message requesting a follow-up
15 appointment; correct?
16     A.   Not that I remember, no.
17     Q.   Why not?
18     A.   Life happens. I don't always
19 remember. The VA is the one that handles
20 your appointments. You call them. You
21 contact. They make it up. You only call
22 the VA if you're having an emergency or
23 something you need to be seen for.
24     You don't call them and just
25 request appointments out of the blue.

```
 1              Q.    And what did she say?
 2              A.    I believe she said she would
 3     get with Dr. McGrath and then get back to
 4     me.
 5              Q.    Did she get back to you?
 6              A.    Yes.  And told me that Dr.
 7     McGrath said to go ahead and take the
 8     Humira -- or the Enbrel.  Excuse me.
 9              Q.    And when did she get back to
10     you and tell you to take the Enbrel?
11              A.    I don't specifically remember,
12     but I think it was later that same day.
13              Q.    Okay.  Did you ask Nurse
14     Godfrey about the side effects of Enbrel
15     on October 19, 2016?
16              A.    No.
17              Q.    Did you begin taking the
18     Enbrel that day?
19              A.    I believe it was the next day.
20              Q.    Prior to taking Enbrel, did
21     you read the box?
22              A.    No.
23              Q.    Did you read the packet insert
24     on Enbrel?
25              A.    No.
```

1      risks of immunosuppressant therapy;
2      correct?
3             A.    They briefly went over the
4      fact that it causes infections.  And I
5      want to say that they also told me it
6      could be upsetting my stomach as well
7      because I was having some stomach issues
8      at that point.  My irritable bowel
9      syndrome was acting up at that point.
10            Q.    Okay.  Was there anything else
11     that you recall from that day?
12            A.    They told me I was taking it
13     wrong.
14            Q.    Okay.  How often were you
15     taking it?
16            A.    Every other week.
17            Q.    And they told you to take it?
18            A.    Weekly.
19            Q.    Okay.  Is there anything else
20     that you can recall from that day?
21            A.    That's the main thing I recall
22     from that point.  Oh, I think they also
23     told me that Dr. McGrath was no longer
24     seeing patients at the VA or at least
25     rheumatology patients.  That's why they

Case 2:18-cv-09253-JCZ-JVM   Document 62-5   Filed 09/22/20   Page 8 of 10

93

1      A.    Yes, it is.
2      Q.    And just above your signature,
3  actually below your signature there it
4  states that, "The law provides severe
5  penalties which include fine or
6  imprisonment, or both, for the willful
7  submission of any statement or evidence of
8  a material fact knowing it to be false."
9  Correct?
10     A.    Okay.  Yes.
11     Q.    And in this statement you seek
12 to have your congestive heart failure from
13 June of 2017 deemed service related; is
14 that correct?
15     A.    Yes.
16     Q.    So is your congestive heart
17 failure from June of 2017 service related
18 or caused by a lack of informed consent?
19     A.    It's caused by lack of
20 informed consent.
21     Q.    Okay.  Well, then why did you
22 say in this statement that it was service
23 related?
24     A.    I was asking it to be reviewed
25 as.  I don't see any place in there that I

Dawn D. Tupper, CCR, RPR
(504) 430-0491

1   some other minor side effects, but nothing
2   relating to the heart, out of the
3   ordinary, or life threatening."  Correct?
4        A.   Exactly.
5        Q.   What were the other minor side
6   effects he mentioned to you?
7        A.   I don't remember specifically
8   at the moment.  I wrote this within less
9   than a year of the event happening.  My
10  memory on it was much better at that point
11  than it is now.
12       Q.   Okay.  So you admit that Dr.
13  McGrath did advise you of the risk of
14  infection of taking Enbrel; correct?
15       A.   Yes, I do.
16       Q.   As well as other side effects;
17  correct?
18       A.   Yes.  He mentioned some minor
19  side effects, yes, but according to him
20  they were minor.
21       Q.   But you don't recall what
22  those other side effects are?
23       A.   I believe it was stomach and
24  possibly headache.  But no, I don't
25  remember specifically.

1     Q.    You.
2     A.    Okay.  I'm sorry.  I thought
3  you two were correcting this.
4     Q.    Oh.
5     A.    Yes.  It was June 13th of
6  2017.
7     Q.    Okay.  So you have made three
8  statements to the VA to support your claim
9  that your congestive heart failure in June
10 of 2017 is service related; correct?
11    A.    I don't know the exact number.
12 But yes, I made multiple.
13    Q.    Okay.  Are there any other
14 ones that I haven't covered that you're
15 aware of?
16    A.    Not that I'm aware of.
17    Q.    Okay. And it's my
18 understanding that this claim is still
19 pending.  Is that your understanding?
20    A.    No.  They denied this claim
21 earlier this year.
22    Q.    Did you receive a letter
23 recently from the VA stating that this
24 claim is still pending?
25    A.    I don't think so.  Wait a