# Progress Notes

Printed On Feb 7, 2020

```
No Placed patient on stretcher with side rails raised.
YesAssisted with any ambulation
No Provider to examine patient in wheel chair or on exam
     table with attendant present
YesFalls risk education provided to patient or caregiver
     using outpatient education template.
YesMD alerted
YesYellow wristband placed on the patient.
No Attendant present at all times.
No Attendant present after procedure that may affect
     mobility or cognitive function.
No Patient refused attendant and yellow band; patient
     refusal will be documented CPRS.

Falls education completed on:Jun 5,2017(date)

The Dentist, Provider, Therapist, or RN determined that the patient is at risk.
Intervention and Education provided.

The patient presented with a CWAD high risk fall and the Dentist, Provider,
Therapist or RN determined that the patient is not at risk..

Above intervention continued per policy. Yes

/es/ Kelly M BELL
Registered Nurse
Signed: 06/05/2017 14:45
```

```
 LOCAL TITLE: RHEUMATOLOGY NOTE
STANDARD TITLE: RHEUMATOLOGY NOTE
DATE OF NOTE: JUN 05, 2017@10:57     ENTRY DATE: JUN 05, 2017@10:57:50
      AUTHOR: VARGAS,MANUEL         EXP COSIGNER: EMEJUAIWE,NKECHINYERE
     URGENCY:                              STATUS: COMPLETED

   *** RHEUMATOLOGY NOTE Has ADDENDA ***


CC: follow up for chronic back pain and arthralgias

HISTORY OF PRESENT ILLNESS:
45 yo Caucasian M comes for follow up with Hx of arthralgias and swelling with
chronic back pain.

Last seen on 9/2016 by Dr. McGrath.  Suspected for spondyloarthropathy probable
PsA given joint pain/swelling and rash.  Recommended for TNFi trial.  Has been
taking since last visit and refers noticing significant difference while on
therapy.  Main complaint is chronic lower back pain and Rt. knee pain.  Worse
with activity and prolonged standing.  Worse in the AM and associated with
stiffness until mid-day.  Refers rash resolved since on Enbrel.  Endorses Hx of
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

VA_001394

VA Page 1394

# Progress Notes

Printed On Feb 7, 2020

```
dactylitis, eye redness/pain/blurry vision intermittently.  Non bloody diarrhea
persists.  Reports previous generalized arthralgias were worst in the AM, better
with activity and relieved by NSAIDs slightly.

REVIEW OF SYSTEMS: negative unless specified
GEN:  fatigue / weight loss / fever / chills / night sweats / frequent
infections
HEENT:  scalp tenderness / eye pain / ear pain / tinnitus / SICCA: eyes or mouth
/ oral ulcers / difficulty chewing / jaw claudication / throat  burning
CHEST: CP / dyspnea / pleuritic CP / dizziness / palpitations / cough
GI:  dysphagia / odynophagia / nausea / vomiting / bloating / cramping /
diarrhea / constipation / fecal soiling
GU:  dysuria / hematuria / frothy urine/ erectile dysfunction / dyspareumia
MSK: ++morning stiffness / +pain and stiffness improve with movement /
+tenderness
SKIN: pigmentary changes / telangiectases / thickening / ulcers
VASC:  Raynaud's / digital ulcers / calcinosis /
NEURO:  Headache / numbmess / tingling / burning / imbalance
PSYCH:  +Depression / anxiety / no SI/ no HI

MEDICATIONS REVIEWED.


PAST MEDICAL HISTORY:
Chronic back apin s/p surgery and MVA, DM II, IBS, Radiculopathy, Bipolar, OSA,
Rash (folliculitis and keratosis pilaris)

PAST SURGICAL HISTORY:

FAMILY HISTORY:
denies CTD, PsO

SOCIAL HISTORY:
smoker previous
ETOH denies
Illicit Drugs denies

ENVIRONMENTAL HISTORY: no exposures

PHYSICAL EXAM:
Last Vitals: WNR
GEN:  Appears well in NAD. Anxious.
HEENT: NCAT; Neck supple, MMM, EOMI, no oral ulcers, no thrush, dentition
NODES: no cervical / supraclavicular / axillary / inguinal lymphadenopathy
palpable
CHEST:  RR RR no m /r /g; equal S1 S2; CTA B no c/w; good aeration; no cough
with inspiration
ABDOMEN:  soft; NT ND; no HSM
EXT: no c/e/c
VASCULAR:  pulses equal
```

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA   70466

**VISTA Electronic Medical Documentation**
Printed at SE LOUISIANA VETERANS HCS

VA_001395

VA Page 1395

# Progress Notes

Printed On Feb 7, 2020

```
capillaroscopy:
GU:  defered
NEURO: CN grossly intact; gait intact; no tremours; sensation intact, 5/5
strength in upper and lower extemities, trunk and head
SKIN:  no petichiae / telangiectases / DU's / calcinosis / mechanics papules /
violaceous papules

MSK:  no synovitis / heat / tenderness
synovitis in:
tenderness in:
grip:
AROM: intact, pain o nhip ROM, knee ROM
PROM: intact

-refused patrick's maneuver; pain
-pt unable to fully flex spine due to pain: unable to perform Shcober's
Occiput to wall negative
good chest expansion


DIAGNOSTICS:

Labs:
HLAB27: negative
ESR/CRP: ENR
ANA, RF: neagtive

XR: DJD, SI joints intact. No synovitis/enthesitis described/noted on imaging

XR Cspine
     No gross evidence of cervical spine injury on this limited
     radiographic exam. Given history of trauma, consider CT scan if
     clinically indicated.

XR LS
     Old T12 vertebral compression fracture and degenerative change
     of the lower lumbar spine most pronounced at L5-S1.

XR knees
  Mild bilateral medial tibiofemoral degenerative changes.

XR hips
 Mild/moderate bilateral hip degenerative changes; there are also
     findings present in the bilateral hips which can be seen in
     femoroacetabular impingement.

Ankle
      Normal left ankle series.

ASSESSMENT/PLAN
```

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

**VISTA Electronic Medical Documentation**
Printed at SE LOUISIANA VETERANS HCS

VA_001396

VA Page 1396

# Progress Notes

Printed On Feb 7, 2020

```
1. Chronic back pain
-likely mechanical in nature s/p surgical intervention
-c/w pain management as per PMD
-consider for Pain management referral
-no evidence of inflammatory changes

2. Generalized arthralgias
-previous diagnosis of PsA. Do not agree with diagnosis as no evidence of any
findings supporting this diagnosis at this time
-Evaluated by Dermatology: Folliculitis, keratosis pilaris
-has been on Enbrel since 9/2016.  Given significant improvement reported by
patient, will continue for now and monitor for toxicities
-Discussed current findings most consistent with DJD diagnosis and DMARD
therapy, including biologic clinical significant side effects

3. DMARD use
-CBC, cmp q6 months


RTC: 1 year

discussed with Dr. Emejuaiwe

Manuel Vargas
LSU Rheumatology Fellow



/es/ MANUEL VARGAS
MD
Signed: 06/05/2017 11:41

/es/ NKECHINYERE EMEJUAIWE

Cosigned: 06/05/2017 11:54

06/05/2017 ADDENDUM                       STATUS: COMPLETED

I saw and examined the patient with Dr. Vargas. We discussed the assessment and
plan. I reviewed the findings and plan, as appropriate for today's encounter.
Current musculoskeletal exam not consistent with an inflammatory arthropathy but
this could be because of current therapy with Enbrel. Patient however still
reports peripheral arthralgia and lower back pain that is chronic and most
likely mechanical. We have attempted to make the distinction between
inflammatory and non-inflammatory pain to Veteran. He states that he has been
told that Gulf war syndrome can manifest as painful joints and that this is
likely what enbrel is helping with.
We went over the risks of immunosupressive therapy and patient feels that the
benefits he has derived are quite significant (less pain and more energy). As
such will continue Enbrel therapy at this time.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA   70466 | Printed at SE LOUISIANA VETERANS HCS |

# Progress Notes

Printed On Feb 7, 2020

```
Nkechinyere Emejuaiwe MD, MPH

/es/ NKECHINYERE EMEJUAIWE

Signed: 06/05/2017 11:53
```

```
 LOCAL TITLE: CLINIC INJECTION - FLU
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: JUN 05, 2017@10:53     ENTRY DATE: JUN 05, 2017@10:53:23
      AUTHOR: JORDAN,DEMETRIA       EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

*****NOTE: Full name and social security number verification required.
DOB and picture ID to be used only if unable to verify using
full name and social security.******

Please select the two patient identifiers used to verify patient:

  Patient Name , Social Security number, Date of Birth


WEIGHT <WEIGHT MANAGEMENT MOVE FOLLOW-UP OUTPATIENT
  FLU SHOT WALK-INS:
    Allergies:
    PENICILLIN, SULFA DRUGS, ERYTHROMYCIN, GABAPENTIN, IBUPROFEN, WASP
    STINGS
    MAXZIDE, EGG YOLKS


    Temperature: 97.8 F [36.6 C] (06/05/2017 10:46)

    Flu vaccine is not available

/es/ DEMETRIA JORDAN

Signed: 06/05/2017 10:54
```

```
 LOCAL TITLE: PATIENT EDUCATION
STANDARD TITLE: EDUCATION NOTE
DATE OF NOTE: JUN 05, 2017@10:52     ENTRY DATE: JUN 05, 2017@10:52:12
      AUTHOR: JORDAN,DEMETRIA       EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

Clinic Patient Education
Patient identification completed with 2 forms of ID

Patient has identified that safety concerns in the clinic can be reported to one
of the following individuals: Patient Advocate, Clinic Manager or Patient Safety
Manager.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS<br><br><br><br>VA_001398 |

VA Page 1398