OMB Control No. 2900-0075
Respondent Burden: 15 minutes
Expiration Date: 01/31/2018

# Department of Veterans Affairs

# STATEMENT IN SUPPORT OF CLAIM

**PRIVACY ACT INFORMATION:** The VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses (i.e., civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA Programs and delivery of VA benefits, verification of identity and status, and personnel administration) as identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, and Vocational Rehabilitation and Employment Records - VA, published in the Federal Register. Your obligation to respond is required to obtain or retain benefits. VA uses your SSN to identify your claim file. Providing your SSN will help ensure that your records are properly associated with your claim file. Giving us your SSN account information is voluntary. Refusal to provide your SSN by itself will not result in the denial of benefits. The VA will not deny an individual benefits for refusing to provide his or her SSN unless the disclosure of the SSN is required by Federal Statute of law in effect prior to January 1, 1975, and still in effect. The requested information is considered relevant and necessary to determine maximum benefits under the law. The responses you submit are considered confidential (38 U.S.C. 5701). Information submitted is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** We need this information to obtain evidence in support of your claim for benefits (38 U.S.C. 501(a) and (b)). Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 15 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at              . If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN *(Type or print)* | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| Kenneth William Nasset | 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 | C/CSS - 371781475 |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

In October of last year I went to see a VA Doc about the possibility of having Rheumatoid Arthritis. After conducting an almost two hour exam which included sticking needles into my feet and calves (Which later got infected) the Doc concluded I did indeed have Rheumatoid Arthritis and need to be on Enbrel for it.

He explained to me that Enbrel needed to be taken once every other week and went into great detail explaining that it would also lower my immune system making me more susceptible to infections. He also made it clear that if I got an infection to stop it immediately until I completely recovered from the infection. He also mentioned some other minor side effects but nothing relating to the heart, out of the ordinary, or life threatening.

In December I received the Enbrel injection for the next six months I took my meds as the Doctor directed me to do. I also requested to go back to pain management during this period and noticed my blood pressure was running a little high but that is normal when I am having severe back pain.

I got my pain management appointment a week before my Rheumatoid Arthritis follow up. The injections I get for my back normally lower my blood pressure as they relieve my pain. However, this time, they did relieve my pain but they did not lower my blood pressure. So I made a note to talk to my PCP about adjusting my blood pressure meds.

I went to my Rheumatoid Arthritis appointment and met two new Doctors who would be handling my case as the one I saw in October I believe retired. They explained to me I was not on Enbrel for Rheumatoid Arthritis but due to the chronic inflammation in my lower back (My copies of the VA Doctor note from October clearly state that the doctor thought I had Rheumatoid Arthritis). Although my tests did not show inflammation currently that could have been due to the Enbrel actually working. So they were not taking me off it. They also pointed out to me I was supposed to be taking it weekly not bi-weekly as directed. I then went home and read the box and the prescription indicated taking Enbrel once a week. So I began taking it as directed.

(Continued on Page 2)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| *[signed]* Kenneth W N | 07/18/2017 |

| ADDRESS | TELEPHONE NUMBERS *(Include Area Code)* | |
|---|---|---|
| 7009 Schouest Street<br>Metairie, LA 70003 | DAYTIME<br>(225) 367-7043 | EVENING<br>(225) 367-7043 |

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

| VA FORM<br>JAN 2015 **21-4138** | SUPERSEDES VA FORM 21-4138, AUG 2011,<br>WHICH WILL NOT BE USED. | CONTINUE ON REVERSE |

VBA 9904

COPY MADE BY VBA, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

17:11 CDT 07/19/2017 #61034268 Submitted Electronically

Case 2:18-cv-09253-JCZ-JVM   Document 62-15   Filed 09/22/20   Page 2 of 5

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

(continued from Page 1)                                    K.W.Nasset 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

I went home and the next night I was having pain and pressure in my chest along with numbness in my arm and face. So I went to the ER once again, fortunately the doctor found nothing serious gave me some meds and sent me home. While I was at the ER the Doctor stated that my in-patient medical records indicated that the cause of my congestive heart failure was the Enbrel I was taking. This surprised me because although Enbrel was mentioned to me while in the hospital I was not told about the direct link to heart issues.

I requested copies of my records and found that my record do indeed indicate my doctors believe that the Enbrel was the direct cause of my congestive heart failure. Also reviewing my record there is indication the doctor's clearly questioned my Rheumatoid Arthritis diagnosis and questioned if there was even inflammation in my lower back that warranted the use of Enbrel. Given my clear history of hypertension and diabetes as well as the direct evidence that Enbrel causes new or worsening heart failure, I should have never been prescribed and continued on Enbrel at all.

Since I was left on Enbrel because of my chronic inflammation of my lower back which is a service connected back conditions (Both as Lumbar Strain and as IVDS (Intervertebral disk syndrome)). I am seeking this to be a secondary condition created by treatment of a service connected condition as outline under Title 38 section 1151

Additionally a review of my medical records indicates that on September 03, 2010 two reports found mildly impaired with a left ventricular ejection fraction of 43 % as well as mild hypokinesis. I will quote the specific reports below. This shows that not only is the condition chronic but that the VA knew about it and given the risk Enbrel poses to causing new and worsening heart failure I should never have been on this med to begin with.

It also shows three failures on the part of the VA. The first not stressing to me I had this condition and how critical it was and could become. The second failure was not documenting this condition more predominantly in my medical records. The third and last prescribing me Enbrel knowing I had not only Hypertension and diabetes but a history of chronic congestive heart failure as well.

I am including quotes from the sections of my medical records reflected in my case:

Procedure/Test Name: NU RADIOPHARM TETROFOSMIN X 2 DOSES
Date/Time Exam Performed: 03 Sep 2010 @ 0843
Ordering Location: VA Tennessee Valley Hlthcare S
Requesting Provider: LEUSCHEN,CARLA D
Reason for Study: Hx of uncontrolled htn and abnormal ekg;
Performing Location: VA Tennessee Valley Hlthcare S 1310 24TH AVE SOUTH, NASHVILLE 37212
Clinical History:
HTN; abnromal ekg, SOB
Radiologist: WALKER,RONALD C

Impression:
2. The global left ventricular systolic function is mildly impaired with a left ventricular ejection fraction of 43 %. TheLV cavity is borderline dilated with an end diastolic volume of 120 mL. Wall motion is mildly hypokinetic diffusely

(Continued on Page 3)

VA FORM 21-4138, JAN 2015

VBA 9905

COPY MADE BY VBA, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

(Continued From Page 2)                                K.W.Nasset 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

Procedure/Test Name: NU MYOCARDIAL PERFUSION-DRUG W/ WALL MOTION & EF
Date/Time Exam Performed: 03 Sep 2010 @ 0843
Ordering Location: VA Tennessee Valley Hlthcare S
Requesting Provider: LEUSCHEN,CARLA D
Reason for Study: Hx of uncontrolled htn and abnormal ekg;
Performing Location: VA Tennessee Valley Hlthcare S 1310 24TH AVE SOUTH, NASHVILLE37212
Clinical History:
HTN; abnromal ekg, SOB
Radiologist: WALKER,RONALD C

Impression:
2. The global left ventricular systolic function is mildly impaired with a left ventricular ejection fraction of 43 %. The LV cavity is borderline dilated with an end diastolic volume of 120 mL. Wall motion is mildly hypokinetic diffusely.

Tulane Medical Center
History & Physical - Adult
Report#:0613-0800 Report Status: Signed
Date: 06/13/17 Time: 2217

Teaching Physician Attestation
1st visit w/ resident:
"Of some concern is patients ongoing use of Enbrel for presumed psoriatic arthritis since 9/2016, he was last seen in Rheumatology clinic with plan to continue Enbrel and follow up in one year.  TNF blockers are known to cause direct myocardial toxicity and exacerbate underlying myocardial dysfunctions."

Tulane Medical Center
Internal Medicine Prog. Note
Report#:0614-0178 Report Status: Signed
Date: 06/14/17 Time: 0828

Teaching Physician Attestation
F/U visit w/ resident:
"With regards to possible psoriatic arthritis, will hold Etanercept in the setting of new onset HF."

Tulane Medical Center
Discharge Summary
Report#:0615-0545 Report Status: Signed
Date: 06/15/17 Time: 1442

General Information
Date of Admission:
Date of Admission: 06/13/17

Date of Discharge: 06/15/17
Hospital course:

"Heart failure likely 2/2 to Enbrel, with discontinue now."

Special Instructions

"HE will discontinue Enbrel given association with worsend HF"

(Continued on Page 4)

VA FORM 21-4138, JAN 2015

VBA 9906

COPY MADE BY VBA, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

(Continued from page 3)                                    K.W.Nasset 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

Tulane Medical Center
Discharge Summary
Report#:0615-0545 Report Status: Signed
Date: 06/15/17 Time: 1442

Teaching Physician Attestation
F/U visit w/ resident:

"Cause of non-ischemic HF is uncertain.  Given association with new onset or worsened cardiac dysfunction Enbrel was discontinued at discharge and Mr Nasset received instructions to discontinue this medication."

LOCAL TITLE: CARDIOLOGY NOTE
STANDARD TITLE: CARDIOLOGY NOTE
DATE OF NOTE: JUN 20, 2017@11:07 ENTRY DATE: JUN 20, 2017@11:07:55
AUTHOR: ABDALLAH,MOKHTAR EXP COSIGNER: LEJEMTEL,THIERRY H MD
URGENCY:        STATUS: COMPLETED
*** CARDIOLOGY NOTE Has ADDENDA ***

"He has been on Enbrel since 11/2016 for diagnosis of psoriasis although told on his last visit with rheumatology that he does not have psoriasis but chronic back pain. Also dermatology diagnosed his skin condition as folliculitis and keratosis lesions.
In brief : he found to have a new diagnosis of Systolic HF with reduced EF of 20-25%, LHC done on 6/15 showed no CAD. Cause of non-ischemic HF is uncertain. Given association with new onset or worsened cardiac dysfunction Enbrel was discontinued at discharge, and was started on toprol 25 mg XL "

"45 yo male with recent diagnosis of NICM , based on a clean LHC and Echo showing LVEF 20-25% , normal RV function. H/o Back pain, from review of records is thought to be non inflamatory Enbrel started biweekly on 10/2016 was stopped on his admission last week at tulane. No psoriasis as per dermatology. EKG in clinic HR  83 , PAC's"

LOCAL TITLE: RHEUMATOLOGY CONSULT NOTE
STANDARD TITLE: RHEUMATOLOGY CONSULT
DATE OF NOTE: JUN 15, 2017@16:39 ENTRY DATE: JUN 15, 2017@16:39:51
AUTHOR: EMEJUAIWE,NKECHINYE EXP COSIGNER:
URGENCY:        STATUS: COMPLETED

"Provisional Diagnosis/Patient's Clinical Symptoms: Patient is known to rheumatology clinic, currently on Etanercept for questionable diagnosis of psoriatic arthritis which was initated in 9/2016, last seen by Rehumatology June 5, 2017. Mr Nassett is currently in hospital at TUMC on the VIP service for new onset Heart Failure, awaiting LHC to rule out ischemic disease

What guidance are you requesting?  (An effective consult poses a question for the consultant to answer or requests specific advice on patient  management): Should Etanercept be held in the setting of new onset HF? Would patient require follow up sooner than schedule date if change in medical therapy occurs?

This is documentation of the response to the above e-consult.

Yes, the etanercept should be discontinued in the setting of recent diagnosis of heart failure. The diagnosis of psoriatic arthritis and inflammatory back pain was being questioned and I would advise that patient return for a follow -up appointment with rheumatology to discuss other treatment options within 2-3 months
(continued on Page 5)

VA FORM 21-4138, JAN 2015

VBA 9907

COPY MADE BY VBA, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

(Continued from page 4)                                         K.W.Nasset 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

```
LOCAL TITLE: RHEUMATOLOGY NOTE
STANDARD TITLE: RHEUMATOLOGY NOTE
DATE OF NOTE: JUN 05, 2017@10:57  ENTRY DATE: JUN 05, 2017@10:57:50
      AUTHOR: VARGAS,MANUEL    EXP COSIGNER: EMEJUAIWE,NKECHINYERE
     URGENCY:                         STATUS: COMPLETED
*** RHEUMATOLOGY NOTE Has ADDENDA ***

CC: follow up for chronic back pain and arthralgias

HISTORY OF PRESENT ILLNESS:

"45 yo Caucasian M comes for follow up with Hx of arthralgias and swelling with chronic
back pain.

Last seen on 9/2016 by Dr. McGrath.  Suspected for spondyloarthropathy probable PsA given
joint pain/swelling and rash.  Recommended for TNFi trial.  Has been taking since last
visit and refers noticing significant difference while on therapy.  Main complaint is
chronic lower back pain and Rt. knee pain.  Worse with activity and prolonged standing.
Worse in the AM and associated with stiffness until mid-day.  Refers rash resolved since
on Enbrel.  Endorses Hx of dactylitis, eye redness/pain/blurry vision intermittently.
Non bloody diarrhea persists.  Reports previous generalized arthralgias were worst in the
AM, better with activity and relieved by NSAIDs slightly."

2. Generalized arthralgias
-previous diagnosis of PsA. Do not agree with diagnosis as no evidence of any findings
supporting this diagnosis at this time

-Evaluated by Dermatology: Folliculitis, keratosis pilaris

-has been on Enbrel since 9/2016.  Given significant improvement reported by patient,
will continue for now and monitor for toxicities

-Discussed current findings most consistent with DJD diagnosis and DMARD therapy,
including biologic clinical significant side effects

(End)
```

VA FORM 21-4138, JAN 2015

VBA 9908

COPY MADE BY VBA, ST. LOUIS FROM A RECORD IN VA'S POSSESSION