UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NO. 2:16-CV-00668

ANN DARDAR, ET AL
versus
UNITED STATE OF AMERICA

Deposition of **DR. HUGH MCGRATH** given in the above entitled cause at the Offices of The Assistant United States Attorney, 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130 on Friday, September 29, 2017.

Darnell S. Jackson
Post Office Box 1812, Metairie, Louisiana 70004
(504)715-2929

---

EXAMINATION INDEX

PAGE

Exhibit Index                                3

Appearances                                  4

Stipulations                                 5

DR. HUGH MCGRATH
Examination by Michael J. Ecuyer             7

Signature and Changes                        89

Reporter's Page                              90

Reporter's Certificate                       91

---

EXHIBIT INDEX

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | VA Clinic Notes | 42 |

---

APPEARANCES:

Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
(BY: Michael J. Ecuyer, ESQUIRE)
1100 Poydras Street
Suite 2800
New Orleans, LA 70163

    Representing Plaintiff, ANN DARDAR, ET AL

United States of America
(BY: Peter M. Mansfield, ESQUIRE)
650 Poydras Street
Suite 1600
New Orleans, LA 70130

    Representing Defendant, UNITED STATES OF AMERICA

ALSO PRESENT VIA TELEPHONE:

   Greg Weiss
   Max Schellenderg

REPORTED BY:

**DARNELL S. JACKSON**
Certified Court Reporter

## Page 5

```
 1              STIPULATION
 2        It is hereby stipulated and agreed by
 3   and between all parties that the deposition of DR.
 4   HUGH MCGRATH, is hereby being taken under the
 5   Federal Rules of Civil Procedure, for all
 6   purposes.
 7
 8        The witness reserves the right to read
 9   and sign the deposition. The original is to be
10   retained by Michael J. Ecuyer, Esquire, or Peter
11   M. Mansfield, Esquire, for proper filing with the
12   Clerk of Court.
13
14        All objections, except those as to the
15   form of the question and the responsiveness of the
16   answer, are hereby reserved until the time of
17   trial of the cause.
18
19                  * * *
20
21        Darnell S. Jackson, CCR, in and for the
22   State of Louisiana, officiated in administering
23   the oath to the witness.
24
25
```

## Page 6

```
 1
 2              PROCEEDINGS:
 3            DR. HUGH MCGRATH,
 4   1329 Natchez Loop, Covington, Louisiana 70433,
 5   Louisiana, having been first duly sworn in the
 6   cause, testified under his oath as follows:
```

## Page 7

```
 1            EXAMINATION
 2   BY MR. ECUYER:
 3   Q.   Dr. McGrath, go ahead and give us your
 4   full name and address, please.
 5   A.   Hugh McGrath, uhm, I live in Covington.
 6   Uhm, we just moved, 1328 -- I got to check my
 7   address here to make sure I'm giving you the right
 8   address. We just moved to Covington, uh, but, uhm,
 9   let me make sure. It's 1329 Natchez Loop,
10   Covington, 70433.
11   Q.   Thank you.
12        Doctor, have you had occasion to give a
13   deposition before?
14   A.   Yes. Uhm, yes.
15   Q.   On how many occasions would you say?
16   A.   Oh, two or three.
17   Q.   Okay.
18   A.   They were paid. I was paid to --
19   Q.   As an expert witness?
20   A.   An expert witness, yes.
21   Q.   Very briefly, then. I'm here to ask you
22   a series of questions, you are under oath as if you
23   were testifying before a court, but it's much less
24   formal than that. If I put a question to you that
25   is phrased poorly or in such a manner that you don't
```

## Page 8

```
 1   think you can answer it and it's an unfair question,
 2   let me know and I'll rephrase it. We're not here to
 3   trick you. We're not here to have you guess at
 4   things. We want to know what you know. And if you
 5   don't know, let us know.
 6   A.   Uh-huh (affirmative response).
 7   Q.   Okay. Because we are making a
 8   transcript, you may know where I'm going with a
 9   particular question before I kind of get to the end
10   of it, but if you'd let me finish before starting
11   your answer, it'll make for a better read later on.
12        Also, uh-huh's, unh-unh's, nods of the
13   head and things like that don't come out so well
14   when we go back to read the transcript?
15   A.   Okay.
16   Q.   So, please, yes, no. Uhm, also if we've
17   been going at it for a while and you want to take a
18   break, let me know. We can finish answering the
19   question that's on the table and take a break, okay.
20        Those two or three prior depositions
21   that you've given, those were as an expert witness
22   as a rheumatologist or --
23   A.   As a rheumatologist.
24   Q.   Were those for matters here in Louisiana
25   or elsewhere?
```

```
                                          37                                                   38
1       A.      Yes.                              1       A.      That's indicative of lung disease,
2       Q.      Would you agree with me that coughing,    2  interstitial lung disease, and under that broad
3  hemoptysis --                                  3  category --
4       A.      Hemoptysis, yeah.                 4       Q.      Uh-huh.
5       Q.      -- and dyspnea are all potential signs    5       A.      -- would come DAH.
6  or symptoms --                                 6       Q.      Is it uncommon for lupus to affect a
7       A.      Dyspnea, yes.                     7  patient's lungs?
8       Q.      -- of DAH?                        8       A.      Uncommon, no.  Common.
9       A.      Not specifically for DAH, but DAH would   9       Q.      That's something you deal with during
10 -- those would be symptoms of DAH.            10  your practice?
11      Q.      Counsel indicated we're getting a little 11       A.      All the time.
12 close to talking over one another.  So, If you know 12       Q.      DAH just happens to be a severe form of
13 where I'm going with a question, let me finish it 13 lung injury to a patient who is suffering from --
14 and then give your answer, if you wouldn't mind. 14       A.      Yes, unique.
15      A.      Okay.                            15       Q.      Doctor, how many times did you see
16      Q.      Thank you.                       16  Mr. Dardar in an outpatient setting?
17              You're familiar, then, that      17       A.      Three.
18 radiologically radiologic findings suggestive of 18       Q.      And all of those three outpatient
19 ground glass in the lungs is an indication of DAH, 19  interactions with Mr. Dardar took place at the VA
20 is typically how it's described in the radiologic 20  clinic?
21 findings?                                     21       A.      Yes.
22      A.      Uhm, no.                         22       Q.      And you never saw him at Tulane
23      Q.      You're not familiar with that?   23  Hospital?
24      A.      No.                              24       A.      No.
25      Q.      Okay.                            25       Q.      Doctor, just so we're very clear, in
                                          39                                                   40
1  late last quarter of 2013, early 2014, you were not  1  Doc.
2  working anywhere else other than the VA clinic; 2       A.      I can't, no.  Uhm, there were people --
3  correct?                                       3  there were people responsible, but I don't think one
4       A.      Correct.                         4  person was responsible.
5       Q.      Doctor, tell me about the VA appointment 5       Q.      Did you have any involvement in terms of
6  process in 2013, 2014, how much information do you 6  getting someone in urgently as opposed to a regular
7  have as to how that process worked?            7  schedule?  Would they have to contact you and clear
8       A.      The VA appointment, very little. 8  it or do you have any recollection of that?
9       Q.      Okay.  Was there an individual or a 9       A.      They would occasionally.  Let's see, I'm
10 person responsible for making the appointments in 10  trying to remember.  I don't think -- I don't think
11 the VA clinic at that time, if you know?      11 -- I hope I'm remembering this right, but, no, I
12      A.      Uhm, this -- there are secretaries and, 12  don't remember -- remember such a situation, no.
13 yes.  I don't know of any one person that -- that 13  I'd have to say, no.
14 makes appointments.                           14       Q.      Doctor, was your first visit with
15      Q.      Did you set your own appointments at 15  Mr. Dardar on October 28th, 2013?
16 that time?                                    16       A.      Yes.
17      A.      No.                              17       Q.      And what was your understanding on that
18      Q.      So, nobody called you and you flipped 18  date of why he was coming to see you?
19 open your book or took your computer and --   19       A.      Uhm, he came to me 'cause he had
20      A.      No.  The patients just showed up. 20  arthritis and thought he had lupus, because somebody
21      Q.      And if I wanted to talk to a person who 21 -- I think somebody told him back in 2002, uh, that
22 was responsible for that at that time, you can't 22  he might have lupus.
23 give me that name, can you?                   23       Q.      Doctor, I'm going to give you a set of
24      A.      If you give me her name I might. 24  records that were produced from the clinic, and
25      Q.      There we have the chicken and the egg, 25  we've got excerpts from the rheumatology records.
```