```
                                                                     1


 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2


 3     KENNETH NASSET
                                        CASE NO. 18-9253
 4     VERSUS                           SECT. A(1)
                                        JUDGE ZAINEY
 5                                      MAG. VAN MEERVELD


 6     UNITED STATES OF AMERICA


 7
             ZOOM DEPOSITION OF KENNETH W. NASSET,
 8     50390 HIGHWAY 1065, TICKFAW, LOUISIANA,
       70466, TAKEN ON THURSDAY, THE 13TH DAY OF
 9     AUGUST, 2020.

10     APPEARANCES:

11     APPEARING BY ZOOM
         THE VASQUEZ LAW OFFICE
12       ATTORNEYS AT LAW
         BY:  JESSICA M. VASQUEZ, ESQUIRE
13       400 POYDRAS STREET, SUITE 900
         NEW ORLEANS, LOUISIANA  70130
14
             ATTORNEYS FOR PLAINTIFF
15
       APPEARING BY ZOOM
16       UNITED STATES ATTORNEY'S OFFICE
         ATTORNEYS AT LAW
17       BY:  MARY KATHERINE KAUFMAN, ESQUIRE
         650 POYDRAS STREET, SUITE 1600
18       NEW ORLEANS, LOUISIANA  70130

19           ATTORNEYS FOR THE UNITED STATES OF
             AMERICA
20
       REPORTED BY:
21
       APPEARING BY ZOOM
22       DAWN D. TUPPER, CCR, RPR
         CERTIFIED COURT REPORTER
23       REGISTERED PROFESSIONAL REPORTER

24


25
```

```
1                        I-N-D-E-X

2                                                  PAGE

3       SUIT CAPTION.........................  1
        STIPULATION..........................  4
4       EXAMINATION BY MS. KAUFMAN...........  5
        WITNESS' CERTIFICATE.................  123
5       REPORTER'S CERTIFICATE...............  124
```

1                    And when I get overheated, it
2     can take me two or three hours to cool
3     down.  That's even taking a hot -- I mean
4     a cold bath to cool myself because I get
5     so overheated.
6                    I can't go outside and enjoy
7     the stuff I used to outside.  I can barely
8     go outside to mow my front yard.  Halfway
9     through it my son has to take over and I
10    got a riding lawnmower.  This should be
11    easy stuff.
12         Q.    Okay.
13         A.    I'm sorry.
14         Q.    No.  It's okay.  Have you ever
15    talked to a counselor or psychologist or
16    anyone at the VA about any of this?
17         A.    No.
18         Q.    Why do you believe that you're
19    entitled to damages?
20         A.    Because when I went to see Dr.
21    McGrath he didn't make me aware of the
22    issues.  Even after I requested an
23    appointment, they didn't make an
24    appointment.
25                    It wasn't until I requested an

1   appointment in March with my primary care
2   that she put in a follow-up consult and I
3   finally got one in June.  This med is
4   supposed to be followed closely.  He told
5   me three months and they still didn't
6   follow-up on that.
7              I also wasn't told when you
8   increase the dosage you're at risk of
9   cardiac, new cardiac or worsening goes up.
10  So what happened, I increased the dose and
11  as soon as I increased the dose, within
12  three days I'm --
13             The only thing that changed in
14  my life between I'll say March when I saw
15  the doctor and when that happened was I
16  went up on my doses.  Everything else was
17  my standard routine.
18             .  And when I went up on the
19  doses I ended up in the emergency room a
20  few days later.  Had I been told that this
21  needed to be monitored or that this had
22  these problems when I talked to them in
23  November and I told them it wasn't
24  working, I just told them to take me off
25  it.