# Transcript of the Testimony of
# Hugh McGrath, M.D.

**Date taken: August 21, 2020**

**Kenneth Nasset v. United States of America**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

Page 22

1    mean, with Mr. Nasset?
2         MS. KAUFMAN:
3              I'm going to object to the form of
4    the question.
5    BY MS. VASQUEZ:
6         Q.   Let me rephrase the question because
7    I got the name wrong.  What do you recall from
8    that appointment with Mr. Nasset?
9         A.   Well, that's what I just told you.
10        Q.   Okay.  And then what -- do you
11   remember any other conversation that you had
12   with him?
13        A.   No.
14        Q.   Did you tell him anything about his
15   pain or give --
16        A.   I would have -- I don't remember
17   telling him what exactly what I told him, but I
18   would have talked to him about his problem and
19   what our plans were.
20        Q.   Now, what were the plans?
21        A.   Well, the plans were to start
22   medication to allay his symptoms.
23        Q.   And what medication did you suggest?
24        A.   I don't remember whether it was the
25   first visit or the second visit, but we

Page 26

```
 1   BY MS. VASQUEZ:
 2        Q.    You can still answer it if you
 3   understand what I said.
 4        A.    These might help him.
 5        Q.    Anything else other than that?
 6        A.    I would have told him they have side
 7   effects, but I don't recall what, you know, what
 8   exactly I told him.  Pretty much what I tell
 9   every patient when I give them medications.
10        Q.    And what do you normally tell every
11   patient when you're prescribing Enbrel?
12        A.    I tell them we have to be careful
13   about infection.  It's a side effect that occurs
14   often enough that we have to alert the patient
15   to call or stop the medication if they have any
16   signs of this or this or this.  I just list some
17   of the symptoms or signs that he might have if
18   he has an infection.
19        Q.    What about Humira, did you tell him
20   anything about Humira?
21        A.    If I told him about Humira I would
22   have said that -- I would have said we have two
23   drugs, Humira and Enbrel.  They're very similar
24   drugs.  And one of them you take once a week,
25   one of them you take once every other week, but
```

Page 67

```
 1        Q.    What do you agree with?  Let's put it
 2   that way.
 3        MS. KAUFMAN:
 4              I mean, I'm going to object to the
 5   form of the question.
 6   BY MS. VASQUEZ:
 7        Q.    You can still answer if you
 8   understand.
 9        A.    Okay.  Well, let's go one part at a
10   time.  "Should Etanercept be held up in the
11   setting on new onset congestive heart failure?"
12   Yes, of course.  And "would patient require
13   follow up sooner than scheduled date if change
14   in medical therapy occurs?"  Yes.  "Yes, the
15   etanercept should be discontinued in the setting
16   of recent diagnosis of heart failure?"  Yes.
17   "The diagnosis of psoriatic arthritis and
18   inflammatory back pain was being questioned."
19   Yes, somebody questioned it.  "And I would
20   advise that the patient return for a follow-up
21   appointment with rheumatology to discuss other
22   treatment options."  I don't agree that there
23   are -- I'm not sure what I should agree or
24   disagree with.  It's a little confusing.  If I
25   agree that -- I agree with that he should advise
```

Page 73

1  of the question.
2  BY MS. VASQUEZ:
3     Q.   That's fine.  And you may, but my
4  question here to you, Dr. McGrath, is I'm not
5  sure I follow you.  My question was -- well,
6  what is it that you -- what is your concern
7  about either agreeing or disagreeing with this
8  note?  Because I think you are struggling with
9  whether you want to agree with all of the note
10 or some of the note and I'm just uncertain as to
11 what the issue is.
12    A.   I don't disagree that Enbrel should
13 be discontinued, but I don't know whether Enbrel
14 is responsible.  However, in the, you know, to
15 be safe I think since Enbrel does cause
16 congestive heart failure and this man can only
17 walk one block without becoming short of breath,
18 that's a good reason to discontinue Enbrel.
19 That does not mean that the Enbrel is causing
20 this problem, but I think to be safe, the Enbrel
21 should be discontinued.
22         Let me ask you again, did this man
23 have a major cardiac event just not too long
24 before this?
25    Q.   I would represent that he did but I