```
                                                                    1


 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2


 3     KENNETH NASSET
                                         CASE NO. 18-9253
 4     VERSUS                            SECT. A(1)
                                         JUDGE ZAINEY
 5                                       MAG. VAN MEERVELD


 6     UNITED STATES OF AMERICA


 7
            ZOOM DEPOSITION OF KENNETH W. NASSET,
 8     50390 HIGHWAY 1065, TICKFAW, LOUISIANA,
       70466, TAKEN ON THURSDAY, THE 13TH DAY OF
 9     AUGUST, 2020.

10     APPEARANCES:

11     APPEARING BY ZOOM
         THE VASQUEZ LAW OFFICE
12       ATTORNEYS AT LAW
         BY:  JESSICA M. VASQUEZ, ESQUIRE
13       400 POYDRAS STREET, SUITE 900
         NEW ORLEANS, LOUISIANA  70130
14
            ATTORNEYS FOR PLAINTIFF
15
       APPEARING BY ZOOM
16       UNITED STATES ATTORNEY'S OFFICE
         ATTORNEYS AT LAW
17       BY:  MARY KATHERINE KAUFMAN, ESQUIRE
         650 POYDRAS STREET, SUITE 1600
18       NEW ORLEANS, LOUISIANA  70130

19          ATTORNEYS FOR THE UNITED STATES OF
            AMERICA
20
       REPORTED BY:
21
       APPEARING BY ZOOM
22       DAWN D. TUPPER, CCR, RPR
         CERTIFIED COURT REPORTER
23       REGISTERED PROFESSIONAL REPORTER

24


25
```

1       diagnosis of RA.
2               Q.   Okay.  But you told them on
3       that day that Enbrel was working; correct?
4               A.   I told them it was giving me
5       some relief, yes, in the afternoons.
6               Q.   Okay.  I'm going to pull up
7       this exhibit again.
8               A.   Is this the same one we just
9       looked at?
10              Q.   Yes.
11              A.   Okay.
12           MS. VELASQUEZ:  It has the same Bates
13      number?
14           MS. KAUFMAN:  I believe this is the
15      next page so it's VBA 6107.
16      BY MS. KAUFMAN:
17              Q.   Okay.  And it says here,
18      "Patient feels that the benefits he has
19      derived were quite significant.  Less pain
20      and more energy."
21              Is that what you said on that
22      day?
23              A.   Yes.
24              Q.   And this record also states
25      that Dr. E and Dr. Vargas went over the

1    risks of immunosuppressant therapy;
2    correct?
3             A.   They briefly went over the
4    fact that it causes infections.  And I
5    want to say that they also told me it
6    could be upsetting my stomach as well
7    because I was having some stomach issues
8    at that point.  My irritable bowel
9    syndrome was acting up at that point.
10            Q.   Okay.  Was there anything else
11   that you recall from that day?
12            A.   They told me I was taking it
13   wrong.
14            Q.   Okay.  How often were you
15   taking it?
16            A.   Every other week.
17            Q.   And they told you to take it?
18            A.   Weekly.
19            Q.   Okay.  Is there anything else
20   that you can recall from that day?
21            A.   That's the main thing I recall
22   from that point.  Oh, I think they also
23   told me that Dr. McGrath was no longer
24   seeing patients at the VA or at least
25   rheumatology patients.  That's why they