Page 22

1    mean, with Mr. Nasset?
2         MS. KAUFMAN:
3              I'm going to object to the form of
4    the question.
5    BY MS. VASQUEZ:
6         Q.   Let me rephrase the question because
7    I got the name wrong.  What do you recall from
8    that appointment with Mr. Nasset?
9         A.   Well, that's what I just told you.
10        Q.   Okay.  And then what -- do you
11   remember any other conversation that you had
12   with him?
13        A.   No.
14        Q.   Did you tell him anything about his
15   pain or give --
16        A.   I would have -- I don't remember
17   telling him what exactly what I told him, but I
18   would have talked to him about his problem and
19   what our plans were.
20        Q.   Now, what were the plans?
21        A.   Well, the plans were to start
22   medication to allay his symptoms.
23        Q.   And what medication did you suggest?
24        A.   I don't remember whether it was the
25   first visit or the second visit, but we

Page 28

```
 1   that the same chemical?
 2        A.    No.  They are slightly different.
 3        Q.    How are they different?
 4        A.    Oh, I don't know.  I'm not a chemist.
 5        Q.    Okay.  But the chemical itself is
 6   different in Enbrel versus Humira, would you
 7   agree with that?
 8        A.    Well, they both -- they both block
 9   TNF, tumor necrosis factor.
10        Q.    Did you discuss any other
11   alternatives to TNF inhibitors?
12        MS. KAUFMAN:
13              Object to the form of the question.
14   BY MS. VASQUEZ:
15        Q.    You can still answer.
16        A.    I might have.  I can't recall.
17        Q.    What are the other alternatives to
18   TNF inhibitors?
19        A.    Well, we can start with Naprosyn.  We
20   can -- methotrexate is a drug we use for some
21   patients with arthritis, mostly rheumatoid
22   arthritis, and those are probably the only two
23   that I can recall I would have mentioned, unless
24   he was curious and I went over even more of
25   them.
```

Page 29

1  Q. What about anti-inflammatories, are
2  those alternatives?
3  A. Those are -- the Naprosyn would be an
4  anti-inflammatory, but TNF inhibitors are in
5  effect anti-inflammatories.
6  Q. And Naprosyn would not act as a
7  blocker though; is that correct?
8  A. Well, it wouldn't block TNF which is
9  the major factor in many forms of arthritis.
10 Q. And do you know why perhaps Naprosyn
11 was not suggested as a course of treatment for
12 Mr. Nasset?
13 A. I think he was already or had already
14 taken Naprosyn or Motrin. They're very similar
15 drugs. And they weren't working.
16 Q. You mentioned another one mexo -- I'm
17 sorry, I didn't hear that, mexo --
18 A. Methotrexate.
19 Q. Methotrexate?
20 A. Methotrexate. It's a drug we use
21 mainly for rheumatoid arthritis.
22 Q. And I'm just curious why that one was
23 not recommended over Enbrel or Humira?
24 A. Because the methotrexate doesn't work
25 as well as these other two drugs and I believe

Page 42

1    Q.    Let me ask you this: Do you know what
2  FH, does that stand for family history?
3    A.    Yes.
4    Q.    So it has the family history of MI,
5  would that be myocardial infarction?
6    A.    Yes.
7    Q.    LHC 08, what does that stand for?
8    A.    I don't know.
9    Q.    I'm just wondering.  Now, if we look
10 here at his meds, "active outpatient
11 medications," I don't see Naprosyn on there and
12 I just want to -- I'll flip to the next page and
13 I'm just confirming with you that there's no
14 Naprosyn on that list.
15   A.    Would I put Naprosyn on the list?
16   Q.    No, no.  I'm confirming with you that
17 under this paragraph --
18   A.    It's not there.
19   Q.    -- it doesn't appear that Naprosyn is
20 listed as an active outpatient medication.
21   MS. KAUFMAN:
22        I'm going to object to improper
23 foundation.
24 BY MS. VASQUEZ:
25   Q.    Is that right?

Page 53

1  is to straighten that out so that they don't get
2  any problems and I'm not even sure -- the
3  problems are both pulmonary and cardiac and I
4  know very little about it, obstructive sleep
5  apnea, but it would not be a contraindication to
6  anything.
7       Q.   Now, under "active outpatient
8  medications" --
9       A.   Incidentally, obstructive sleep apnea
10 is not shortness of breath if you're suggesting
11 it might be related to shortness of breath.
12      Q.   No, I would think it has to do
13 with -- and I could be wrong and you could
14 correct me, please feel free to correct me, but
15 isn't that when you stop breathing at night
16 while you're sleeping?
17      A.   Right.
18      Q.   Okay.
19      A.   Usually due to pulmonary disease.
20      Q.   Understood.  Now, under the "active
21 outpatient medications," this appears to be all
22 the medicines that he was on at the time.  Do
23 you see that?
24      A.   Yeah.  Yep.  Yeah.
25      Q.   Now, I don't see Naprosyn or

Page 54

1   methotrexate on here, do you know if there was

2   any discussion as to why he wouldn't try

3   Naprosyn first rather than a TNF inhibitor?

4       A.   He may have and they didn't work so

5   they discontinued them.

6       Q.   Let me just go down here to the rest

7   of your report.  There was an assessment that

8   you did here and it says: "He has general joint

9   pain and a history of back issues with ablations

10  and fusions.  No HLA B27."  What is that?

11      A.   That's something that we see in

12  patients who have joint pain, usually back pain

13  with the joint pain.

14      Q.   "Most large joints but also elbows

15  and hand are painful.  He needs at least a trial

16  of TNF inhibitor which I think is highly likely

17  to help.  I have explained all to him and

18  apprised him on risks."  Do you see that?

19      A.   Yes.

20      Q.   So when you say a trial TNF

21  inhibitor, what did you mean by that?

22      A.   I meant let's try a TNF inhibitor to

23  see if it helps, because if he has what he seems

24  to have, it should help.

25      Q.   And is a trial like a shorter period