UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH NASSET | * | CIVIL ACTION NO. 18-9253 |
| Plaintiff, | * | |
| | * | JUDGE ZAINEY |
| | * | |
| VERSUS | * | MAG. VAN MEERVELD |
| | * | |
| UNITED STATES OF AMERICA | * | SEC. A(1) |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### **ORDER**

Considering the above and foregoing *Exparte* Motion for Leave to File Reply in Support of Motion for Summary Judgement.

IT IS HEREBY ORDERED that the Motion is GRANTED and the Reply in Support of the Motion for Summary Judgment is filed into the record.

_____
UNITED STATES DISTRICT JUDGE