```
                                                          1


 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2


 3    KENNETH NASSET
                                     CASE NO. 18-9253
 4    VERSUS                         SECT. A(1)
                                     JUDGE ZAINEY
 5                                   MAG. VAN MEERVELD


 6    UNITED STATES OF AMERICA


 7
            ZOOM DEPOSITION OF KENNETH W. NASSET,
 8    50390 HIGHWAY 1065, TICKFAW, LOUISIANA,
      70466, TAKEN ON THURSDAY, THE 13TH DAY OF
 9    AUGUST, 2020.

10    APPEARANCES:

11    APPEARING BY ZOOM
        THE VASQUEZ LAW OFFICE
12      ATTORNEYS AT LAW
        BY:  JESSICA M. VASQUEZ, ESQUIRE
13      400 POYDRAS STREET, SUITE 900
        NEW ORLEANS, LOUISIANA  70130
14
             ATTORNEYS FOR PLAINTIFF
15
      APPEARING BY ZOOM
16      UNITED STATES ATTORNEY'S OFFICE
        ATTORNEYS AT LAW
17      BY:  MARY KATHERINE KAUFMAN, ESQUIRE
        650 POYDRAS STREET, SUITE 1600
18      NEW ORLEANS, LOUISIANA  70130

19           ATTORNEYS FOR THE UNITED STATES OF
             AMERICA
20
      REPORTED BY:
21
      APPEARING BY ZOOM
22      DAWN D. TUPPER, CCR, RPR
        CERTIFIED COURT REPORTER
23      REGISTERED PROFESSIONAL REPORTER

24

25
```

1       diagnosis of RA.
2            Q.    Okay.  But you told them on
3       that day that Enbrel was working; correct?
4            A.    I told them it was giving me
5       some relief, yes, in the afternoons.
6            Q.    Okay.  I'm going to pull up
7       this exhibit again.
8            A.    Is this the same one we just
9       looked at?
10           Q.    Yes.
11           A.    Okay.
12           MS. VELASQUEZ:  It has the same Bates
13      number?
14           MS. KAUFMAN:  I believe this is the
15      next page so it's VBA 6107.
16      BY MS. KAUFMAN:
17           Q.    Okay.  And it says here,
18      "Patient feels that the benefits he has
19      derived were quite significant.  Less pain
20      and more energy."
21                Is that what you said on that
22      day?
23           A.    Yes.
24           Q.    And this record also states
25      that Dr. E and Dr. Vargas went over the

Dawn D. Tupper, CCR, RPR
(504) 430-0491

1      risks of immunosuppressant therapy;
2      correct?
3              A.   They briefly went over the
4      fact that it causes infections.  And I
5      want to say that they also told me it
6      could be upsetting my stomach as well
7      because I was having some stomach issues
8      at that point.  My irritable bowel
9      syndrome was acting up at that point.
10             Q.   Okay.  Was there anything else
11     that you recall from that day?
12             A.   They told me I was taking it
13     wrong.
14             Q.   Okay.  How often were you
15     taking it?
16             A.   Every other week.
17             Q.   And they told you to take it?
18             A.   Weekly.
19             Q.   Okay.  Is there anything else
20     that you can recall from that day?
21             A.   That's the main thing I recall
22     from that point.  Oh, I think they also
23     told me that Dr. McGrath was no longer
24     seeing patients at the VA or at least
25     rheumatology patients.  That's why they