```
LOCAL TITLE: CARDIOLOGY CONSULT REPORT
STANDARD TITLE: CARDIOLOGY CONSULT
DATE OF NOTE: MAY 13, 2009@14:47      ENTRY DATE: MAY 13, 2009@22:55:25
      AUTHOR: BALI,AJAY KUMAR       EXP COSIGNER:
 INSTITUTION: ALVIN C. YORK VAMC
    DIVISION: ALVIN C YORK (Eff 10/1/00)
     URGENCY:                                    STATUS: COMPLETED
```

Murfreesboro TN

CONSULTATION NO:
2003878

REQUESTING PROVIDER:
Carla Lueshen, MD

REASON FOR CONSULTATION:
Abnormal electrocardiogram.

This is a 37-year-old veteran who is being referred to general cardiology clinic for evaluation. The veteran was seen on April 29, 2009 in the primary care clinic for followup and at time probably a cardiogram was done and it showed sinus arrhythmias and normal sinus rhythm and Dr. Carla Lueshen wanted cardiology checkup.

PAST MEDICAL HISTORY:
Irritable bowel syndrome, chronic low back pain, migraine headaches, dyslipidemia, hypertension, erectile dysfunction. The veteran has chronic low back pain secondary to T12 compression fracture and L4-5 disk herniation status post T12 vertebroplasty. He also had an MRI of the lumbar spine which showed compression fracture status post vertebroplasty, small central disk bulges L4-L5, L5-S1.

SYMPTOMS:
The veteran continues to have back pain all the time and he also feels that if he lies on his side with his neck tilted toward his shoulder after some time starts having numbness and tingling in the affected arm which probably is related to some kind of neuropathy from the cervical pressure. The same symptoms he feels in his legs, has numbness and tingling in his legs with his daughter sitting in his lap for quite some time, again raising the possibility of some entrapment neuropathy. Otherwise the veteran says that he has no history of heart attack and no history of chest pains. He does have mild shortness of breath especially if he has a lot of back pain then he says it becomes harder for him to breathe. No syncope and no pedal edema.

As I said when this veteran came for his primary care visit and the electrocardiogram was performed it showed normal sinus rhythm with sinus arrhythmias.

PHYSICAL EXAMINATION:

---

CLIN DOC: Progress Note                                           Page: 1
NASSET,KENNETH WILLIAM  SSN#371781475          Printed on: Feb 11, 2019 4:27:07 pm
System: VISTA.TENNESSEEVALLEY.MED.VA.GOV                      Division: 626

1

Blood pressure is 124/82, pulse is 99 beats per minute. He has no elevated neck veins, no carotid bruits, thyroid is not palpable, neck is supple. Heart sounds are normal but the veteran has a little bit faster heart rate, no murmurs or gallops. Lungs are clear to auscultation, no wheezing, crepitations or rhonchi. There is some tenderness in the low back area. Extremities: No pedal edema, cyanosis or clubbing.

Electrocardiogram: Sinus rhythm with sinus arrhythmias. Drug screen is negative. Hepatitis C is nonreactive. Urine is negative for blood, bilirubin, ketones, glucose. Hemoglobin and hematocrit are normal. Thyroid profile is normal. Cholesterol is 137, HDL 30, triglycerides 351. BUN is 13 and creatinine is 1.23. Blood glucose is 99.

IMPRESSION:
1. The patient has chronic low back pain.
2. He has a history of musculoskeletal pains.
3. The EKG is normal, it only shows normal sinus rhythm with sinus arrhythmia which is a normal phenomenon.

RECOMMENDATIONS:
Our recommendations on this patient are as follows:
1. Please continue with risk factor modification.
2. At the present time the veteran does not need any workup for his heart. If in the future if he starts having chest pains consider working him up with a stress test.

Thanks for the consult.


Date Transcribed: 05/13/09
Date Dictated: 05/13/09@1602
V:   spw
JOB: 25988
jjb:eTRANSplus

/es/ AJAY KUMAR BALI
M.D./ACY
Signed: 05/14/2009 09:39

```
LOCAL TITLE: CARDIOLOGY PROGRESS NOTE
STANDARD TITLE: CARDIOLOGY NOTE
DATE OF NOTE: SEP 03, 2010@14:31     ENTRY DATE: SEP 03, 2010@14:31:10
      AUTHOR: BALI,AJAY KUMAR        EXP COSIGNER:
 INSTITUTION: ALVIN C. YORK VAMC
    DIVISION: ALVIN C YORK (Eff 10/1/00)
     URGENCY:                         STATUS: COMPLETED
```

I was called for abnormal stress test
Patient under went stress test because he was having abnormal EKG
He has a brief episode of chest pain when the meds was being injected ,
He feels fine now
EXAM of CV system is unremarkable
NO evidence of CHF was noted
Nuclear study showed that he has a large mild anterior wall ischemiac defect
Plan
Patient can be discharged since he has no symptoms
Will continue with ASA metaprolol and will add NTG and stop his levitra
Will place a consult with Nashville Cardiology service for outpatient evaluation
for cardiac cath
Patient advised that if he starts having chest  pains which are more frequent
,to take S/L NTG as directed and to come back to the hospital

/es/ AJAY KUMAR BALI
M.D./ACY
Signed: 09/03/2010 14:36

CLIN DOC: Progress Note                                              Page: 1
NASSET,KENNETH WILLIAM  SSN#371781475           Printed on: Feb 11, 2019 4:30:18 pm
System: VISTA.TENNESSEEVALLEY.MED.VA.GOV                        Division: 626

3

```
LOCAL TITLE: CARDIOLOGY POST PROCEDURE NOTE
STANDARD TITLE: CARDIOLOGY POSTPROCEDURE NOTE
DATE OF NOTE: SEP 23, 2010@11:05    ENTRY DATE: SEP 23, 2010@11:05:33
     AUTHOR: SHOEMAKER,BENJAMIN   EXP COSIGNER: BAGAI,JAYANT
INSTITUTION: TENNESSEE VALLEY HCS
   DIVISION: NASHVILLE
    URGENCY:                              STATUS: COMPLETED
```

(1) Pre-Procedure Diagnosis:Abnormal Stress Test

(2) Post-Procedure Diagnosis:No evidence of CAD

(3) Procedure performed:Coronary angiogram and LHC

(4) Procedural findings:Right dominant coronary circulation free of CAD.  Normal LV filling pressures.  Left ventriculogram demonstrated normal wall motion with LVEF ~55%.


(5) Vascular Access:
right radial artery.


(6) Hemostasis:
TR Band


(7) Medications given: (see nurse's note)

(8) Attending Cardiologist:Dr. Jayant Bagai


(9) Cardiology Fellow:Ben Shoemaker

(10) Specimen removed if any:none


(11) Complications during procedure:none


(12) Estimated blood loss:30mL

(13) Condition of patient:stable


(14) Disposition:
Return to Same Day Procedures


(15) Expected plan for the next level of care:Discharge home and follow-up with PCP for cardiac risk factor modification.

/es/ MOORE B SHOEMAKER
Cardiology Fellow
Signed: 09/23/2010 11:08

/es/ JAYANT BAGAI, MD
Attending Cardiologist
Cosigned: 09/23/2010 11:56

Division: 626

4

```
LOCAL TITLE: CARDIAC CATHETERIZATION REPORT
STANDARD TITLE: CARDIOLOGY PROCEDURE REPORT
DATE OF NOTE: SEP 27, 2010@16:24     ENTRY DATE: SEP 27, 2010@16:24:23
     AUTHOR: BAGAI,JAYANT           EXP COSIGNER:
INSTITUTION: TENNESSEE VALLEY HCS
   DIVISION: NASHVILLE
     URGENCY:                              STATUS: COMPLETED
```

VA Cardiovascular Assessment, Reporting, and Tracking (CART) system

CARDIOVASCULAR DIAGNOSTIC AND THERAPEUTIC PROCEDURE REPORT

Patient: NASSET,KENNETH WILLIAM  SSN: 371781475  DOB:   3/5/1972  AGE: 38
Procedure Date:  9/23/2010  Associated Assessment: 9/22/2010
Attending: BAGAI,JAYANT
Operators: SHOEMAKER,MOORE B

Procedures: Left Heart Catheterization, LV Angiography, Coronary Angiography

 Status: Elective
 This was an outpatient procedure.

Indications: Positive Functional Study

ACCESS
 Primary Arterial:   Right Radial, 6F sheath, Other closure, TR Band

CATHETERS
 Right coronary artery: JR 5, 6 fr
 Left coronary artery:  Other, 6 fr, Jacky

LEFT HEART CATHETERIZATION

 Heart Rate: 105
 Pressures (mmHg)
  Aorta:         129/95, mean 110
  LV Systolic: 123
  LVEDP:       5

 No Aortic valve stenosis

LV-ANGIOGRAPHY
 EF = 55%   Normal wall motion

CORONARY ANGIOGRAPHY

---------------
Native Vessels
---------------
Summary:   Normal Coronary Arteries
Dominance: Right dominant

Stenoses Details
-----------------------------------------------------------------------------------