# Consult Requests

Printed On Feb 7, 2020

```
 6)    CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
          THREE TIMES A DAY AS NEEDED AS A MUSCLE RELAXANT
 7)    ETANERCEPT 50MG/ML INJ SYRINGE INJECT 50MG/1ML          ACTIVE
          SUBCUTANEOUSLY EVERY WEEK
 8)    FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 1        ACTIVE
          SPRAY IN EACH NOSTRIL EVERY DAY FOR ALLERGIES
 9)    HYDROCODONE 5MG/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET   ACTIVE
          BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
          PLEASE OVERNIGHT DELIVER
10)    LIDOCAINE 5% OINT APPLY SMALL AMOUNT TOPICALLY EVERY    ACTIVE
          DAY
11)    PROPRANOLOL HCL 10MG TAB TAKE ONE TABLET BY MOUTH       ACTIVE (S)
          EVERY DAY FOR HEART/BLOOD PRESSURE
12)    SODIUM CHLORIDE 0.65% SOLN NASAL SPRAY INHALE 1 SPRAY   ACTIVE
          IN EACH NOSTRIL EVERY FOUR HOURS AS NEEDED - TO
          LUBRICATE AND MOISTEN MUCOUS MEMBRANES
13)    SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY       ACTIVE
          MOUTH SEE COMMENT ,NO RELIEF REPEAT IN 2 HOURS
          MAX/200MG/DAY  TAKE 1 TABLET AT ONSET OF SYMPTOMS,
          MAY REPEAT IN 2 HOURS IF NO RELIEF FOR  HEADACHE
14)    TRIAMCINOLONE ACETONIDE 0.1% CREAM 15GM APPLY SMALL     ACTIVE
          AMOUNT TOPICALLY ONCE DAILY AS NEEDED APPLY SMALL
          AMOUNT EVERY DAY AS NEEDED TO RED, ITCHY BUMPS.
          AVOID USE ON FACE/GROIN/UNDER ARMS.

       Active Non-VA Medications                               Status
=========================================================================
1)   Non-VA LIDOCAINE/PRILOCAINE CREAM,TOP SMALL AMOUNT        ACTIVE
        TOPICALLY TWICE A DAY

15 Total Medications

No Active Remote Medications for this patient

Name of facility/ER: TUMC ER
Location:
Contact Information:


Was an opportunity given to the recipient of the patient to ask and
receive a response to questions? Yes

Referring Physician: campisi
 Physician's Telephone number: 507-2000

Receiving Physician:Holden
 Facility Name:TUMC ER
 Physician's Telephone number:988-5711

Patient's Age: 45 Patient's Sex:MALE
```

---

**PATIENT NAME AND ADDRESS** (Mechanical Imprinting, if available)
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

**VISTA Electronic Medical Documentation**
Printed at SE LOUISIANA VETERANS HCS

# Progress Notes

Printed On Feb 7, 2020

```
XR LS
       Old T12 vertebral compression fracture and degenerative change
       of the lower lumbar spine most pronounced at L5-S1.

XR knees
   Mild bilateral medial tibiofemoral degenerative changes.

XR hips
  Mild/moderate bilateral hip degenerative changes; there are also
       findings present in the bilateral hips which can be seen in
       femoroacetabular impingement.

Ankle
        Normal left ankle series.

MRI 6/2017: old compression fracture on T12. S/p kyphoplasty.  Multiple
spondylosis and mod stenosis L4-S1

ASSESSMENT/PLAN

1. Chronic back pain
-likely mechanical in nature complicated by compression fracture s/p surgical
intervention
-c/w pain management as per pain specialist and PMD
-remains with no evidence of inflammatory changes

2. Generalized arthralgias
-No evidence of PsO/PsA today
-Evaluated by Dermatology: Folliculitis, keratosis pilaris
-No indication for bDMARD therapy at this time
-Discussed again current findings most consistent with DJD diagnosis
-Concern for fibromyaliga, but he has contraindications to SSRIs and
gabapentin/pregabalin, so we will withhold medical therapy

3. HFrEF
- Nonischemic CM
- No etiology discovered per cardiology documentation
- Contraindicates TNFi therapy

RTC: 12 months for surveillance of clinical findings of SpA; should symptoms
change, he can call for sooner follow up.

Discussed and evaluated with Dr. Emejuiawe.

Ross J. Thibodaux, MD
LSU Rheumatology Fellow

/es/ Ross J THIBODAUX
```

**PATIENT NAME AND ADDRESS** (Mechanical Imprinting, if available)
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

**VISTA Electronic Medical Documentation**
Printed at SE LOUISIANA VETERANS HCS

VA_001218

VA Page 1218

# Progress Notes

Printed On Feb 7, 2020

```
PE:
 PE:
Last Vitals:
Temp: 98 F [36.7 C] (08/18/2016 13:23)
Pulse: 80 (08/18/2016 13:23)
Resp: 20 (08/18/2016 13:23)
BP: 126/84 (08/18/2016 13:23)
Weight: 229.5 lb [104.3 kg] (05/24/2016 14:40)
Height: 70 in [177.8 cm] (05/24/2016 14:39)
BMI: 33.0
Pain: 4 (08/18/2016 13:23)


NAD, Cooperative
HEENT:Normocephalic
NECK SUPPLE, NO JVD NO CAROTID BRUIT
LUNGS:CTA NO WHEEZES
HEART:RRR
ABDOMEN:BS NORMOACTIVE
EXT:NO C/C/E
Neurol: oriented in time and space.


HEALTH MAINTANCE:
Discussed with the patient benefit of Flu Vaccine yearly
Meds reconciled/refilled, meds uses/precautions reviewed,
         labs reviewed


LABS:
Recent labs: Discussed

A/P:
--Migraines getting worse, running out of sumatriptan earlier. Proceed with CT
Of The Head and Neurology referal. Give tylenol. Add inderal 10 mg po qd.
--Diabetes Mellitus With Aic 5.9. He has made significant life style changes.
 Informed him of his great  results
--HTN: Diastolic a bit high. Add Inderal 10 mg by mouth daily in hopes also to
help with his migraines
--Chronic Fatigue asoc with muscle achiness: Bilateral arms, legs , shoulders,
hands. Asoc to morning stiffness lastig no less than 1 hr.No Swalling in any
joints. The patient had the opportunity to review long-term narcotic agreement.
Opportunity to ask questions were given. Advised the patient to use up to 80
tablets this month instead of 80 Tylenol PRN/
--Exertional SOB and fatigue: Refer to Cardiology
--Hypertriglyceridemia: Resolved
--Obstructive sleep apnea: Off cpap: Discussed with the patient that lack of his
CPAP may become a contributing factor for his fatigue. Patient is interested in
going to the clinic are to see if he can get a new machine
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

VISTA Electronic Medical Documentation
Printed at SE LOUISIANA VETERANS HCS

VA_001546
VA Page 1546

# Progress Notes

Printed On Feb 7, 2020

```
LABS:

 HCT:      48.6      (03/22/12 14:54)    49.3    (04/23/14 14:11)
 HGB:      16.7      (03/22/12 14:54)    16.2    (04/23/14 14:11)
 MCH:      31.5      (03/22/12 14:54)    30.5    (04/23/14 14:11)
 MCHC:     34.4      (03/22/12 14:54)    32.8    (04/23/14 14:11)
 MCV:      91.5      (03/22/12 14:54)    93.0    (04/23/14 14:11)
 MPV:      10        (12/16/94 09:20)    9.4     (01/30/98 16:48)
 PLT:      383       (03/22/12 14:54)    360     (04/23/14 14:11)
 RBC:      5.31      (03/22/12 14:54)    5.30    (04/23/14 14:11)
 RDW-CV:   13.1      (03/22/12 14:54)    12.8    (04/23/14 14:11)
 WBC:      6.7       (03/22/12 14:54)    6.0     (04/23/14 14:11)
CHEM 7 Coll. date       GLUC    BUN      CO2      NA      CL       CREAT   K
5/18/15 13:53           96      14       32       139     99 L     1.0     3.0 L
11/13/14 08:09          121 H   16       35 H     141     96 L     1.1     3.3 L
4/23/14 14:11           87      12       30       139     105      1.0     4.1


EKG/ECHO/CATH/CXR/PFT REPORTS: Ekg Not Done/ Chest : No acute problems

CARDIAC RISK FACTORS: Dm / Htn/ OSA/ abn EKG

DIABETES/COAGULATION/LIVER ISSUES: No



PLAN/RECOMMENDATIONS:
Medically this patient has stable Medical problems. He experience exertional
dypsnea and his EKG is abnormal. I will ask for a cardiology eval prior to his
eval.
His Pt, ptt and U/a are pending




-©2010 UpToDate®
--------------------------------------------------------------------------------
-----------------------
Preoperative medical evaluation questions for a healthy patient
Questions
1. Do you usually get chest pain or breathlessness when you climb up two flights
of stairs at normal
speed? No
2. Do you have kidney disease? No
3. Has anyone in your family (blood relatives) had a problem following an
anesthetic? No
4. Have you ever had a heart attack? No
5. Have you ever been diagnosed with an irregular heartbeat? No
6. Have you ever had a stroke? No
7. If you have been put to sleep for an operation were there any anesthetic
problems? No
8. Do you suffer from epilepsy or seizures? No
```

**PATIENT NAME AND ADDRESS** (Mechanical Imprinting, if available)
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

**VISTA Electronic Medical Documentation**
Printed at SE LOUISIANA VETERANS HCS

VA_001680

VA Page 1680

# Progress Notes

Printed On Feb 7, 2020

```
/es/ STEPHANIE SLAUGHTER
RN
Signed: 03/26/2012 16:03
```

```
 LOCAL TITLE: PHYSICAL THERAPY - DAILY NOTE OUTPT
STANDARD TITLE: PHYSICAL THERAPY NOTE
DATE OF NOTE: MAR 26, 2012@15:06     ENTRY DATE: MAR 26, 2012@15:06:35
      AUTHOR: GAUDIN,DANIEL J     EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

pt came to PT visit with c/o L arm numbness, shortness of breath, and feelings
of pressure in chest. pt sent to BR North Clinic immediately. pt states these
symptoms may be related to medication side effects however pt advised to that
these are all signs of heart attack and this should be checked out immediately.

/es/ Daniel J GAUDIN
PHYSICAL THERAPIST
Signed: 03/26/2012 15:08
```

```
 LOCAL TITLE: CLINIC NURSE ASSESSMENT NOTE
STANDARD TITLE: NURSING OUTPATIENT NOTE
DATE OF NOTE: MAR 26, 2012@14:54     ENTRY DATE: MAR 26, 2012@14:54:41
      AUTHOR: SLAUGHTER,STEPHANIE  EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

   *** CLINIC NURSE ASSESSMENT NOTE Has ADDENDA ***

*****NOTE: Full name and social security number verification
required. DOB and picture ID to be used only if unable to verify using
full name and social security.******

Please select the two patient identifiers used to
verify patient:

[x]Patient Name
[x]Social Security Number
[]Date of Birth
[]Picture ID



Pt id verified with name and full social security number:

ALLERGIES:
PENICILLIN, SULFA DRUGS, ERYTHROMYCIN, GABAPENTIN, IBUPROFEN, EGGS, WASP
STINGS


VITAL SIGNS:

Vitals
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

VISTA Electronic Medical Documentation
Printed at SE LOUISIANA VETERANS HCS

VA_002079
VA Page 2079

# Progress Notes

Printed On Feb 7, 2020

```
At 1:41 PM on January 13, 2012, the patient(and/or surrogate)
received the following document:
RADIOFREQUENCY NERVE ABLATION.
This document was selected from category: Consents - Basic.
This document was selected from specialty: Anesthesia/Pain
Management.
Witness Name(if applicable):


                        *** SCANNED DOCUMENT ***
                         SIGNATURE NOT REQUIRED



   Electronically Filed: 01/13/2012
                    by: SERVICE DICOM




 LOCAL TITLE: PAIN MEDICINE CLINIC
STANDARD TITLE: PAIN OUTPATIENT NOTE
DATE OF NOTE: JAN 13, 2012@13:23     ENTRY DATE: JAN 13, 2012@13:23:56
      AUTHOR: ANDERSON,JEFFREY    EXP COSIGNER: SHARMA,SANJAY MD
     URGENCY:                           STATUS: COMPLETED

   *** PAIN MEDICINE CLINIC Has ADDENDA ***

39 yo man with history of chronic back pain returning to clinic for right
L3,L4,L5 RFA.  LAst seen in clinic on 12/15/11 at which time left-sided RFA
performed.  Since that time, the constant pain has been relieved although he
has noticed some midline pain lower down.  States pain has improved 70-80%
and has noticed other pains that were "covered up" by the overarcing pain
before.  Currently taking morphine for the pain but no longer requires it
daily.

Denies use of blood thinners.  Has driver.
Allergies: PCN, Sulfa, erythromycin, gabapentin, ibuprofen, wasp stings,
bees.


Exam:
Temp: 98.7 F [37.1 C] (01/13/2012 13:13)
Pulse: 91 (01/13/2012 13:13)
Resp: 16 (01/13/2012 13:13)
BP: 141/98 (01/13/2012 13:13)
Weight: 212 lb [96.4 kg] (01/13/2012 13:13)
Height: 72 in [182.9 cm] (08/05/2011 14:48)
BMI: 28.8
```

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**
NASSET,KENNETH WILLIAM
50390 HIGHWAY 1065
TICKFAW, LOUISIANA  70466

**VISTA Electronic Medical Documentation**
Printed at SE LOUISIANA VETERANS HCS

VA_002114

VA Page 2114