1

1          UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA

2


3    KENNETH NASSET
                                 CASE NO. 18-9253
4    VERSUS                      SECT. A(1)
                                 JUDGE ZAINEY
5                                MAG. VAN MEERVELD


6    UNITED STATES OF AMERICA


7

         ZOOM DEPOSITION OF KENNETH W. NASSET,
8    50390 HIGHWAY 1065, TICKFAW, LOUISIANA,
     70466, TAKEN ON THURSDAY, THE 13TH DAY OF
9    AUGUST, 2020.

10   APPEARANCES:

11   APPEARING BY ZOOM
       THE VASQUEZ LAW OFFICE
12     ATTORNEYS AT LAW
       BY:  JESSICA M. VASQUEZ, ESQUIRE
13     400 POYDRAS STREET, SUITE 900
       NEW ORLEANS, LOUISIANA  70130
14
            ATTORNEYS FOR PLAINTIFF
15
     APPEARING BY ZOOM
16     UNITED STATES ATTORNEY'S OFFICE
       ATTORNEYS AT LAW
17     BY:  MARY KATHERINE KAUFMAN, ESQUIRE
       650 POYDRAS STREET, SUITE 1600
18     NEW ORLEANS, LOUISIANA  70130

19          ATTORNEYS FOR THE UNITED STATES OF
            AMERICA
20
     REPORTED BY:
21
     APPEARING BY ZOOM
22     DAWN D. TUPPER, CCR, RPR
       CERTIFIED COURT REPORTER
23     REGISTERED PROFESSIONAL REPORTER

24

25

39

1          Q.    And how were you treated with

2     the depression?

3          A.    The same way I was with the

4     PTSD.  They were trying to -- they thought

5     the PTSD may be causing the depression.

6     They were trying to relieve the PTSD to

7     relieve the depression.

8                They did, like, the

9     hypnotherapy aversion, or not aversion

10    therapy, but exposure therapy and then

11    different meds in the '90s.

12         Q.    Are there any other diagnoses

13    that you have had that I am missing?

14         A.    I told you everything I can

15    remember at the moment.

16         Q.    If there's no diagnosis in

17    your VA medical records for congestive

18    heart failure prior to June of 2017, you

19    wouldn't have any reason to dispute that;

20    would you?

21         A.    No.

22         Q.    In your complaint you allege

23    that you had an abnormal EKG as early as

24    2005; correct?

25         A.    Yes.

1      Q.     What did he say about

2   infection?

3      A.     He told me that the main

4   problem with taking a TNF is your ability

5   to fight off infections becomes impaired,

6   and that he wanted to put me on Humira

7   because you take that once a week.

8            And if I was to get an

9   infection, we could stop and it would take

10   less time to get out of my system which

11   would help me to build up my immunity so

12   that I could fight off the infections.

13      Q.     You allege in your petition

14   that had you been advised of the potential

15   effects of Enbrel, you would not have

16   chosen that course of treatment because

17   you would not want to be a patient that

18   required careful monitoring or at an

19   increased risk of heart problems; correct?

20      A.     Correct.

21      Q.     You said you wouldn't want to

22   experience an increased risk of heart

23   problems; correct?

24      A.     Correct.

25      Q.     If I told you that the chances

70

1       September 13th, 2016?

2              A.     We didn't really go over my

3       heart that much at all.

4              Q.     What do you mean by "that

5       much"?

6              A.     That he asked me about my high

7       blood pressure and the meds I was taking,

8       kind of like you did.

9              Q.     Did you tell Dr. McGrath on

10      September 13th, 2016 that you had abnormal

11      EKGs in the past?

12             A.     No, because I wasn't aware

13      that was relevant to rheumatology.

14             Q.     Did you tell Dr. McGrath that

15      you had previously had pain in your chest?

16             A.     Again, I didn't think it was

17      relevant to talk to a rheumatologist

18      about, so no.

19             Q.     And did you tell him about the

20      incident on February of 2012 or 2013?

21             A.     Same answer.  I didn't think

22      it was relevant so there was no reason for

23      me to bring it up.

24             Q.     Did you tell Dr. McGrath that

25      you had a problem with your words?

72

1      correct?

2              A.    Yes, I did.

3              Q.    You said that Dr. McGrath told

4      you to return to him in three months;

5      correct?

6              A.    Correct.

7              Q.    And Nurse Godfrey instructed

8      you that if you did not hear anything in

9      about one weak, to send her a secure

10     message and she would check for you;

11     correct?

12             A.    Yeah.  I believe so, yes.

13             Q.    And you did not send a secure

14     message requesting a follow-up

15     appointment; correct?

16             A.    Not that I remember, no.

17             Q.    Why not?

18             A.    Life happens.  I don't always

19     remember.  The VA is the one that handles

20     your appointments.  You call them.  You

21     contact.  They make it up.  You only call

22     the VA if you're having an emergency or

23     something you need to be seen for.

24                   You don't call them and just

25     request appointments out of the blue.

74

1          Q.    And what did she say?

2          A.    I believe she said she would

3     get with Dr. McGrath and then get back to

4     me.

5          Q.    Did she get back to you?

6          A.    Yes.  And told me that Dr.

7     McGrath said to go ahead and take the

8     Humira -- or the Enbrel.  Excuse me.

9          Q.    And when did she get back to

10    you and tell you to take the Enbrel?

11         A.    I don't specifically remember,

12    but I think it was later that same day.

13         Q.    Okay.  Did you ask Nurse

14    Godfrey about the side effects of Enbrel

15    on October 19, 2016?

16         A.    No.

17         Q.    Did you begin taking the

18    Enbrel that day?

19         A.    I believe it was the next day.

20         Q.    Prior to taking Enbrel, did

21    you read the box?

22         A.    No.

23         Q.    Did you read the packet insert

24    on Enbrel?

25         A.    No.

81

1    risks of immunosuppressant therapy;

2    correct?

3              A.    They briefly went over the

4    fact that it causes infections.  And I

5    want to say that they also told me it

6    could be upsetting my stomach as well

7    because I was having some stomach issues

8    at that point.  My irritable bowel

9    syndrome was acting up at that point.

10             Q.    Okay.  Was there anything else

11   that you recall from that day?

12             A.    They told me I was taking it

13   wrong.

14             Q.    Okay.  How often were you

15   taking it?

16             A.    Every other week.

17             Q.    And they told you to take it?

18             A.    Weekly.

19             Q.    Okay.  Is there anything else

20   that you can recall from that day?

21             A.    That's the main thing I recall

22   from that point.  Oh, I think they also

23   told me that Dr. McGrath was no longer

24   seeing patients at the VA or at least

25   rheumatology patients.  That's why they

1          A.    Yes, it is.

2          Q.    And just above your signature,

3    actually below your signature there it

4    states that, "The law provides severe

5    penalties which include fine or

6    imprisonment, or both, for the willful

7    submission of any statement or evidence of

8    a material fact knowing it to be false."

9    Correct?

10         A.    Okay.  Yes.

11         Q.    And in this statement you seek

12   to have your congestive heart failure from

13   June of 2017 deemed service related; is

14   that correct?

15         A.    Yes.

16         Q.    So is your congestive heart

17   failure from June of 2017 service related

18   or caused by a lack of informed consent?

19         A.    It's caused by lack of

20   informed consent.

21         Q.    Okay.  Well, then why did you

22   say in this statement that it was service

23   related?

24         A.    I was asking it to be reviewed

25   as.  I don't see any place in there that I

1    some other minor side effects, but nothing

2    relating to the heart, out of the

3    ordinary, or life threatening."  Correct?

4          A.    Exactly.

5          Q.    What were the other minor side

6    effects he mentioned to you?

7          A.    I don't remember specifically

8    at the moment.  I wrote this within less

9    than a year of the event happening.  My

10   memory on it was much better at that point

11   than it is now.

12         Q.    Okay.  So you admit that Dr.

13   McGrath did advise you of the risk of

14   infection of taking Enbrel; correct?

15         A.    Yes, I do.

16         Q.    As well as other side effects;

17   correct?

18         A.    Yes.  He mentioned some minor

19   side effects, yes, but according to him

20   they were minor.

21         Q.    But you don't recall what

22   those other side effects are?

23         A.    I believe it was stomach and

24   possibly headache.  But no, I don't

25   remember specifically.

108

1          Q.     You.

2          A.     Okay.  I'm sorry.  I thought

3     you two were correcting this.

4          Q.     Oh.

5          A.     Yes.  It was June 13th of

6     2017.

7          Q.     Okay.  So you have made three

8     statements to the VA to support your claim

9     that your congestive heart failure in June

10    of 2017 is service related; correct?

11         A.     I don't know the exact number.

12    But yes, I made multiple.

13         Q.     Okay.  Are there any other

14    ones that I haven't covered that you're

15    aware of?

16         A.     Not that I'm aware of.

17         Q.     Okay.  And it's my

18    understanding that this claim is still

19    pending.  Is that your understanding?

20         A.     No.  They denied this claim

21    earlier this year.

22         Q.     Did you receive a letter

23    recently from the VA stating that this

24    claim is still pending?

25         A.     I don't think so.  Wait a