# Consult Requests

```
                          URTICARIA  (0%)

Order Information
To Service:             NON-FORMULARY OUTPT DRUG REQ - PADR
From Service:           ZZNOL RHEUM MCGRATH NEW PT
Requesting Provider:    MCGRATH,HUGH MD
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Clinically Ind. Date: Sep 13, 2016
Orderable Item:         NON-FORMULARY OUTPT DRUG REQ - PADR
Consult:                Consult Request
Provisional Diagnosis: psoriatic arthritis
Reason For Request:
 VA CLINICAL GUIDANCE - CRITERIA FOR USE WEBSITE:



Patient is LUMBOSACRAL OR CERVICAL STRAIN 20% percent Service Connected.

If patient is listed as Service Connected above:
Is this medication related to a service connected
condition?No

 Reason formulary drugs cannot be used:
 The patient has an inflammatory polyarthritis and a hx of spine psin and
disease consistant with psor arthritis and he has a hc of what sounds
like
pruritus ani and dry scalp.

He has no TB, chronic fungal infection, Hep B or C, or hx of CHF,
Lymphoma or
MS. He has been briefed on the risks of the mediation and the need to be
cautious.


 Diagnosis for which Non-Formulary drug is prescribed:
 Psoriatic arthritis

 Generic/Brand Name:Enbrel

 *NOTE* Therapy with a non-formulary drug should be
 considered a therapeutic trial.  Initial therapy NTE 90 days.
 Renewals must be accompanied by evidence of efficacy

 Duration of treatment with requested drug: one year

Inter-facility Information
This is not an inter-facility consult request.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |