UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH NASSET** | * | **CASE NO. 18-9253** |
| vs. | * | SECT. A(1) |
| **UNITED STATES OF AMERICA** | * | **JUDGE ZAINEY** |
| | * | **MAG. VAN MEERVELD** |

## THE UNITED STATES' EXPERT DISCLOSURES

The United States hereby designates its expert witnesses in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court as the following who may be called to provide testimony on behalf of the United States:

**Retained Experts**

1. Dr. Frederick Kushner – expert witness
   WJMC Heart Clinic
   1111 Medical Center Blvd.
   Suite N613
   Marrero, LA 70072

   Dr. Kushner's report and curriculum vitae have already been produced to the plaintiff.

2. Dr. Merlin Wilson – expert witness
   The Rheumatology Group, LLC
   2633 Napoleon Ave.
   Suite 530
   New Orleans, LA 70115

   Dr. Wilson's report, curriculum vitae, and declaration have already been produced to the plaintiff.

**Treating Physicians**

1. Dr. Nkechinye Emejuaiwe – Plaintiff's treating rheumatologist
   Cincinnati VA Medical Center
   3200 Vine Street
   Medicine Service

1

Attn: Rheumatology Section
Cincinnati, OH 45220

Dr. Emejuaiwe is a rheumatologist who examined Mr. Nasset on June 5, 2017 for a follow-up with a history of arthralgias and swelling with chronic back pain. Dr. Cassidy may testify that he was suspected for spondyloarthropathy with probable psoriatic arthritis given the join pain/swelling and rash. Dr. Emejuaiwe may testify that she was unable to conclude that Mr. Nasset's psoriatic arthritis was a misdiagnosis. Further, on June 5, 2017, Mr. Nasset did not report any cardiovascular side effects of Enbrel to her. Her review of systems and physical examination on June 5, 2017 did not support any cardiovascular side effects in Mr. Nasset.

Dr. Emejuaiwe may testify that on June 5, 2017, she suggested to Mr. Nasset that he discontinue Enbrel because his description of pain along with her physical examination findings were not consistent with systemic inflammation. However, Mr. Nasset responded that he did not want to be taken off Enbrel. He reported that he had tolerated the medication and wanted to continue taking Enbrel because the benefits he derived from Enbrel were quite significant including less pain and more energy. Thus, the medication Enbrel was medically indicated on June 5, 2017.

Dr. Emejuaiwe may testify that at that June 5, 2017 visit, she went over the risks of immunosuppressive therapy (in this case Enbrel, a tumor necrosis factor inhibitor), including the risk of infection, exacerbation of existing heart failure, bone marrow and liver abnormalities, allergic reaction, diarrhea, neurologic deficits and the low risk of developing new congestive heart failure or lung disease. Afterwards, Mr. Nasset acknowledged his understanding of the risks associated with Enbrel.

2. Dr. Mark Cassidy – Plaintiff's treating cardiologist
   415 Tulane Ave.
   New Orleans, LA 70112

Dr. Mark Cassidy is a cardiologist who examined the plaintiff on July 28, 2017. Dr. Cassidy may testify as to the causation element of the Plaintiff's medical malpractice claim and the informed consent claim, as stated in the Plaintiff's medical records. Dr. Cassidy may testify that Mr. Nasset was admitted to Tulane Medical Center on 6/17/17 with chest pain and at that time was found to have newly diagnosed cardiomyopathy and congestive failure. An angiogram showed normal coronary arteries therefore his cardiomyopathy is not secondary to ischemic heart disease. Speculation was made as to the etiology of the cardiomyopathy of which the cause is uncertain; he had been prescribed Enbrel for presumed psoriatic arthritis 11/17 but this was discontinued on discharge as a precautionary measure because of case reports of Enbrel causing or exacerbating heart failure.

Dr. Cassidy may testify that the cases of new onset CHF are rare and <0.1%. Although there is the possibility that Enbrel induced new-onset CHF in Mr. Nasset, it is less likely than not the cause because of its rare occurrence. One would have to resort to mere speculation to state with certainty that Enbrel caused the patient's heart failure. Of note, the patient had a nuclear stress in 2010 at which time the left ventricular systolic function was mildly reduced at 43%, but he did not manifest clinical congestive heart failure until 6/17. Congestive heart failure is a clinical syndrome whereas the presence of a reduced ejection fraction is termed cardiomyopathy. Until there are symptoms related to that cardiomyopathy, CHF is not present.

Dr. Cassidy may testify that Mr. Nasset was seen in routine follow in clinic and actually was said at one point to "feel better" after initiating Enbrel. There would be no question of any cardiac issues unless or until symptoms occurred, which did not happen until 6/17/17.

Dr. Cassidy may testify that there is no reason to believe that the treating physicians would evaluate for cardiac involvement until or unless symptoms of CHF occurred. The medical records suggests that the symptoms of CHF did not occur until 6/17/17, at which time the patient was evaluated in the hospital, a non-ischemic cardiomyopathy was diagnosed, and the medication was discontinued as a precautionary measure.

The USA also reserves the right to call any and all of Plaintiff's proffered expert witnesses, including but not limited to the following:

a. Dr. Mark Levin
b. Dr. Kalavally Sriharan
c. Dr. Carla Leuschen
d. Dr. Manuel Vargas
e. Dr. Chandara Kollipara, DO
f. Dr. Ali Ayoub
g. Dr. Kevin Cartwright
h. Dr. Marcia Davila
i. Charde Duncan, RN
j. Meredith Barr, MD
k. Dr. Karinka Ayinapudi
l. Dr. Thierry Lejemtel
m. Margaret Maxi, MD
n. Meredith Barr, MD
o. Mark Cassidy, MD
p. Manmeet Singh, MD

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY
*/s/ Mary Katherine Kaufman*
MARY KATHERINE KAUFMAN
Assistant United States Attorney
LA Bar #32719
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3008
Facsimile: (504) 680-3184
Mary.Katherine.Kaufman@usdoj.gov