# Consult Requests

```
 SCHEDULED                08/23/16 12:51        MALCOLM,TROYMAINE    MALCOLM,TROYMAINE
Veteran accepted appointment.

 INCOMPLETE RPT           09/13/16 15:24        MCGRATH,HUGH MD      MCGRATH,HUGH MD
      Note# 22087036
 COMPLETE/UPDATE          09/13/16 15:51        MCGRATH,HUGH MD      MCGRATH,HUGH MD
      Note# 22087036

Note: TIME ZONE is local if not indicated

-------------------------------------------------------------------------------

 LOCAL TITLE: RHEUMATOLOGY CONSULT NOTE
STANDARD TITLE: RHEUMATOLOGY CONSULT
DATE OF NOTE: SEP 13, 2016@14:57     ENTRY DATE: SEP 13, 2016@14:58:02
      AUTHOR: MCGRATH,HUGH MD     EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

    *** RHEUMATOLOGY CONSULT NOTE Has ADDENDA ***

Reason for Request:
Chronic Fatigue asoc with muscle achiness: Bilateral arms, legs ,
shoulders, hands. Asoc to morning stiffness lastig no less than 1 hr.No
Swalling in any joints

REUMATOLOGY: This is a 44 yo man with low back pain starting in 1990 and
relieved
after ablative procedutes and one vertebroplasty and a c-spine fusion.  He has
dry scalp and pruritus ani but only rare rashes. No hx of HLA-B27 on chart.

He has no hep B or C, no Hx of TB lymphoma, hx of MS or CHF.  He does have
herpes
genitalia annually.

Reason for Request:

44YEAR OLD WHITE NOT OF HISP ORIG, WHITEMALE

ROS:
Negative except as noted above

Active Problem
Immunization advised Z23. 11/18/2015 DAVILA,MARCIA
Type II diabetes mellitus well cont 11/18/2015 DAVILA,MARCIA
LBP - Low back pain M54.5 11/18/2015 DAVILA,MARCIA
Low back pain M54.5 11/18/2015 DAVILA,MARCIA
Laboratory test result abnormal Z01 10/30/2015 DAVILA,MARCIA
Electrocardiogram abnormal 794.31 05/22/2015 DAVILA,MARCIA
Dyspnea on exertion 786.09 05/22/2015 DAVILA,MARCIA
Hypertriglyceridemia (SNOMED CT 302 05/02/2014 PELTZ,GAYLE
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA   70466 | Printed at SE LOUISIANA VETERANS HCS |

# Consult Requests

```
Irritable bowel syndrome with diarr 05/02/2014 PELTZ,GAYLE
Environmental Allergies 477.9 05/02/2014 PELTZ,GAYLE
Vitamin D deficiency (SNOMED CT 347 05/02/2014 PELTZ,GAYLE
Male erectile disorder 302.72 05/02/2014 PELTZ,GAYLE
Obstructive sleep apnea (SNOMED CT  11/18/2015 DAVILA,MARCIA
Migraine (SNOMED CT 37796009) G47.3 08/18/2016 DAVILA,MARCIA
Partner Relational Problem (ICD-9-C 05/17/2012 MCCABE,VIVIAN R
Bipolar affective disorder, current 10/13/2015 0
Sciatica (SNOMED CT 23056005) M54.4 10/29/2015 SHARMA,SANJAY MD
Cervical Radiculopathy (ICD-9-CM 72 05/04/2012 TYLER,ROBYN
GERD * (ICD-9-CM 530.81) 530.81 03/20/2012 TYLER,ROBYN
Unspecified disorder of the teeth a 10/12/2011 SOBOTA,JENNIFER A DDS
 OPIOID AGREEMENT  discussed and si 08/25/2011 TYLER,ROBYN
Benign essential hypertension (SNOM 11/18/2015 DAVILA,MARCIA
Lipidemia (SNOMED CT 55822004) E11. 11/18/2015 DAVILA,MARCIA
PTSD (chronic) 309.81 05/09/2011 GERMANY,ROBYN B MD


Active Outpatient Medications (including Supplies):

      Active Outpatient Medications                           Status
========================================================================
 1)   ACETAMINOPHEN 500MG TAB TAKE ONE TABLET BY MOUTH FOUR   ACTIVE
        TIMES A DAY AS NEEDED FOR PAIN AND FEVER
 2)   ACYCLOVIR 200MG CAP TAKE TWO CAPSULES BY MOUTH THREE    ACTIVE
        TIMES A DAY FOR VIRAL INFECTION DURING FLARE-UP
 3)   CHOLECALCIFEROL (VIT D3) 2,000UNIT TAB TAKE ONE         ACTIVE
        TABLET BY MOUTH EVERY DAY
 4)   CLINDAMYCIN PHOSPHATE 1% TOP SOLN APPLY SMALL AMOUNT    ACTIVE
        TOPICALLY ONCE DAILY AS NEEDED APPLY AS NEEDED TO
        RED INFLAMED BUMPS
 5)   CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH   ACTIVE
        THREE TIMES A DAY AS NEEDED AS A MUSCLE RELAXANT
 6)   HYDROCODONE 7.5/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET   ACTIVE (S)
        BY MOUTH THREE TIMES A DAY FOR PAIN
 7)   LIDOCAINE 5% OINT APPLY SMALL AMOUNT TOPICALLY EVERY    ACTIVE
        DAY
 8)   NALOXONE HCL 4MG/SPRAY SOLN NASAL SPRAY INHALE 1        ACTIVE
        SPRAY IN ONE NOSTRIL AS DIRECTED FOR OPIOID
        OVERDOSE
 9)   PNEUMOCOCCAL 23-VALENT POLYSACC VACCINE INJECT 0.5 ML   ACTIVE
        INTRAMUSCULARLY ONE TIME
10)   PROPRANOLOL HCL 10MG TAB TAKE ONE TABLET BY MOUTH       ACTIVE
        EVERY DAY FOR HEART/BLOOD PRESSURE
11)   SUMATRIPTAN SUCCINATE 50MG TAB TAKE ONE TABLET BY       ACTIVE
        MOUTH SEE COMMENT ,NO RELIEF REPEAT IN 2 HOURS
        MAX/200MG/DAY  TAKE 1 TAB AT ONSET OF SYMPTOMS, MAY
        REPEAT IN 2 HOURS IF NO RELIEF FOR  HEADACHE
12)   TRIAMCINOLONE ACETONIDE 0.1% CREAM 15GM APPLY SMALL     ACTIVE
        AMOUNT TOPICALLY ONCE DAILY AS NEEDED APPLY SMALL
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

```
              AMOUNT EVERY DAY AS NEEDED TO RED, ITCHY BUMPS.
              AVOID USE ON FACE/GROIN/UNDER ARMS.

         Active Non-VA Medications                              Status
=========================================================================
1)    Non-VA LIDOCAINE/PRILOCAINE CREAM,TOP SMALL AMOUNT       ACTIVE
         TOPICALLY TWICE A DAY

13 Total Medications

LABS:
CMP Coll. date          GLUC      BUN      CO2      ALK PH.  SGOT      SGPT     NA
7/21/16 09:55           127 H     15       32       76       25        25       140
11/13/15 10:15          113 H     12       30       66       28        29       137
5/18/15 13:53           96        14       32       58       25        24       139

CMP Coll. date          CL        ALB      CA       CREAT    K         T.PRO    T.BIL
7/21/16 09:55           98 L      4.4      9.7      1.1      4.1       8.0 H    0.6
11/13/15 10:15          99 L      4.8      8.8 L    0.9      3.4 L     7.9      0.6
5/18/15 13:53           99 L      4.3      8.9      1.0      3.0 L     7.8      1.0

 HCT:       51.3      (05/27/15 15:33)    50.8     (08/18/16 14:36)
 HGB:       17.1      (05/27/15 15:33)    17.0     (08/18/16 14:36)
 MCH:       30.6      (05/27/15 15:33)    29.8     (08/18/16 14:36)
 MCHC:      33.4      (05/27/15 15:33)    33.5     (08/18/16 14:36)
 MCV:       91.4      (05/27/15 15:33)    89.1     (08/18/16 14:36)
 MPV:       8.5       (05/27/15 15:33)    9.8      (08/18/16 14:36)
 PLT:       325       (05/27/15 15:33)    308      (08/18/16 14:36)
 RBC:       5.61      (05/27/15 15:33)    5.70     (08/18/16 14:36)
 RDW-CV:    12.6      (05/27/15 15:33)    13.1     (08/18/16 14:36)
 WBC:       8.1       (05/27/15 15:33)    6.2      (08/18/16 14:36)
AUTO DIFF - NONE FOUND

 APPEARA:   SL-CLOUD  (04/23/14 14:12)    SL-CLOUD (05/27/15 15:33)
 BILE:      +1        (04/23/14 14:12)    +1       (05/27/15 15:33)
 COLOR:     YELLOW    (04/23/14 14:12)    Amber    (05/27/15 15:33)
 KETONES:   NEG       (04/23/14 14:12)    NEG      (05/27/15 15:33)
 SpG:       1.024     (04/23/14 14:12)    1.025    (05/27/15 15:33)
 UNITSCN:   NEG       (04/23/14 14:12)    NEG      (05/27/15 15:33)
 UR GLUC:   NEG       (04/23/14 14:12)    +1       (05/27/15 15:33)
 UR UROB:   2.0       (04/23/14 14:12)    4.0      (05/27/15 15:33)
 UR. BLD:   +1        (04/23/14 14:12)    NEG      (05/27/15 15:33)
 URN PRO:   NEG       (04/23/14 14:12)    +1       (05/27/15 15:33)
 UWBCSCN:   NEG       (04/23/14 14:12)    NEG      (05/27/15 15:33)
 pH:        5.000     (04/23/14 14:12)    5.000    (05/27/15 15:33)
6.7 mg/dL    (03/22/2012 14:54)No CK-MB Results foundNo data available


 ESR.:      3         (08/18/16 14:36)
6.7 mg/dL    (03/22/2012 14:54)No URINE PROTEIN Results found
```

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

# Consult Requests

Printed On Feb 7, 2020

```
FERRITIN: 79.1 ng/ml        (08/18/2016 14:36)
 HIV ELA:                                    Negative (06/08/11 12:00)
No data available

No data available

No data available

IRON: 126 ug/dL     (08/18/2016 14:35)No data available

   No data available
Occult Blood (1 Year)

OCCULT BLOOD
   No data available

LAB CUMULATIVE SELECTED 1
   No data available for OCCULT BLOOD1; OCCULT BLOOD2; OCCULT BLOOD3

 PSA :      0.55      (03/22/12 14:54)   0.44      (04/23/14 14:12)


PROCEDURES:
EEG/EMG Report (1 Year)

EEG/EMG SUMMARY & IMPRESSION
No data available

PROGRESS NOTES SELECTED
   No data available for NEUROLOGY PROCEDURE NOTE

SVS - Today's Vital Signs

Measurement DT      TEMP          PULSE    RESP         BP
                    F(C)

09/13/2016 14:39    98.1(36.7)    97       18           137/84

Measurement DT      PAIN

09/13/2016 14:39    3




ASSESSMENT: He has gen jont pain and a hx of back issues with ablations and
fusions.  No HLA B27.  Most large joints but also elbows and hands are
painful. He needs at least  a trial of TNF inhibitor which I think is highly
likely to help.  I have explained all to him and apprised him on risks.

IMPR:    Psoriatic arthritis
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA 70466 | Printed at SE LOUISIANA VETERANS HCS |

# Consult Requests

Printed On Feb 7, 2020

```
        Irrit Bowel disease.











/es/ Hugh McGrath Jr., MD
Rheumatologist
Signed: 09/13/2016 15:51

09/28/2016 ADDENDUM                     STATUS: COMPLETED
Focus:  3 month appointment

DATA:  Spoke to veteran today to let him know that he medication was being
shipped.  He asked me to check and find out if his three month appointment was
made.  Mr. Nasset stated that Dr. McGrath told him to return in 3 months but
there is nothing in his chart.

ACTION:  Instructed him that I would alert Dr. McGrath and if he did not hear
anything in about one week, send me a secure message and I will check for you.

RESPONSE:  vETERAN THANKED ME FOR MY HELP.

/es/ SANDRA W GODFREY RN
RN
Signed: 09/28/2016 15:18

Receipt Acknowledged By:
09/28/2016 16:19        /es/ Hugh McGrath Jr., MD
                            Rheumatologist
================================================================================
================================== END =====================================
```

```
Current PC Provider:     BRANSON,DEAN H
Current PC Team:         HAM BLUE
Current Pat. Status:     Outpatient
Primary Eligibility:     SERVICE CONNECTED 50% to 100%(VERIFIED)
Patient Type:            SC VETERAN
OEF/OIF:                 NO

Service Connection/Rated Disabilities
SC Percent:              100%
Rated Disabilities:      MAJOR DEPRESSIVE DISORDER  (70%)
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| NASSET,KENNETH WILLIAM<br>50390 HIGHWAY 1065<br>TICKFAW, LOUISIANA  70466 | Printed at SE LOUISIANA VETERANS HCS |

VA_000443

VA  Page 443