OMB Control No. 2900-0075
Respondent Burden: 15 minutes
Expiration Date: 01/31/2018

# Department of Veterans Affairs — STATEMENT IN SUPPORT OF CLAIM

**PRIVACY ACT INFORMATION:** The VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses (i.e., civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA Programs and delivery of VA benefits, verification of identity and status, and personnel administration) as identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, and Vocational Rehabilitation and Employment Records - VA, published in the Federal Register. Your obligation to respond is required to obtain or retain benefits. VA uses your SSN to identify your claim file. Providing your SSN will help ensure that your records are properly associated with your claim file. Giving us your SSN account information is voluntary. Refusal to provide your SSN by itself will not result in the denial of benefits. The VA will not deny an individual benefits for refusing to provide his or her SSN unless the disclosure of the SSN is required by Federal Statute of law in effect prior to January 1, 1975, and still in effect. The requested information is considered relevant and necessary to determine maximum benefits under the law. The responses you submit are considered confidential (38 U.S.C. 5701). Information submitted is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** We need this information to obtain evidence in support of your claim for benefits (38 U.S.C. 501(a) and (b)). Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 15 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at www.reginfo.gov/public/do/PRAMain. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN (Type or print) | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| Kenneth W. Nasset | 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 | C/CSS - 371781475 |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

In June of 2017, Veteran had a cardiac event which Veteran was mistakenly lead to believe was the initial onset of this condition. However, records indicate a medical history of testing in September of 2010 where Veteran was found to have a LVEF of 43%. Veteran was diagnosed with a Left Ventricle Ejection Fraction (LVEF) of 43% which according to the VA Schedule of Ratings, is 60% compensable. That same month, September, 2010, Veteran filed a new claim for issues arising from my service in the Persian Gulf Region under 38 U.S.C. §1117. Veteran specifically included cardiovascular symptoms.

Thus, a Section 1151 is not necessary when VA treatment for a service-connected condition creates a new disability secondary to the service-connected condition. Thus the Veteran may claim secondary service connection under regular VA rules. Thus Veteran is entitled to the presumption that the cardiovascular symptoms are service-connected.

Despite the diagnosis, the VA failed in its duty to assist or pursue this diagnosis this further even though it was a 60% rating. Had the VA done this the Veteran would have been diagnosed with this as a chronic condition as early as March of 2011. Further, the June of 2017 increase should be reconsidered as an exacerbation of an existing issue and not a new onset condition.

RECEIVED 2018 APR 18 PM 12:01 VARO 321 NEW ORLEANS PUBLIC CONTACT

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| /s/ Kenneth W. Nasset | 04/18/2018 |

| ADDRESS | TELEPHONE NUMBERS (Include Area Code) | |
|---|---|---|
| 50390 Highway 1065 | DAYTIME | EVENING |
| Tickfaw, LA 70466 | 225-367-7043 | 225-367-7043 |

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

VA FORM JAN 2015 **21-4138**  SUPERSEDES VA FORM 21-4138, AUG 2011, WHICH WILL NOT BE USED.  CONTINUE ON REVERSE

VBA 5091

COPY MADE BY VBA, ST. LOUIS FROM A RECORD IN VA'S POSSESSION