UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH NASSET | * | CIVIL ACTION NO. 18-9253 |
| Plaintiff, | * | |
| | * | JUDGE ZAINEY |
| VERSUS | * | MAG. VAN MEERVELD |
| UNITED STATES OF AMERICA | * | SEC. A(1) |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the Ex Parte Motion For Leave To File Reply in Support of Plaintiff's Motion to Strike:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave is GRANTED and Plaintiff's Reply in Support of Plaintiff's Motion to Strike is hereby filed and entered into the record.

Thus done and signed this __13th__ day of October, 2020.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE