UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH NASSET** | * | **CASE NO. 18-9253** |
| vs. | * | **SECT. A(1)** |
| **UNITED STATES OF AMERICA** | * | **JUDGE ZAINEY** |
| | * | **MAG. VAN MEERVELD** |

**ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to File Sur Reply Memorandum in opposition to the Plaintiff's motion to strike.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and Defendant's Sur Reply Memorandum shall be filed into the record in this matter.

New Orleans, Louisiana, this __16th__ day of ____October____, 2020.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE
