**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KENNETH NASSET** | * | **CASE NO. 18-9253** |
| vs. | * | SECT. A(1) |
| **UNITED STATES OF AMERICA** | * | JUDGE ZAINEY |
| | * | MAG. VAN MEERVELD |

**USA's SUR REPLY MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MOTION TO STRIKE**

The United States of America files this Sur Reply Memorandum in opposition to the Plaintiff's motion to strike. In Plaintiff's reply memorandum, Plaintiff alleges that he is prejudiced by Dr. Emejuaiwe's recent declaration. R. Doc. 76-2. Plaintiff also requests an extension to depose Dr. Emejuaiwe. *Id.* at 2. The USA has agreed to give the Plaintiff additional time to depose Dr. Emejuaiwe in light of her recent declaration. There is ample time to do so, as there is no trial date set. If Plaintiff has the opportunity to depose Dr. Emejuaiwe, then the Plaintiff will not be prejudiced by the inclusion of her declaration in the record.

The Court should not strike the declaration of Dr. Wilson because Dr. Wilson did not opine on informed consent in his expert report, which necessitated his declaration after the claim was properly pled. Further, the Plaintiff had the opportunity to depose Dr. Wilson but chose not to. The Plaintiff informed the USA that he did not wish to depose the USA's experts. Thus, the Plaintiff cannot claim prejudice of the inclusion of Dr. Wilson's declaration when the Plaintiff could have deposed him but chose not to depose him. Accordingly, the Plaintiff's motion to strike should be denied.

                                                                                          Respectfully submitted,

                                                                                          PETER G. STRASSER

UNITED STATES ATTORNEY

*/s/ Mary Katherine Kaufman*
MARY KATHERINE KAUFMAN(#32719)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3008
Facsimile: (504) 680-3184
Mary.Katherine.Kaufman@usdoj.gov
*Counsel for the United States of America*