```
                                                        1
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

   NO. 18-9253                       SECTION A(1)

                  KENNETH NASSET

                     VERSUS

               UNITED STATES OF AMERICA

     Deposition of MARK LEVIN, M.D., 6 GEL
COURT, MONSEY, NEW YORK  10952, taken VIA ZOOM
TELECONFERENCE, on Thursday, October 8, 2020.
DEPONENT LOCATED AT 6 GEL COURT, MONSEY, NEW
YORK  10952.

APPEARANCES:

     VASQUEZ LAW
     Attorneys at Law
     BY ZOOM TELECONFERENCE:
     JESSICA VASQUEZ, Esquire
     400 Poydras Street
     Suite 900
     New Orleans, Louisiana  70130

          ATTORNEYS FOR PLAINTIFF

     ASSISTANT UNITED STATES ATTORNEY
     Attorneys at Law
     BY ZOOM TELECONFERENCE:
     MARY KATHERINE KAUFMAN, Esquire
     650 Poydras Street
     Suite 1600
     New Orleans, Louisiana 70130

          ATTORNEYS FOR DEFENDANT

ALSO PRESENT VIA ZOOM TELECONFERENCE:

   KENNETH NASSET

REPORTED BY:

   VERNE B. MULLINS
   Certified Court Reporter
   Registered Diplomate Reporter
   Certified Shorthand Reporter (TX)
```

1           say about 15 to 20 percent of patients I treat
2           either have heart failure, or you have to be
3           concerned about it, because of the drugs we
4           use in oncology.
5     Q.    Okay.  What about psoriatic arthritis?
6     A.    I don't really treat psoriatic arthritis.
7           That is out -- out of the scope of --
8     Q.    Okay.
9                 THE STENOGRAPHER:  I'm sorry -- I'm sorry,
10                    that is?
11                THE WITNESS:  Out of the scope of my
12                    specialties.  And so I might see
13                    patients with psoriatic arthritis, and
14                    might be involved in the treatment, but
15                    I'm not a rheumatologist, which I've
16                    already mentioned.
17    EXAMINATION BY MS. KAUFMAN:
18    Q.    So is it fair to say that you don't hold
19          yourself out to be a doctor that treats
20          psoriatic arthritis.  Correct?
21    A.    No.  I said that I don't hold myself out as a
22          doctor who's a rheumatologist, by training,
23          specialty and certification.  I -- as an
24          internist and oncologist, cancers happen in
25          everyone.  There are patients with psoriatic

25

1  A. You can call the primary care physician to
2     help you navigate the records, tell you what's
3     important.  There are ways of looking through
4     the records that you pick up or learn, to
5     learn to identify the most important records.
6     I would not say that every -- every patient
7     with 10,000 records gets all of the 10,000
8     records read, but that is a very rare
9     situation.
10        Nevertheless, one has to review them,
11    peruse them, look them over, whatever you call
12    it, focus on what's important.  Certainly,
13    look at the previous -- in the drugs the
14    patient is on, what problems are listed in the
15    record, and look through the important notes.
16    Every physician deals with that differently.
17    What's important is that you don't miss
18    anything.
19 Q. Have you ever written a prescription for
20    HUMIRA® or ENBREL®?
21 A. I have.
22 Q. About how many?
23 A. I would say maybe a dozen.
24 Q. Okay.  And for what?
25 A. Most of the time, for -- for arthritis,

40

1    A.   I actually took some notes in my phone on
2        that.  Would you mind if I look at it?
3    Q.   I mean, I'm just asking if you know, off the
4        top of your head.
5    A.   Off the top of my head, I looked at it.  There
6        are other drugs; I just don't recall what they
7        are.
8    Q.   Okay.  Well, that's okay.  And about how many
9        prescriptions have you written for those
10       drugs?
11   A.   Other drugs?  Well, the most common drug that
12       we infuse is Remicade, and I would say that's
13       about 15 times a year.  I don't recall other
14       drugs dealt on a case-by-case basis.
15   Q.   Okay.  And does the rheumatologist order the
16       Remicade and then they send the patient to you
17       at the infusion suite?
18   A.   Well, they don't formally order it.  As I
19       mentioned before, you have to have privileges
20       in the infusion suite, which is dedicated
21       mostly to cancer drugs.  That's 99 percent
22       what they do -- well, maybe not 99, 97, say.
23       So an oncologist has to write the order.  It's
24       a formal requirement.
25           So the rheumatologist sends it to me,

54

1 more likely to less likely order. And I would
2 say that that's what I see other physicians
3 do. In my opinion, this is the standard of
4 care, to do it the way I just described.
5 Q. Do you have a copy of the ENBREL® label in
6 front of you as you're doing this?
7 A. I don't actually, no. I can get it, if you'd
8 like.
9 Q. That's okay. Well, I'm saying, like, when you
10 are talking with a patient about ENBREL®, do
11 you have the label in front of you or the
12 packet insert?
13 A. I generally would, because it's not a drug I
14 prescribe often. Some of the chemotherapy
15 drugs, I can't --
16 Q. But your cancer drugs, you know those, so you
17 don't need the packet insert or label for
18 those. Correct?
19 A. Right. But not all of them, but some of them.
20 The other ones, yes, I do have it in front of
21 me.
22 Q. Okay. I could show you the ENBREL® packet
23 insert?
24 A. Yes.
25      MS. KAUFMAN: And I guess just to clarify,

1  Q. Aren't ENBREL® and HUMIRA® both TNF inhibitors
2     used to treat psoriatic arthritis?
3  A. Yes.
4  Q. And aren't they both subcutaneous injection?
5  A. Yes.
6  Q. So they're similar medications?
7  A. They are, in some ways.
8  Q. How are they different?
9  A. They work differently.  There are different
10    schedule ones, every other week, one is every
11    week.  There was some indication in the record
12    he actually took HUMIRA® and tolerated it, and
13    other places, it seemed like it was always
14    ENBREL® from the beginning.
15       HUMIRA®, as far as I recall, doesn't cause
16    the same kind of a heart failure issue.
17 Q. Okay.  Would you defer to a cardiologist on
18    how ENBREL® and HUMIRA® might affect a
19    patient's cardiovascular system?
20 A. No.
21 Q. Okay.  I didn't see in your report where you
22    rendered an opinion connecting ENBREL® to
23    Mr. Nasset's congestive heart failure; is that
24    correct?
25 A. Well, I think it's pretty clear, from the