Meredith Barr, M.D.
Kenneth Nasset v. United States of America

Page 52

 1   stopping a medicine that's known to have myocyte
 2   toxicity because it's unsafe to continue in
 3   somebody with heart failure.
 4        Q.    Why do you feel that Enbrel would not
 5   be the cause of the non-ischemic heart disease?
 6        A.    So again, that's something I would
 7   actually send somebody to a cardiologist to
 8   evaluate.  The causes of non-ischemic heart
 9   disease, there is a lot of things that could do
10   it and in a patient that has preexisting
11   conditions, like hypertension, OSA, it would be
12   really hard to say with certainty what caused
13   his heart failure if it's non-ischemic.  That's
14   really a question for a cardiologist.
15        Q.    In your opinion can Enbrel be a
16   contributing factor even if it wasn't the cause?
17            MR. KAUFMAN:
18                 Same objection.
19   EXAMINATION BY MS. VASQUEZ:
20        Q.    You can answer.
21        A.    Again, I would probably refer to a
22   cardiologist to consider any causes of
23   non-ischemic cardiomyopathy.
24        Q.    Would it be fair to say that it was
25   some factor to you, because you mentioned Enbrel

1  in your notes?
2        MR. KAUFMAN:
3            Objection.
4        THE WITNESS:
5            Like I said before, there is a
6    documented association with myocyte
7    toxicity and the recommendations from the
8    specialists, including cardiology and
9    rheumatology, were to stop that medication
10   so that it couldn't cause or be in any
11   way -- so that moving forward it couldn't
12   contribute to any worsening cardiac
13   functioning.
14 EXAMINATION BY MS. VASQUEZ:
15      Q.   And you said that there were some
16 other causes of non-ischemic heart failure such
17 as -- and you listed a couple of them.  Can you
18 go --
19      A.   Well, again, it's something I would
20 refer to a cardiologist for.  I just want to be
21 very clear that I'm not a cardiologist, but I
22 can sometimes take care of patients who have
23 cardiac diseases.  I oftentimes do that in
24 correlation with a cardiologist or a heart
25 failure specialist depending.