# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH NASSET** | * | **CASE NO. 18-9253** |
| vs. | * | **SECT. A(1)** |
| **UNITED STATES OF AMERICA** | * | **JUDGE ZAINEY** |
| | * | **MAG. VAN MEERVELD** |

## MEMORANDUM IN OPPOSITION TO THE PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT-OF TIME SUR-REPLY

The United States of America files this brief opposition to the Plaintiff's Ex Parte Motion for Leave to File Out-of Time Sur-Reply in Support of Plaintiff's Opposition to Motion for Summary Judgment to correct a misstatement by the Plaintiff.  In Plaintiff's motion for leave, Plaintiff incorrectly alleges that the Defendant's reply memorandum was filed late and therefore the Plaintiff should have the opportunity to file a late sur-reply.  R. Doc. 85.  To the contrary, the USA's Reply Memorandum, R. Doc. 84, was filed timely.  The USA's Cross Motion for Summary Judgment was set for submission by the Court on October 28, 2020.  R. Doc. 75.  The USA filed its motion for leave to file a reply memorandum on October 27, 2020.  R. Doc. 82.  Thus, the USA's reply memorandum was timely filed prior to the submission date of October 28, 2020.  Plaintiff's motion for leave, filed seven days past the submission date, should be denied because there is no new information in Plaintiff's sur-reply that could not have been filed in Plaintiff's previously filed opposition memorandum.  Plaintiff is simply re-urging his previously pled arguments.

                          Respectfully submitted,

                          PETER G. STRASSER
                          UNITED STATES ATTORNEY

                          */s/ Mary Katherine Kaufman*

MARY KATHERINE KAUFMAN(#32719)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3008
Facsimile: (504) 680-3184
[Mary.Katherine.Kaufman@usdoj.gov](mailto:Mary.Katherine.Kaufman@usdoj.gov)
*Counsel for the United States of America*