UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH NASSET | * | CIVIL ACTION NO. 18-9253 |
| Plaintiff, | * | |
| | * | JUDGE ZAINEY |
| VERSUS | * | MAG. VAN MEERVELD |
| UNITED STATES OF AMERICA | * | SEC. A(1) |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Ex Parte Motion For Leave To File Sur-Reply in Support of Plaintiff's Opposition to Motion for Summary Judgment:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave is GRANTED and Plaintiff's Sur-Reply in Support of Plaintiff's Opposition to Motion for Summary Judgment [R. Doc. 72] is hereby filed and entered into the record.

Thus done and signed this __5th__ day of November, 2020.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE