Page 52

1  stopping a medicine that's known to have myocyte
2  toxicity because it's unsafe to continue in
3  somebody with heart failure.
4      Q.   Why do you feel that Enbrel would not
5  be the cause of the non-ischemic heart disease?
6      A.   So again, that's something I would
7  actually send somebody to a cardiologist to
8  evaluate.  The causes of non-ischemic heart
9  disease, there is a lot of things that could do
10 it and in a patient that has preexisting
11 conditions, like hypertension, OSA, it would be
12 really hard to say with certainty what caused
13 his heart failure if it's non-ischemic.  That's
14 really a question for a cardiologist.
15     Q.   In your opinion can Enbrel be a
16 contributing factor even if it wasn't the cause?
17          MR. KAUFMAN:
18              Same objection.
19 EXAMINATION BY MS. VASQUEZ:
20     Q.   You can answer.
21     A.   Again, I would probably refer to a
22 cardiologist to consider any causes of
23 non-ischemic cardiomyopathy.
24     Q.   Would it be fair to say that it was
25 some factor to you, because you mentioned Enbrel

Page 53

1    in your notes?
2           MR. KAUFMAN:
3               Objection.
4           THE WITNESS:
5               Like I said before, there is a
6       documented association with myocyte
7       toxicity and the recommendations from the
8       specialists, including cardiology and
9       rheumatology, were to stop that medication
10      so that it couldn't cause or be in any
11      way -- so that moving forward it couldn't
12      contribute to any worsening cardiac
13      functioning.
14   EXAMINATION BY MS. VASQUEZ:
15      Q.   And you said that there were some
16   other causes of non-ischemic heart failure such
17   as -- and you listed a couple of them.  Can you
18   go --
19      A.   Well, again, it's something I would
20   refer to a cardiologist for.  I just want to be
21   very clear that I'm not a cardiologist, but I
22   can sometimes take care of patients who have
23   cardiac diseases.  I oftentimes do that in
24   correlation with a cardiologist or a heart
25   failure specialist depending.