UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH NASSET** | * | **CASE NO. 18-9253** |
| **vs.** | * | **SECT. A(1)** |
| **UNITED STATES OF AMERICA** | * | **JUDGE ZAINEY** |
| | * | **MAG. VAN MEERVELD** |

## MOTION TO SEAL EXHIBITS

**NOW INTO COURT**, through undersigned counsel, comes the United States who respectfully seeks to seal file the following documents: Exhibits 11 and 12, filed as R. Docs. 62-15, 62-16, 71-17, 71-18, 75-15 and 75-16. These exhibits inadvertently contain the Plaintiff's social security number.

**WHEREFORE**, the United States respectfully prays that the motion be granted and that R. Docs. 62-15, 62-16, 71-17, 71-18, 75-15 and 75-16 be sealed in the record in this matter.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

*/s/ Mary Katherine Kaufman*
MARY KATHERINE KAUFMAN(#32719)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3008
Facsimile: (504) 680-3184
Mary.Katherine.Kaufman@usdoj.gov
*Counsel for the United States of America*