UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH NASSET** | * | **CASE NO. 18-9253** |
| **vs.** | * | **SECT. A(1)** |
| **UNITED STATES OF AMERICA** | * | **JUDGE ZAINEY** |
| | * | **MAG. VAN MEERVELD** |

## ORDER

Considering the foregoing *Ex Parte* Motion to Seal Exhibits.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and Defendant's Exhibits 11 and 12, filed as R. Docs. 62-15, 62-16, 71-17, 71-18, 75-15 and 75-16 shall be sealed in the record in this matter.

New Orleans, Louisiana, this  23rd  day of    November   , 2020.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE