MINUTE ENTRY
VAN MEERVELD
December 1, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH NASSET,<br>*Plaintiff* | * <br> * <br> * | CIVIL ACTION<br>NO.  18-9253 |
| VERSUS | * <br> * | SECTION:  "A" (1) |
| UNITED STATES OF AMERICA,<br>*Defendant* | * <br> * <br> * <br> * | JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

A settlement conference was held via video conference on Tuesday, December 1, 2020.

PRESENT FOR:

*Plaintiff:*   Jessica Vasquez, Kenneth Nasset, Andrea Nasset
*Defendant:*   Mary Katherine Kaufman

Following settlement discussions, the parties were unable to negotiate a settlement of the case at this time.

A subsequent settlement conference shall be held on **Friday, December 18, 2020, at 1:00 p.m.**  The Court received settlement memoranda submitted for today's conference.  Each party shall notify the Court of any changes in the party's position and any developments in settlement negotiations since those submissions, or confirm that no changes have occurred.  Said notice shall be **limited to three (3) double spaced pages, submitted, in confidence, by noon on Wednesday, December 16, 2020**, and sent via email to: **efile-vanmeerveld@laed.uscourts.gov**.

Janis van Meerveld
United States Magistrate Judge

MJSTAR: 02:00